REPRESENTATION OF PRINTED DOCUMENT                              Copy


**Nationstar MORTGAGE**
PO Box 650783
Dallas, Texas 75265
www.MyNationstarMtg.com

March 26, 2013

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

The servicing of your account
has been transferred from BANK
OF AMERICA to
**Nationstar Mortgage**

Re: Previous Loan Number
New Nationstar Loan Number

Dear DEBORAH J NELSON:

Welcome to Nationstar Mortgage! Effective 03/16/13, Nationstar Mortgage is now the servicer for your mortgage account. We're excited about the opportunity to serve you. You can count on Nationstar Mortgage to meet your needs whether you're looking to make a payment or refinance your loan. We offer many exciting features including 24-hour account access through our Internet website at www.MyNationstarMtg.com, various payment options, and a toll free line (1-866-316-2432) with automated account information. Please take a little time to log in to www.MyNationstarMtg.com to register your account today. You will be receiving a "Welcome Call" sometime over the next few weeks to welcome you to our company and to answer any immediate questions you may have.

Every month you will receive a billing statement detailing your loan information, payment amount, and important messages. To ensure accuracy, please verify the following personal information:

**PERSONAL INFORMATION**
Home Phone Number:
Work Phone Number:
Mailing Address: 120 DUBLIN CIR
MADISON AL 35758-8715

**LOAN INFORMATION**
Property Address: 120 DUBLIN CIRCLE
MADISON AL 35758
Principal Balance: $219,284.99
Escrow Balance: $0.00

If you find any of the information listed above to be incorrect, please contact us immediately at 1-866-316-2432.

As a reminder, your first monthly payment amount of $1,666.76 is due on 04/01/2013. For your convenience your April payment coupon is attached below. Timely remittance of your monthly payments will protect your home and credit. In the event that you do not receive your billing statement as scheduled, please do not delay making your payment. Be sure to indicate your Nationstar Mortgage loan number, as referenced above, on your payment and allow adequate mailing time. Simply mail your payment to:

Nationstar Mortgage LLC
P.O. Box 650783
Dallas, Texas 75265-0783

Please review all the material included with this Welcome Packet for additional information and important messages about your account.

At Nationstar Mortgage, your business and total satisfaction are important to us. Any time you have questions regarding your account, do not hesitate to contact us at 1-866-316-2432, 8:00 a.m. to 8:00 p.m. central time Monday through Thursday and 8:00 a.m. to 6:00 p.m. central time on Friday. We look forward to a long and lasting relationship with you.

Sincerely,

Nationstar Mortgage

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

---

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY                ACO

**Nationstar MORTGAGE** www.MyNationstarMtg.com

| LOAN NUMBER | TOTAL AMOUNT DUE | |
|---|---|---|
| | $1,666.76 | 04/01/2013 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | **LATE PAYMENT IF RECEIVED ON OR AFTER** | |
| | $1,737.74 | 04/17/2013 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

ADDITIONAL PRINCIPAL  _____

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

TOTAL AMOUNT OF YOUR CHECK
*DO NOT SEND CASH*    $ _____

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

Copy

## IMPORTANT MESSAGES SPECIFIC TO YOUR ACCOUNT

**AUTOMATIC DRAFTS**

If your loan was on an automatic payment plan, that service is being canceled by your prior servicer. We are pleased to offer you the opportunity to enroll in this service through Nationstar. You can do so by accessing your account at www.MyNationstarMtg.com. For your convenience, we have enclosed instructions that will take you through this easy set up process.

**ESCROW ACCOUNT**

Our records indicate your account is escrowed for taxes and/or insurance. Your payment amount includes your tax and/or insurance escrow payment.

**ACCOUNT STATUS**

Our records indicate your loan is currently in good standing. If for any reason your loan should become delinquent, please do not hesitate to contact us. We have a variety of options available to help you get your account back on track.

**PARTIAL PAYMENTS POLICY**

Nationstar Mortgage would like to take this opportunity to inform you of our partial payments policy. Nationstar Mortgage accepts partial payments until the account becomes delinquent. When accepting partial payments, Nationstar Mortgage may place funds that are less than a full payment in a suspense account. These unapplied funds may remain in suspense until the remainder necessary to complete the payment is received. These funds can still be used towards future payments; however, while the funds are in suspense, they may not prevent your account from accruing late fees or being reported as delinquent to credit bureaus where permitted under applicable law.

In the event an account becomes delinquent, Nationstar Mortgage may limit the form and amount of payment that will be accepted.

**WELCOME PACKET - ENCLOSURES**

There is additional information provided in this packet. Please keep this information with your loan documents for future reference.

REPRESENTATION OF PRINTED DOCUMENT

Copy

**Nationstar MORTGAGE**
PO Box 650783
Dallas, Texas 75265

March 26, 2013

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

New Nationstar Loan Number: ▮▮▮▮▮▮

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear DEBORAH J NELSON:

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from BANK OF AMERICA, N.A. to Nationstar Mortgage LLC, effective 03/16/13.

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that BANK OF AMERICA, N.A. send you this notice at least 15 days before the effective date of transfer and Nationstar Mortgage must also send you this notice no later than 15 days after the effective date of the transfer.

Your new servicer is Nationstar Mortgage LLC.

Nationstar Mortgage's business address is:

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, Texas 75067
www.MyNationstarMtg.com

Nationstar Mortgage's toll free number is 1-866-316-2432. Your prior servicer is BANK OF AMERICA, N.A.. If you have any questions relating to the transfer of servicing from BANK OF AMERICA, N.A. to Nationstar Mortgage, call 1-866-316-2432 between 8 a.m. and 8 p.m. on the following days Monday - Thursday, 8 a.m. and 6 p.m. on Friday, or visit us anytime at www.MyNationstarMtg.com.

The date BANK OF AMERICA, N.A. will stop accepting payments from you is 03/15/13. The date that Nationstar Mortgage will start accepting payments from you is 03/16/13. You can pay online via the Nationstar Mortgage website at www.MyNationstarMtg.com, or you can send all payments due on or after that date to:

Nationstar Mortgage LLC
PO Box 650783
Dallas, Texas 75265

Your mortgage life insurance, disability insurance and/or other optional products will not continue. If you wish to retain optional products, you will need to contact your current optional product/service provider.

Enclosed is your Welcome Letter which includes a payment coupon with detailed loan information.

**You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):**

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:

Nationstar Mortgage LLC
Attention Research Department
350 Highland Drive
Lewisville, Texas 75067
www.MyNationstarMtg.com

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

**Important Loan Transfer "Home Affordable Modification Program" Information**

**Home Affordable Modification Program:** If you are currently participating in (or being considered for) a loan modification program, the prior servicer transferred all your documentation to Nationstar. After the transfer, you should make all payments to Nationstar until such time that you are provided additional direction. Decisions regarding qualification will be made by Nationstar. All information regarding other loss mitigation activities (forbearance agreements, short sales, refinances and deed-in-lieu of foreclosure) will be forwarded to Nationstar for processing. Please be advised that this transfer may extend the time needed for a final decision.

Sincerely,
Nationstar Mortgage LLC



## Frequently Asked Questions and Answers
## About Transfers of Mortgage Loan Servicing

1) **Are my rights under the loan documents affected?**
   No. The terms of the loan are not affected by this loan servicing transfer, your loan is simply being transferred to Nationstar Mortgage for servicing.

2) **I already sent my payment to my previous servicer. Will my payment be forwarded to Nationstar?**
   Yes. Your previous servicer will forward the payment to Nationstar and we will credit it to your loan. However, sixty (60) days after the transfer they may no longer provide this service and the payment may be returned to you.

3) **Currently, I have my tax and insurance payments made by my mortgage company. Will this continue?**
   Yes. If you currently have escrow funds held for the payment of your taxes and/or insurance premiums, Nationstar will continue collecting these funds and making those payments.

4) **Do I need to contact my insurance company?**
   Yes. Please ask your insurance carrier to change the mortgagee clause to:

   Nationstar Mortgage LLC
   Its Successors and/or Assigns (ISAOA)
   As Their Interests May Appear (ATIMA)
   PO BOX 7729
   Springfield, OH 45501

   You will also need to change your loan number to the new Nationstar loan number

5) **Will I receive billing statements?**
   Yes. Every month hereafter you will receive a detailed statement with a coupon attached that you may use to mail in your payment.

6) **When will I receive my year-end information for tax purposes and for my records?**
   Both your previous servicer and Nationstar will provide you with separate statements no later than January 31st. These statements will reflect the amount of mortgage interest paid and any real estate taxes paid through your escrow account during the period of time your loan was serviced by each company.

7) **How do I make my monthly mortgage payment?**
   Nationstar offers several options to make your monthly payment:
   - **Monthly Automatic Payment Program** - This **free**, recurring, automatic service deducts your monthly payment from your checking or savings account on the same day each month. Simply visit our website at www.MyNationstarMtg.com under My Account, select "Make a Payment" to enroll in this service
   - **On Demand Speedpay** - Available options:
     1) **Via the Web** - Register on our secure website at www.MyNationstarMtg.com and schedule your payment. This option is provided at **no charge** to you as long as you schedule your payment within 9 days of the due date. Thereafter, there may be a fee of **$9.95** to make an online payment.
     2) **Via IVR** - Call us at 1-888-480-2432 anytime to schedule a payment through our automated telephone system. The fee for this service is up to **$9.95**.
     3) **Via a Customer Service Representative** - Call us at 1-888-480-2432 and speak with our Customer Service Department. You can reach a representative Monday through Thursday between 8:00 A.M. and 8:00 P.M. CST, and Friday between 8:00 A.M. and 6:00 P.M. CST. A **$15.00** fee may apply for this service.
   - **Bi-weekly Payment Program** - We offer different plans where funds are automatically drafted from your checking or savings account and remitted to Nationstar. The program affords you the opportunity to payoff your mortgage sooner, which results in interest savings, early PMI removal, increased equity and payday budgeting. For more information on this program or to enroll, please call 1-800-458-1564.
   - **Mailing Your Payment** - Please use the coupon attached to the Welcome Letter for your initial payment to Nationstar. Each month hereafter, you will receive a billing statement to make your monthly mortgage payment. If you misplace the coupon you can mail your payments to:

     Nationstar Mortgage LLC
     P.O. Box 650783
     Dallas, TX 75265-0783

   - **Western Union Quick Collect or MoneyGram ExpressPayment™** - Nationstar allows you to send funds directly to our office by wire using these services. There is a fee associated with each service. For the nearest payment location and for further details call 1-800-325-6000 for Western Union or 1-800-926-9400 for MoneyGram. Complete the Western Union Quick Collect form using CODE CITY "ASTAR" and CODE STATE "TX" or use "Receive Code 1678" on the MoneyGram ExpressPayment™ form.

8) **I am not currently using coupons because my payments are automatically deducted by my bank or through a bill-payment service. What do I need to do to continue having my payment automatically deducted?**
   If you use an online or bill paying service, please update the Payee information to:

   Nationstar Mortgage LLC
   P.O. Box 650783
   Dallas, TX 75265-0783

   Also, please update the account number to your new Nationstar loan number which is located on the cover page of the enclosed letter.

9) **Can I view my loan online over the Internet?**
   Yes, once you have registered your account online at www.MyNationstarMtg.com, you can view your mortgage loan online anytime, 24/7. If you experience any difficulty, please contact our Customer Service Department at 1-888-480-2432, Monday through Thursday between 8:00 A.M. and 8:00 P.M. CST, and Friday between 8:00 A.M. and 6:00 P.M. CST.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

Copy

10) **Periodically my escrow account is adjusted based upon a lender analysis. Will my escrow analysis date change and when will I receive an Escrow Analysis Statement?**
Nationstar complies with the Real Estate Settlement Procedure Act which requires us to perform a periodic analysis of your loan. This analysis may result in an escrow account adjustment. You will receive an escrow analysis statement each time an analysis is performed. Nationstar generally performs analysis on loans shortly after we make the largest scheduled disbursement from your escrow account.

11) **I may soon be called to active duty in the military. What do I need to do?**
Please send in a copy of your Orders to report for active duty to:

> Nationstar Mortgage LLC
> 350 Highland Drive
> Lewisville, TX 75067

12) **How can I obtain the total amount to pay off my loan?**
You may request a written payoff quote via our secure website, through our automated phone system, or by calling one of our Customer Service Representatives at 1-888-480-2432. In an effort to ensure all amounts quoted are accurate, we do not provide verbal payoff figures.

13) **If I need information on my loan, who should I contact?**
We certainly encourage you to take advantage of the convenience of accessing your loan information on our secure website or through our automated phone system. Both are available 24/7 for your convenience. Please contact Nationstar's Customer Service Department at 1-888-480-2432 if you have questions that cannot be answered through those systems or if you would simply prefer to speak to a representative.

14) **How can I change my personal contact information?**
You can change your mailing address, telephone number, and email address:
- Online at www.MyNationstarMtg.com
- Complete the form on the back of your payment coupon and mail it with your monthly payment
- Contact our Customer Service Department at 1-888-480-2432, Monday through Thursday between 8:00 A.M. and 8:00 P.M. CST, and Friday between 8:00 A.M. and 6:00 P.M. CST

15) **I have life insurance or other optional products on my mortgage. Are they impacted?**
Yes. If you have been paying premiums for life, disability, accidental death insurance or other optional products, these policies may not transfer to Nationstar and may be canceled. If you desire to continue your optional coverage, you should contact your product provider and discuss the possibility of directly remitting your premium to them to continue the life insurance coverage or optional products.

16) **Will my modification transfer to my new servicer?**
If your account was modified prior to the transfer, the modification will remain. If you were working on, but had not finalized your modification, then how we proceed will depend on what step of the process you were working on prior to the transfer. It's possible that we may need to start over, or we may need further documentation.



**Bank of America**
**Home Loans**

P.O. Box 5170
SIMI VALLEY, CA 93062-5170

Send Correspondence to:
P.O. Box 5170
Simi Valley, CA 93062-5170

Business Address:
450 American Street
Simi Valley, CA 93065-6285

Copy

Notice Date: February 25, 2013

Loan No.:

DEBORAH J & RUSSELL A NELSON
120 DUBLIN CIR
MADISON, AL 35758

Property Address:
120 Dublin Circle
Madison, AL 35758

---

IMPORTANT MESSAGE ABOUT YOUR HOME LOAN

Dear DEBORAH J & RUSSELL A NELSON,

We are writing to inform you that beginning **March 16, 2013, we will transfer the servicing of your loan noted above to Nationstar Mortgage LLC**. As your new servicer, Nationstar Mortgage LLC will handle your loan servicing, including billing, payment processing, and customer support.

Bank of America, N.A. would like to thank you for doing business with us. In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we will work closely with Nationstar Mortgage LLC to make the transition as smooth as possible. If you have any questions or concerns regarding this transfer, a Bank of America associate is available to speak with you toll-free at 1-800-669-6607.

**If you have applied for a refinance or are in the process of refinancing with Bank of America Home Loans**, your application remains active. Your Bank of America loan officer will continue to work with you on your refinance; it will not be affected by the upcoming servicing transfer. Please contact the Mortgage Loan Officer or Loan Processor you have been working with if you have any questions.

**The enclosed notice outlines the important dates and contact information you will need for the transition** to Nationstar Mortgage LLC. Please note this servicing transfer only applies to the loan noted above. Other accounts you may have with us will not be affected by this change unless you are notified.

FREQUENTLY ASKED QUESTIONS

**What will change with my servicing transfer?**
- Your loan number and payment address information will change once your loan has been transferred. Please look for a letter from Nationstar Mortgage LLC within the next few weeks which will outline this important information.
- The transfer of your loan to Nationstar Mortgage LLC does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
- Your monthly payment will not be affected by this transfer.

**Will the quality of my loan service change?**
- We expect that the quality of your loan service will not change. We are transferring servicing on your loan to Nationstar Mortgage LLC, an experienced mortgage servicer who will work with you on your mortgage concerns.

**Where should I make my home loan payments?**
- You should continue to make your monthly payment to Bank of America through March 15, 2013. You will begin making payments to Nationstar Mortgage LLC on March 16, 2013.
- If your payment is due before you receive a billing statement from Nationstar Mortgage LLC, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. Please note, if you do not have the new loan number, you may write your old loan number on the check.

**What if I have automatic payments set up with Bank of America?**
- Any automatic payments set up with us through the PayPlan programs will be discontinued as of March 15, 2013. Please look for instructions from Nationstar Mortgage LLC or contact them on or after March 16, 2013 to determine what payment options they may offer.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Will I still be able to make my mortgage payment at a Bank of America banking center or through online banking?**
- You will no longer be able to make your payment at a Bank of America banking center for the mortgage loan being transferred.
- If you make payments through Bank of America Online Banking or any other online banking or bill payment service, you will need to update your loan number and payee information for Nationstar Mortgage LLC on or after March 16, 2013.

**When my loan is transferred, will I still have access to my online loan information through Bank of America?**
- After the transfer is complete, your mortgage account will be moved to Nationstar Mortgage LLC. As a result, you will no longer access your mortgage information through Bank of America. Prior to the transfer, you may choose to download any information currently online to keep for your own records, such as tax documents, mortgage statements, payment history, etc. Nationstar Mortgage LLC will be able to provide you with information about access to your loan account information following the transfer. If you have any other accounts with Bank of America, such as checking, savings or credit card, you will still be able to access those accounts through Bank of America's online banking.

**What if I am currently participating in a loan modification or other foreclosure avoidance program (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure)?**
- The loan assistance programs that are offered by Nationstar Mortgage LLC are determined by the owner (also known as the investor) or insurer of your loan. Where applicable, Nationstar Mortgage LLC has agreed to evaluate your loan under the same investor or insurer guidelines as Bank of America, N.A..
- We will transfer any supporting documentation you may have submitted to us to Nationstar Mortgage LLC. We encourage you to work with Nationstar Mortgage LLC to complete the process and determine which programs may best suit your current situation.
- You should continue to make your payments to Bank of America, N.A. through March 15, 2013. On or after March 16, 2013, your payments should be made to Nationstar Mortgage LLC unless you are provided additional direction.
- If your loan was awaiting a decision regarding qualification for these programs, that decision will now be made by Nationstar Mortgage LLC.

**What if I need loan assistance after the transfer?**
- If you experience a hardship and struggle with making your home loan payments after the servicing of your loan has been transferred, please contact Nationstar Mortgage LLC right away to request help. They will determine which program may be right for you based on the applicable investor and insurer guidelines.

**What if I am refinancing my mortgage loan that is being transferred?**
- Your refinance will not be affected by the upcoming loan transfer. If you are working on a refinance through Bank of America Home Loans, your application remains active and we will continue to work with you on your refinance. Please contact the Mortgage Loan Officer or Loan Processor you have been working with if you have any questions.

**What about my optional products or insurance with Bank of America?**
- If your payments include any optional products or insurance such as accidental death, home warranty, identity theft, unemployment insurance, etc., please read the enclosed notice carefully.

**LEGAL NOTICE**

As a result of this servicing transfer, we have enclosed the Real Estate Settlement Procedures Act (RESPA) Servicing Transfer Notice. No action is required on your part in response to the notice, but we recommend you retain the notice for your records.

**ADDITIONAL QUESTIONS**

Beginning March 16, 2013, Nationstar Mortgage LLC can assist you with any questions related to your loan and the transfer of servicing. Nationstar Mortgage LLC's customer service can be reached at 1-877-372-0512 ext 15, Mon to Thurs 7AM-11PM, Fri 7AM-7PM, Sat 8AM-4PM CST.

We appreciate the opportunity to have served your home loan needs. If you have any questions or need assistance prior to your loan being transferred, please call Bank of America, N.A., toll-free at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

Home Loan Team
Bank of America, N.A.

This communication is from Bank of America, N.A., the servicer of your home loan.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have received a discharge of the debt referenced above, this notice is for informational purposes only and is not an attempt to collect a debt or demand a payment.

Copy

Loan No.: ▓▓▓▓▓▓▓

Notice Date: February 25, 2013

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A.** to **Nationstar Mortgage LLC**, effective April 01, 2013.

The assignment, sale or transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

### YOUR SERVICER PRIOR TO MARCH 16, 2013:

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time. This is a toll-free number.

### YOUR NEW SERVICER ON AND AFTER MARCH 16, 2013:

Your *new servicer* will be **Nationstar Mortgage LLC**. The business address for **Nationstar Mortgage LLC** is: 350 Highland Drive Lewisville TX 75067.

#### Toll-free Number
The toll-free telephone number of **Nationstar Mortgage LLC** is 1-877-372-0512 ext 15. If you have any questions relating to the transfer of servicing to your new servicer, please call **Nationstar Mortgage LLC** Customer Service toll-free at 1-877-372-0512 ext 15, Mon to Thurs 7AM-11PM, Fri 7AM-7PM, Sat 8AM-4PM CST.

#### Address for Correspondence (other than payments)
The address to send written correspondence to **Nationstar Mortgage LLC** (other than payments) is: Nationstar Mortgage LLC, 350 Highland Drive Lewisville TX 75067.

#### Address for Mailed Payments
The address to send payments to **Nationstar Mortgage LLC** is:
Nationstar Mortgage LLC, Attn: Payment Processing, P.O. Box 650783 Dallas TX 75265-0783. Please include your loan number on all checks, cashier's checks and other payments sent to **Nationstar Mortgage LLC**.

### INFORMATION CONCERNING YOUR LOAN PAYMENTS:

The date that **Bank of America, N.A.** will stop accepting payments from you is March 15, 2013.

The date that your *new servicer* **Nationstar Mortgage LLC** will start accepting payments from you is March 16, 2013. Send all payments due on or after that date to your *new servicer*.

### INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage will be cancelled.

You should take the following action to maintain coverage: Coverage will be cancelled. To see if it is possible to maintain coverage, you will need to contact your *new servicer* to discuss coverage options. You may also contact your insurance provider to find out if other billing options can be arranged.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## ABOUT YOUR RIGHTS UNDER RESPA

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America, N.A.'s servicing of your loan, it must be sent to this address:

Bank of America, N.A.
Customer Service Correspondence, CA6-919-01-41
P.O. Box 5170
SIMI VALLEY, CA 93062-5170

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved. Some products may not be available in all states. This is not a commitment to lend. Restrictions apply.