Co

Case 18-80037-CRJ    Doc 48-9    Filed 10/03/18    Entered 10/03/18 20:57:27    Desc
Histories    Page 3 of 10



**Bank of America** | **Mortgage Servicing**

melissa.stamper@nationstarmail | Home | FAQ | Site Index

**Account Information**                                                            **Transaction History**

| Loan Inquiry |
|---|
| Portfolio Info |
| Account Information |
| Loss Mitigation |
| File Transfers |
| Change Password |
| Log Out |

**Loan Number**

| | | | | |
|---|---|---|---|---|
| | **Borrower(s)** | **Property Address** | **Mailing Address** | **Phone Numbers** |
| | DEBORAH J & RUSSELL A NELSON | 120 DUBLIN CIRCLE | 120 Dublin Cir | H:- (256) 325-0470 |
| | | MADISON, AL | Madison | W:- (256) 824-6583 |
| | | 35758 | 35758 | |
| | **Loan Status** | | **Special Handling** | **Loan Action** |
| | Servicing Sold or Transferred | | - | - |

View the account history below or enter the range of dates you wish to search from:

From: Janaury ▼ 2007 ▼     To: Janaury ▼ 2013 ▼     Submit

| Trans Type | Trans Date / Due Date | Payment Amt / Life/Disability Ins. | Principal / Balance | Interest / Buydown | Escrow / Balance | Late Charge / Balance | Partial / Balance |
|---|---|---|---|---|---|---|---|
| Tax deposit | 04/16/2007 04/01/2007 | $543.76 $0.00 | $0.00 $240,000.00 | $0.00 $0.00 | $543.76 $543.76 | $0.00 $0.00 | $0.00 $0.00 |
| Misc posting | 04/23/2007 04/01/2007 | ($1.45) $0.00 | $0.00 $240,000.00 | $0.00 $0.00 | ($1.45) $542.31 | $0.00 $0.00 | $0.00 $0.00 |
| Escrow shortage pmt | 04/23/2007 04/01/2007 | $1.45 $0.00 | $0.00 $240,000.00 | $0.00 $0.00 | $1.45 $543.76 | $0.00 $0.00 | $0.00 $0.00 |
| Homeowners ins pmt | 05/02/2007 04/01/2007 | ($965.00) $0.00 | $0.00 $240,000.00 | $0.00 $0.00 | ($965.00) ($421.24) | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 05/04/2007 05/01/2007 | $1,600.83 $0.00 | $244.69 $239,755.31 | $1,175.00 $0.00 | $181.14 ($240.10) | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 06/01/2007 06/01/2007 | $1,600.83 $0.00 | $245.89 $239,509.42 | $1,173.80 $0.00 | $181.14 ($58.96) | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 07/10/2007 07/01/2007 | $1,600.83 $0.00 | $247.09 $239,262.33 | $1,172.60 $0.00 | $181.14 $122.18 | $0.00 $0.00 | $0.00 $0.00 |
| Misc posting | 07/10/2007 07/01/2007 | $965.00 $0.00 | $0.00 $239,262.33 | $0.00 $0.00 | $965.00 $1,087.18 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 08/06/2007 08/01/2007 | $1,600.83 $0.00 | $248.30 $239,014.03 | $1,171.39 $0.00 | $181.14 $1,268.32 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 09/11/2007 09/01/2007 | $1,600.83 $0.00 | $249.52 $238,764.51 | $1,170.17 $0.00 | $181.14 $1,449.46 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 10/12/2007 10/01/2007 | $1,600.83 $0.00 | $250.74 $238,513.77 | $1,168.95 $0.00 | $181.14 $1,630.60 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 11/08/2007 11/01/2007 | $1,600.83 $0.00 | $251.97 $238,261.80 | $1,167.72 $0.00 | $181.14 $1,811.74 | $0.00 $0.00 | $0.00 $0.00 |
| County tax pmt | 11/08/2007 11/01/2007 | ($1,304.40) $0.00 | $0.00 $238,261.80 | $0.00 $0.00 | ($1,304.40) $507.34 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 12/07/2007 12/01/2007 | $1,600.83 $0.00 | $253.20 $238,008.60 | $1,166.49 $0.00 | $181.14 $688.48 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 01/07/2008 01/01/2008 | $1,600.83 $0.00 | $254.44 $237,754.16 | $1,165.25 $0.00 | $181.14 $869.62 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 02/06/2008 02/01/2008 | $1,600.83 $0.00 | $255.69 $237,498.47 | $1,164.00 $0.00 | $181.14 $1,050.76 | $0.00 $0.00 | $0.00 $0.00 |
| Homeowners ins pmt | 02/28/2008 02/01/2008 | ($1,177.67) $0.00 | $0.00 $237,498.47 | $0.00 $0.00 | ($1,177.67) ($126.91) | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 03/05/2008 03/01/2008 | $1,600.83 $0.00 | $256.94 $237,241.53 | $1,162.75 $0.00 | $181.14 $54.23 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 04/04/2008 04/01/2008 | $1,600.83 $0.00 | $258.20 $236,983.33 | $1,161.49 $0.00 | $181.14 $235.37 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 05/12/2008 05/01/2008 | $1,626.53 $0.00 | $259.46 $236,723.87 | $1,160.23 $0.00 | $206.84 $442.21 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 06/06/2008 06/01/2008 | $1,626.53 $0.00 | $260.73 $236,463.14 | $1,158.96 $0.00 | $206.84 $649.05 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 07/07/2008 07/01/2008 | $1,626.53 $0.00 | $262.01 $236,201.13 | $1,157.68 $0.00 | $206.84 $855.89 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 08/06/2008 08/01/2008 | $1,626.53 $0.00 | $263.29 $235,937.84 | $1,156.40 $0.00 | $206.84 $1,062.73 | $0.00 $0.00 | $0.00 $0.00 |
| Homeowners ins pmt | 09/04/2008 08/01/2008 | ($19.00) $0.00 | $0.00 $235,937.84 | $0.00 $0.00 | ($19.00) $1,043.73 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 09/12/2008 09/01/2008 | $1,626.53 $0.00 | $264.58 $235,673.26 | $1,155.11 $0.00 | $206.84 $1,250.57 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 10/09/2008 10/01/2008 | $1,626.53 $0.00 | $265.87 $235,407.39 | $1,153.82 $0.00 | $206.84 $1,457.41 | $0.00 $0.00 | $0.00 $0.00 |
| Misc posting | 10/09/2008 10/01/2008 | $250.00 $0.00 | $0.00 $235,407.39 | $0.00 $0.00 | $250.00 $1,707.41 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 11/06/2008 11/01/2008 | $1,626.53 $0.00 | $267.17 $235,140.22 | $1,152.52 $0.00 | $206.84 $1,914.25 | $0.00 $0.00 | $0.00 $0.00 |
| County tax pmt | 11/07/2008 11/01/2008 | ($1,479.20) $0.00 | $0.00 $235,140.22 | $0.00 $0.00 | ($1,479.20) $435.05 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 12/05/2008 12/01/2008 | $1,626.53 $0.00 | $268.48 $234,871.74 | $1,151.21 $0.00 | $206.84 $641.89 | $0.00 $0.00 | $0.00 $0.00 |
| Misc posting | 12/05/2008 12/01/2008 | $250.00 $0.00 | $0.00 $234,871.74 | $0.00 $0.00 | $250.00 $891.89 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 01/06/2009 01/01/2009 | $1,626.53 $0.00 | $269.80 $234,601.94 | $1,149.89 $0.00 | $206.84 $1,098.73 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 02/13/2009 02/01/2009 | $1,626.53 $0.00 | $271.12 $234,330.82 | $1,148.57 $0.00 | $206.84 $1,305.57 | $0.00 $0.00 | $0.00 $0.00 |
| Homeowners ins pmt | 03/03/2009 02/01/2009 | ($1,273.22) $0.00 | $0.00 $234,330.82 | $0.00 $0.00 | ($1,273.22) $32.35 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | 03/09/2009 03/01/2009 | $1,626.53 $0.00 | $272.45 $234,058.37 | $1,147.24 $0.00 | $206.84 $239.19 | $0.00 $0.00 | $0.00 $0.00 |
| Payment | | | | | | | |

https://portfolioservices.business.bankofamerica.com/MSPSECURE/TransactionHistory/Index   6/5/2015

| Description | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| | 04/10/2009 | $1,626.53 | $273.78 | $1,145.91 | $206.84 | $0.00 | $0.00 |
| | 04/01/2009 | $0.00 | $233,784.59 | $0.00 | $446.03 | $0.00 | $0.00 |
| Payment | 05/08/2009 | $1,649.06 | $275.12 | $1,144.57 | $229.37 | $0.00 | $0.00 |
| | 05/01/2009 | $0.00 | $233,509.47 | $0.00 | $675.40 | $0.00 | $0.00 |
| Misc posting | 05/08/2009 | $0.94 | $0.00 | $0.00 | $0.94 | $0.00 | $0.00 |
| | 05/01/2009 | $0.00 | $233,509.47 | $0.00 | $676.34 | $0.00 | $0.00 |
| Homeowners ins pmt | 06/03/2009 | ($195.00) | $0.00 | $0.00 | ($195.00) | $0.00 | $0.00 |
| | 05/01/2009 | $0.00 | $233,509.47 | $0.00 | $481.34 | $0.00 | $0.00 |
| Payment | 06/05/2009 | $1,649.06 | $276.47 | $1,143.22 | $229.37 | $0.00 | $0.00 |
| | 06/01/2009 | $0.00 | $233,233.00 | $0.00 | $710.71 | $0.00 | $0.00 |
| Payment | 07/06/2009 | $1,649.06 | $277.82 | $1,141.87 | $229.37 | $0.00 | $0.00 |
| | 07/01/2009 | $0.00 | $232,955.18 | $0.00 | $940.08 | $0.00 | $0.00 |
| Payment | 08/04/2009 | $1,649.06 | $279.18 | $1,140.51 | $229.37 | $0.00 | $0.00 |
| | 08/01/2009 | $0.00 | $232,676.00 | $0.00 | $1,169.45 | $0.00 | $0.00 |
| Payment | 09/04/2009 | $1,649.06 | $280.55 | $1,139.14 | $229.37 | $0.00 | $0.00 |
| | 09/01/2009 | $0.00 | $232,395.45 | $0.00 | $1,398.82 | $0.00 | $0.00 |
| Payment | 10/06/2009 | $1,649.06 | $281.92 | $1,137.77 | $229.37 | $0.00 | $0.00 |
| | 10/01/2009 | $0.00 | $232,113.53 | $0.00 | $1,628.19 | $0.00 | $0.00 |
| Misc posting | 10/06/2009 | $200.00 | $0.00 | $0.00 | $200.00 | $0.00 | $0.00 |
| | 10/01/2009 | $0.00 | $232,113.53 | $0.00 | $1,828.19 | $0.00 | $0.00 |
| County tax pmt | 11/03/2009 | ($1,498.75) | $0.00 | $0.00 | ($1,498.75) | $0.00 | $0.00 |
| | 10/01/2009 | $0.00 | $232,113.53 | $0.00 | $329.44 | $0.00 | $0.00 |
| Payment | 11/06/2009 | $1,649.06 | $283.30 | $1,136.39 | $229.37 | $0.00 | $0.00 |
| | 11/01/2009 | $0.00 | $231,830.23 | $0.00 | $558.81 | $0.00 | $0.00 |
| Payment | 12/11/2009 | $1,649.06 | $284.69 | $1,135.00 | $229.37 | $0.00 | $0.00 |
| | 12/01/2009 | $0.00 | $231,545.54 | $0.00 | $788.18 | $0.00 | $0.00 |
| Payment | 01/05/2010 | $1,649.06 | $286.08 | $1,133.61 | $229.37 | $0.00 | $0.00 |
| | 01/01/2010 | $0.00 | $231,259.46 | $0.00 | $1,017.55 | $0.00 | $0.00 |
| Payment | 02/03/2010 | $1,649.06 | $287.48 | $1,132.21 | $229.37 | $0.00 | $0.00 |
| | 02/01/2010 | $0.00 | $230,971.98 | $0.00 | $1,246.92 | $0.00 | $0.00 |
| Payment | 03/02/2010 | $1,649.06 | $288.89 | $1,130.80 | $229.37 | $0.00 | $0.00 |
| | 03/01/2010 | $0.00 | $230,683.09 | $0.00 | $1,476.29 | $0.00 | $0.00 |
| Misc posting | 03/02/2010 | $50.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 |
| | 03/01/2010 | $0.00 | $230,683.09 | $0.00 | $1,526.29 | $0.00 | $0.00 |
| Homeowners ins pmt | 03/02/2010 | ($1,492.68) | $0.00 | $0.00 | ($1,492.68) | $0.00 | $0.00 |
| | 03/09/2010 | $0.00 | $230,683.09 | $0.00 | $33.61 | $0.00 | $0.00 |
| Payment | 04/09/2010 | $1,649.06 | $290.30 | $1,129.39 | $229.37 | $0.00 | $0.00 |
| | 04/01/2010 | $0.00 | $230,392.79 | $0.00 | $262.98 | $0.00 | $0.00 |
| Payment | 05/06/2010 | $1,649.06 | $291.73 | $1,127.96 | $229.37 | $0.00 | $0.00 |
| | 05/01/2010 | $0.00 | $230,101.06 | $0.00 | $492.35 | $0.00 | $0.00 |
| Payment | 06/07/2010 | $1,637.14 | $293.15 | $1,126.54 | $217.45 | $0.00 | $0.00 |
| | 06/01/2010 | $0.00 | $229,807.91 | $0.00 | $709.80 | $0.00 | $0.00 |
| Payment | 07/07/2010 | $1,637.14 | $294.59 | $1,125.10 | $217.45 | $0.00 | $0.00 |
| | 07/01/2010 | $0.00 | $229,513.32 | $0.00 | $927.25 | $0.00 | $0.00 |
| Payment | 08/10/2010 | $1,637.14 | $296.03 | $1,123.66 | $217.45 | $0.00 | $0.00 |
| | 08/01/2010 | $0.00 | $229,217.29 | $0.00 | $1,144.70 | $0.00 | $0.00 |
| Payment | 09/13/2010 | $1,637.14 | $297.48 | $1,122.21 | $217.45 | $0.00 | $0.00 |
| | 09/01/2010 | $0.00 | $228,919.81 | $0.00 | $1,362.15 | $0.00 | $0.00 |
| Payment | 10/08/2010 | $1,637.14 | $298.94 | $1,120.75 | $217.45 | $0.00 | $0.00 |
| | 10/01/2010 | $0.00 | $228,620.87 | $0.00 | $1,579.60 | $0.00 | $0.00 |
| County tax pmt | 11/04/2010 | ($1,641.35) | $0.00 | $0.00 | ($1,641.35) | $0.00 | $0.00 |
| | 10/01/2010 | $0.00 | $228,620.87 | $0.00 | ($61.75) | $0.00 | $0.00 |
| Payment | 11/10/2010 | $1,637.14 | $300.40 | $1,119.29 | $217.45 | $0.00 | $0.00 |
| | 11/01/2010 | $0.00 | $228,320.47 | $0.00 | $155.70 | $0.00 | $0.00 |
| Payment | 12/06/2010 | $1,637.14 | $301.87 | $1,117.82 | $217.45 | $0.00 | $0.00 |
| | 12/01/2010 | $0.00 | $228,018.60 | $0.00 | $373.15 | $0.00 | $0.00 |
| Misc posting | 12/06/2010 | $61.75 | $0.00 | $0.00 | $61.75 | $0.00 | $0.00 |
| | 12/01/2010 | $0.00 | $228,018.60 | $0.00 | $434.90 | $0.00 | $0.00 |
| Payment | 01/07/2011 | $1,637.14 | $303.35 | $1,116.34 | $217.45 | $0.00 | $0.00 |
| | 01/01/2011 | $0.00 | $227,715.25 | $0.00 | $652.35 | $0.00 | $0.00 |
| Payment | 02/01/2011 | $1,637.14 | $304.83 | $1,114.86 | $217.45 | $0.00 | $0.00 |
| | 02/01/2011 | $0.00 | $227,410.42 | $0.00 | $869.80 | $0.00 | $0.00 |
| Homeowners ins pmt | 02/28/2011 | ($1,542.74) | $0.00 | $0.00 | ($1,542.74) | $0.00 | $0.00 |
| | 02/01/2011 | $0.00 | $227,410.42 | $0.00 | ($672.94) | $0.00 | $0.00 |
| Payment | 03/04/2011 | $1,637.14 | $306.33 | $1,113.36 | $217.45 | $0.00 | $0.00 |
| | 03/01/2011 | $0.00 | $227,104.09 | $0.00 | ($455.49) | $0.00 | $0.00 |
| Payment | 04/08/2011 | $1,637.14 | $307.83 | $1,111.86 | $217.45 | $0.00 | $0.00 |
| | 04/01/2011 | $0.00 | $226,796.26 | $0.00 | ($238.04) | $0.00 | $0.00 |
| Payment | 05/09/2011 | $1,637.14 | $309.33 | $1,110.36 | $217.45 | $0.00 | $0.00 |
| | 05/01/2011 | $0.00 | $226,486.93 | $0.00 | ($20.59) | $0.00 | $0.00 |
| Payment | 06/06/2011 | $1,685.03 | $310.85 | $1,108.84 | $265.34 | $0.00 | $0.00 |
| | 06/01/2011 | $0.00 | $226,176.08 | $0.00 | $244.75 | $0.00 | $0.00 |
| Misc posting | 06/06/2011 | $551.28 | $0.00 | $0.00 | $551.28 | $0.00 | $0.00 |
| | 06/01/2011 | $0.00 | $226,176.08 | $0.00 | $796.03 | $0.00 | $0.00 |
| Payment | 07/14/2011 | $1,685.03 | $312.37 | $1,107.32 | $265.34 | $0.00 | $0.00 |
| | 07/01/2011 | $0.00 | $225,863.71 | $0.00 | $1,061.37 | $0.00 | $0.00 |
| Payment | 08/12/2011 | $1,685.03 | $313.90 | $1,105.79 | $265.34 | $0.00 | $0.00 |
| | 08/01/2011 | $0.00 | $225,549.81 | $0.00 | $1,326.71 | $0.00 | $0.00 |
| Payment | 09/09/2011 | $1,685.03 | $315.44 | $1,104.25 | $265.34 | $0.00 | $0.00 |
| | 09/01/2011 | $0.00 | $225,234.37 | $0.00 | $1,592.05 | $0.00 | $0.00 |
| Payment | 10/07/2011 | $1,685.03 | $316.98 | $1,102.71 | $265.34 | $0.00 | $0.00 |
| | 10/01/2011 | $0.00 | $224,917.39 | $0.00 | $1,857.39 | $0.00 | $0.00 |
| County tax pmt | 11/07/2011 | ($1,667.80) | $0.00 | $0.00 | ($1,667.80) | $0.00 | $0.00 |
| | 10/01/2011 | $0.00 | $224,917.39 | $0.00 | $189.59 | $0.00 | $0.00 |
| Payment | 11/10/2011 | $1,685.03 | $318.53 | $1,101.16 | $265.34 | $0.00 | $0.00 |
| | 11/01/2011 | $0.00 | $224,598.86 | $0.00 | $454.93 | $0.00 | $0.00 |
| Payment | 12/02/2011 | $1,685.03 | $320.09 | $1,099.60 | $265.34 | $0.00 | $0.00 |
| | 12/01/2011 | $0.00 | $224,278.77 | $0.00 | $720.27 | $0.00 | $0.00 |
| Homeowners ins pmt | 12/27/2011 | ($30.08) | $0.00 | $0.00 | ($30.08) | $0.00 | $0.00 |
| | 12/01/2011 | $0.00 | $224,278.77 | $0.00 | $690.19 | $0.00 | $0.00 |
| Payment | 01/06/2012 | $1,685.03 | $321.66 | $1,098.03 | $265.34 | $0.00 | $0.00 |
| | 01/01/2012 | $0.00 | $223,957.11 | $0.00 | $955.53 | $0.00 | $0.00 |
| Payment | 02/16/2012 | $1,685.03 | $323.23 | $1,096.46 | $265.34 | $0.00 | $0.00 |
| | 02/01/2012 | $0.00 | $223,633.88 | $0.00 | $1,220.87 | $0.00 | $0.00 |
| Homeowners ins pmt | | | | | | | |

| Description | Date | | | | | |
|---|---|---|---|---|---|---|
|  | 02/27/2012 | ($1,297.00) | $0.00 | $0.00 | ($1,297.00) | $0.00 | $0.00 |
|  | 02/01/2012 | $0.00 | $223,633.88 | $0.00 | ($76.13) | $0.00 | $0.00 |
| Payment | 03/09/2012 | $1,685.03 | $324.82 | $1,094.87 | $265.34 | $0.00 | $0.00 |
|  | 03/01/2012 | $0.00 | $223,309.06 | $0.00 | $189.21 | $0.00 | $0.00 |
| Payment | 04/06/2012 | $1,685.03 | $326.41 | $1,093.28 | $265.34 | $0.00 | $0.00 |
|  | 04/01/2012 | $0.00 | $222,982.65 | $0.00 | $454.55 | $0.00 | $0.00 |
| Overage refund | 05/03/2012 | ($225.79) | $0.00 | $0.00 | ($225.79) | $0.00 | $0.00 |
|  | 04/01/2012 | $0.00 | $222,982.65 | $0.00 | $228.76 | $0.00 | $0.00 |
| Payment | 05/04/2012 | $1,685.03 | $328.00 | $1,091.69 | $265.34 | $0.00 | $0.00 |
|  | 05/01/2012 | $0.00 | $222,654.65 | $0.00 | $494.10 | $0.00 | $0.00 |
| Payment | 06/04/2012 | $1,666.76 | $329.61 | $1,090.08 | $247.07 | $0.00 | $0.00 |
|  | 06/01/2012 | $0.00 | $222,325.04 | $0.00 | $741.17 | $0.00 | $0.00 |
| Payment | 07/05/2012 | $1,666.76 | $331.22 | $1,088.47 | $247.07 | $0.00 | $0.00 |
|  | 07/01/2012 | $0.00 | $221,993.82 | $0.00 | $988.24 | $0.00 | $0.00 |
| Payment | 08/06/2012 | $1,666.76 | $332.85 | $1,086.84 | $247.07 | $0.00 | $0.00 |
|  | 08/01/2012 | $0.00 | $221,660.97 | $0.00 | $1,235.31 | $0.00 | $0.00 |
| Payment | 09/10/2012 | $1,666.76 | $334.47 | $1,085.22 | $247.07 | $0.00 | $0.00 |
|  | 09/01/2012 | $0.00 | $221,326.50 | $0.00 | $1,482.38 | $0.00 | $0.00 |
| Payment | 10/09/2012 | $1,666.76 | $336.11 | $1,083.58 | $247.07 | $0.00 | $0.00 |
|  | 10/01/2012 | $0.00 | $220,990.39 | $0.00 | $1,729.45 | $0.00 | $0.00 |
| Payment | 11/05/2012 | $1,666.76 | $337.76 | $1,081.93 | $247.07 | $0.00 | $0.00 |
|  | 11/01/2012 | $0.00 | $220,652.63 | $0.00 | $1,976.52 | $0.00 | $0.00 |
| County tax pmt | 11/05/2012 | ($1,667.80) | $0.00 | $0.00 | ($1,667.80) | $0.00 | $0.00 |
|  | 11/01/2012 | $0.00 | $220,652.63 | $0.00 | $308.72 | $0.00 | $0.00 |
| Payment | 12/04/2012 | $1,666.76 | $339.41 | $1,080.28 | $247.07 | $0.00 | $0.00 |
|  | 12/01/2012 | $0.00 | $220,313.22 | $0.00 | $555.79 | $0.00 | $0.00 |
| Payment | 01/08/2013 | $1,666.76 | $341.07 | $1,078.62 | $247.07 | $0.00 | $0.00 |
|  | 01/01/2013 | $0.00 | $219,972.15 | $0.00 | $802.86 | $0.00 | $0.00 |
| Payment | 02/07/2013 | $1,666.76 | $342.74 | $1,076.95 | $247.07 | $0.00 | $0.00 |
|  | 02/01/2013 | $0.00 | $219,629.41 | $0.00 | $1,049.93 | $0.00 | $0.00 |
| Homeowners ins pmt | 02/25/2013 | ($1,322.03) | $0.00 | $0.00 | ($1,322.03) | $0.00 | $0.00 |
|  | 02/01/2013 | $0.00 | $219,629.41 | $0.00 | ($272.10) | $0.00 | $0.00 |
| Payment | 03/05/2013 | $1,666.76 | $344.42 | $1,075.27 | $247.07 | $0.00 | $0.00 |
|  | 03/01/2013 | $0.00 | $219,284.99 | $0.00 | ($25.03) | $0.00 | $0.00 |

Notice: Bank Of America Home Loans provides you with detailed reports under the terms of your agreement with it. In contrast, the information provided herein is in a user friendly summary format and should not considered as a report. Among other things, the information may be incomplete, may not provide sufficient detail for your own reporting or audit purposes, may not be real time data, and therefore it should not be relied upon by you.

Case 18-80037-CRJ    Doc 48-9    Filed 10/03/18    Entered 10/03/18 20:57:27    Desc
Histories    Page 6 of 10

Exhibit 12

## PCN-PPFN TEAM
### Post-Petition Ledger

| Filed By: | Russell Nelson 0 | | | | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Number: | 15-83360 | From Date | To Date | | | | Total Amount | P&I Total | crow Total | ter est |
| Filing Date: | 12/15/2015 | | | | | | | | | |
| Boarded Date: | 3/20/2013 | | | | | | | | | |
| Payments in POC: | $877.64 | | | | | | | | | |
| First Post Due Date: | 01/01/16 | | | | | | | | | |

Exhibit 12

| | | | Post petition Payment Amount Due | | | | | | Contractual Payment applied | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Payment Posted | Amount Received | Applied To | Post Petition Amount Due | P&I | Escrow | Shortage | Post Suspense Balance | Comments | Payment Applied (P&I Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
| 01/20/16 | | | | | | | $ - | | | | | $ - | $ - |
| 01/20/16 | $ 1,735.00 | | | | | | $ - | | | | | $ - | $ - |
| 01/20/16 | $ 1,735.00 | | | | | | $ 1,735.00 | | $ 1,711.94 | | | $ 23.06 | $ 23.06 |
| 02/08/16 | $ 1,735.00 | | | | | | $ 3,470.00 | | | | | $ 1,735.00 | $ 1,758.06 |
| 02/08/16 | | | | | | | $ 3,470.00 | | $ 1,711.94 | | | $ (1,711.94) | $ 46.12 |
| 02/26/16 | $ 1,735.00 | | | | | | $ 5,205.00 | | | | | $ 1,735.00 | $ 1,781.12 |
| 02/29/16 | | | | | | | $ 5,205.00 | | | $ 1,237.85 | | $ (1,237.85) | $ 543.27 |
| 02/29/16 | | | | | | | $ 5,205.00 | | | | $ 181.85 | $ (181.85) | $ 361.42 |
| | | | Loan Mod | | | | $ 361.42 | | | | | $ - | $ 361.42 |
| 02/29/16 | | | $ 292.24 | | | PRINCIPAL PAYME | $ 69.18 | | $ 292.24 | | | $ (292.24) | $ 69.18 |
| 02/29/16 | | | $ 69.18 | | | PRINCIPAL PAYME | $ - | | $ 69.18 | | | $ (69.18) | $ - |
| 06/01/16 | $ 1,378.44 | | | | | | $ 1,378.44 | | | | | $ 1,378.44 | $ 1,378.44 |
| 06/02/16 | | 6/1/2016 | $ 1,378.44 | $ 1,086.19 | $ 292.25 | | $ - | | $ 1,378.44 | | | $ (1,378.44) | $ - |
| 07/06/16 | $ 1,378.44 | | | | | | $ 1,378.44 | | | | | $ 1,378.44 | $ 1,378.44 |
| 07/15/16 | | 07/01/16 | $ 1,378.44 | $ 1,086.19 | $ 292.25 | | $ - | | $ 1,378.44 | | | $ (1,378.44) | $ - |
| 08/18/16 | $ 1,378.44 | | | | | | $ 1,378.44 | | | | | $ 1,378.44 | $ 1,378.44 |
| 09/02/16 | $ 1,384.61 | | | | | | $ 2,763.05 | | | | | $ 1,384.61 | $ 2,763.05 |
| 09/06/16 | | 08/01/16 | $ 1,505.20 | $ 1,086.19 | $ 419.01 | | $ 1,257.85 | PCN Filed | $ 1,505.20 | | | $ (1,505.20) | $ 1,257.85 |
| 10/04/16 | $ 1,384.61 | | | | | | $ 2,642.46 | | | | | $ 1,384.61 | $ 2,642.46 |
| 10/24/16 | | 09/01/16 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ 1,257.85 | | $ 1,384.61 | | | $ (1,384.61) | $ 1,257.85 |
| 11/08/16 | $ 1,384.61 | | | | | | $ 2,642.46 | | | | | $ 1,384.61 | $ 2,642.46 |
| 11/18/16 | | 10/01/16 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ 1,257.85 | | $ 1,384.61 | | | $ (1,384.61) | $ 1,257.85 |
| 12/05/16 | $ 1,384.61 | | | | | | $ 2,642.46 | | | | | $ 1,384.61 | $ 2,642.46 |
| 12/06/16 | | 11/01/16 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ 1,257.85 | | $ 1,384.61 | | | $ (1,384.61) | $ 1,257.85 |
| 01/04/17 | $ 1,384.61 | | | | | | $ 2,642.46 | | | | | $ 1,384.61 | $ 2,642.46 |
| 01/05/17 | | 12/01/16 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ 1,257.85 | | $ 1,384.61 | | | $ (1,384.61) | $ 1,257.85 |
| 02/03/17 | $ 1,384.61 | | | | | | $ 2,642.46 | | | | | $ 1,384.61 | $ 2,642.46 |
| 02/06/17 | | 01/01/17 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ 1,257.85 | | $ 1,384.61 | | | $ (1,384.61) | $ 1,257.85 |
| 03/02/17 | $ 1,384.61 | | | | | | $ 2,642.46 | | | | | $ 1,384.61 | $ 2,642.46 |
| 03/03/17 | | 02/01/17 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ 1,257.85 | | $ 1,384.61 | | | $ (1,384.61) | $ 1,257.85 |
| 03/27/17 | $ 500.00 | | $ 500.00 | | | PRINCIPAL PAYME | $ 1,257.85 | | $ 500.00 | | | $ - | $ 1,257.85 |
| 04/03/17 | $ 1,384.61 | | | | | | $ 2,642.46 | | | | | $ 1,384.61 | $ 2,642.46 |
| 04/04/17 | | 03/01/17 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ 1,257.85 | | $ 1,384.61 | | | $ (1,384.61) | $ 1,257.85 |
| 04/06/17 | $ 126.76 | | | | | | $ 1,384.61 | | | | | $ 126.76 | $ 1,384.61 |
| 04/07/17 | | 04/01/17 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ - | | $ 1,384.61 | | | $ (1,384.61) | $ - |
| 05/04/17 | $ 1,384.61 | | | | | | $ 1,384.61 | | | | | $ 1,384.61 | $ 1,384.61 |
| 05/05/17 | | 05/01/17 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ - | | $ 1,384.61 | | | $ (1,384.61) | $ - |
| 06/07/17 | $ 1,384.61 | | | | | | $ 1,384.61 | | | | | $ 1,384.61 | $ 1,384.61 |
| 06/08/17 | | 06/01/17 | $ 1,384.61 | $ 1,086.19 | $ 298.42 | | $ - | | $ 1,384.61 | | | $ (1,384.61) | $ - |
| 07/06/17 | $ 1,384.61 | | | | | | $ 1,384.61 | | | | | $ 1,384.61 | $ 1,384.61 |
| 08/04/17 | $ 1,384.61 | | | | | | $ 2,769.22 | | | | | $ 1,384.61 | $ 2,769.22 |
| 08/07/17 | | 07/01/17 | $ 1,406.36 | $ 1,086.19 | $ 320.17 | | $ 1,362.86 | PCN Filed | $ 1,406.36 | | | $ (1,406.36) | $ 1,362.86 |
| 09/06/17 | $ 1,454.61 | | | | | | $ 2,817.47 | | | | | $ 1,454.61 | $ 2,817.47 |
| 09/07/17 | | 08/01/17 | $ 1,406.36 | $ 1,086.19 | $ 320.17 | | $ 1,411.11 | | $ 1,406.36 | | | $ (1,406.36) | $ 1,411.11 |
| 09/07/17 | | 09/01/17 | $ 1,406.36 | $ 1,086.19 | $ 320.17 | | $ 4.75 | | $ 1,406.36 | | | $ (1,406.36) | $ 4.75 |
| 10/03/17 | $ 1,406.36 | | | | | | $ 1,411.11 | | | | | $ 1,406.36 | $ 1,411.11 |
| 10/10/17 | | 10/01/17 | $ 1,406.36 | $ 1,086.19 | $ 320.17 | | $ 4.75 | | $ 1,406.36 | | | $ (1,406.36) | $ 4.75 |



# Annual Escrow Account Disclosure Statement

7/17/2017

2501 S State Hwy 121 Business
Suite 100
Lewisville, TX 75067

## Escrow Account Transactions Prior to Bankruptcy Filing

| Transaction Date | Description | Servicer Advance to Escrow | Borrower Deposit to Escrow | Servicer Recovery from Escrow | Payment from Escrow | Escrow Account Balance | Total Servicer Advances |
|---|---|---|---|---|---|---|---|
| 3/20/2013 | Escrow Advance Recovery | $ - | $ - | $ (25.03) | $ - | $ 25.03 | $ 25.03 |
| 3/20/2013 | Escrow Debit Adj. | $ - | $ - | $ - | $ 25.03 | $ - | $ 25.03 |
| 4/12/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 247.07 | $ 25.03 |
| 4/12/2013 | Escrow Advance Recovery | $ - | $ - | $ 25.03 | $ - | $ 222.04 | $ - |
| 5/3/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 469.11 | $ - |
| 6/3/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 716.18 | $ - |
| 7/3/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 963.25 | $ - |
| 8/2/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 1,210.32 | $ - |
| 9/5/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 1,457.39 | $ - |
| 10/7/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 1,704.46 | $ - |
| 11/5/2013 | County Tax Disbursed | $ - | $ - | $ - | $ 1,645.95 | $ 58.51 | $ - |
| 11/5/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 305.58 | $ - |
| 12/2/2013 | Payment | $ - | $ 247.07 | $ - | $ - | $ 552.65 | $ - |
| 1/9/2014 | Payment | $ - | $ 247.07 | $ - | $ - | $ 799.72 | $ - |
| 2/7/2014 | Payment | $ - | $ 247.07 | $ - | $ - | $ 1,046.79 | $ - |
| 3/4/2014 | Escrow Advance - Insurance | $ 530.38 | $ - | $ - | $ - | $ 1,577.17 | $ 530.38 |
| 3/4/2014 | Hazard Insurance Disbursed | $ - | $ - | $ - | $ 1,577.17 | $ - | $ 530.38 |
| 3/4/2014 | Payment | $ - | $ 247.07 | $ - | $ - | $ 247.07 | $ 530.38 |
| 3/4/2014 | Escrow Advance Recovery | $ - | $ - | $ 247.07 | $ - | $ - | $ 283.31 |
| 5/9/2014 | Payment | $ - | $ 290.90 | $ - | $ - | $ 290.90 | $ 283.31 |
| 5/9/2014 | Escrow Advance Recovery | $ - | $ - | $ 283.31 | $ - | $ 7.59 | $ - |
| 5/15/2014 | Payment | $ - | $ 290.90 | $ - | $ - | $ 298.49 | $ - |
| 6/9/2014 | Payment | $ - | $ 290.90 | $ - | $ - | $ 589.39 | $ - |
| 8/26/2014 | Payment | $ - | $ 290.90 | $ - | $ - | $ 880.29 | $ - |
| 9/5/2014 | Payment | $ - | $ 290.90 | $ - | $ - | $ 1,171.19 | $ - |
| 10/8/2014 | Payment | $ - | $ 290.90 | $ - | $ - | $ 1,462.09 | $ - |
| 10/24/2014 | Escrow Advance - Tax | $ 183.86 | $ - | $ - | $ - | $ 1,645.95 | $ 183.86 |
| 10/24/2014 | County Tax Disbursed | $ - | $ - | $ - | $ 1,645.95 | $ - | $ 183.86 |
| 11/3/2014 | Payment | $ - | $ 290.90 | $ - | $ - | $ 290.90 | $ 183.86 |
| 11/3/2014 | Escrow Advance Recovery | $ - | $ - | $ 183.86 | $ - | $ 107.04 | $ - |
| 12/24/2014 | Monthly Mortgage Payment | $ - | $ 290.90 | $ - | $ - | $ 397.94 | $ - |
| 1/8/2015 | Monthly Mortgage Payment | $ - | $ 290.90 | $ - | $ - | $ 688.84 | $ - |
| 1/20/2015 | Monthly Mortgage Payment | $ - | $ 290.90 | $ - | $ - | $ 979.74 | $ - |
| 2/3/2015 | Payment | $ - | $ 290.90 | $ - | $ - | $ 1,270.64 | $ - |
| 3/4/2015 | Escrow Advance - Insurance | $ 346.63 | $ - | $ - | $ - | $ 1,617.27 | $ 346.63 |
| 3/4/2015 | Hazard Insurance Disbursed | $ - | $ - | $ - | $ 1,617.27 | $ - | $ 346.63 |
| 4/24/2015 | Monthly Mortgage Payment | $ - | $ 290.90 | $ - | $ - | $ 290.90 | $ 346.63 |
| 4/24/2015 | Escrow Advance Recovery | $ - | $ - | $ 290.90 | $ - | $ - | $ 55.73 |
| 4/27/2015 | Monthly Mortgage Payment | $ - | $ 314.66 | $ - | $ - | $ 314.66 | $ 55.73 |
| 4/27/2015 | Escrow Advance Recovery | $ - | $ - | $ 55.73 | $ - | $ 258.93 | $ - |
| 6/2/2015 | Monthly Mortgage Payment | $ - | $ 314.66 | $ - | $ - | $ 573.59 | $ - |
| 8/21/2015 | Monthly Mortgage Payment | $ - | $ 314.66 | $ - | $ - | $ 888.25 | $ - |
| 8/21/2015 | Monthly Mortgage Payment | $ - | $ 314.66 | $ - | $ - | $ 1,202.91 | $ - |
| 8/21/2015 | Monthly Mortgage Payment | $ - | $ 314.66 | $ - | $ - | $ 1,517.57 | $ - |
| 10/21/2015 | Escrow Advance - Tax | $ 205.08 | $ - | $ - | $ - | $ 1,722.65 | $ 205.08 |
| 10/21/2015 | County Tax Disbursed | $ - | $ - | $ - | $ 1,722.65 | $ - | $ 205.08 |
| 1/20/2016 | Monthly Mortgage Payment | $ - | $ - | $ - | $ (292.25) | $ 292.25 | $ 205.08 |
| 1/20/2016 | Escrow Advance Recovery | $ - | $ - | $ 205.08 | $ - | $ 87.17 | $ - |
| 2/8/2016 | Monthly Mortgage Payment | $ - | $ - | $ - | $ (292.25) | $ 379.42 | $ - |
| 2/26/2016 | Payment | $ - | $ 292.25 | $ - | $ - | $ 671.67 | $ - |
| 2/29/2016 | Payment Reversal | $ - | $ (292.25) | $ - | $ - | $ 379.42 | $ - |
| 2/29/2016 | Escrow Deposit | $ - | $ - | $ - | $ (1,237.85) | $ 1,617.27 | $ - |
| 3/2/2016 | Escrow Advance - Insurance | $ 241.11 | $ - | $ - | $ - | $ 1,858.38 | $ 241.11 |
| 3/2/2016 | Hazard Insurance Disbursed | $ - | $ - | $ - | $ 1,858.38 | $ - | $ 241.11 |
| 6/2/2016 | Payment | $ - | $ 292.25 | $ - | $ - | $ 292.25 | $ 241.11 |
| 6/2/2016 | Escrow Advance Recovery | $ - | $ - | $ 241.11 | $ - | $ 51.14 | $ - |
| 7/15/2016 | Payment | $ - | $ 292.25 | $ - | $ - | $ 343.39 | $ - |
| 9/6/2016 | Payment | $ - | $ 419.01 | $ - | $ - | $ 762.40 | $ - |
| 10/24/2016 | Payment | $ - | $ 298.42 | $ - | $ - | $ 1,060.82 | $ - |
| 11/7/2016 | Escrow Advance - Tax | $ 661.83 | $ - | $ - | $ - | $ 1,722.65 | $ 661.83 |
| 11/7/2016 | County Tax Disbursed | $ - | $ - | $ - | $ 1,722.65 | $ - | $ 661.83 |
| 11/18/2016 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 661.83 |
| 11/18/2016 | Escrow Advance Recovery | $ - | $ - | $ 298.42 | $ - | $ - | $ 363.41 |
| 12/6/2016 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 363.41 |
| 12/6/2016 | Escrow Advance Recovery | $ - | $ - | $ 298.42 | $ - | $ - | $ 64.99 |
| 1/5/2017 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 64.99 |
| 1/5/2017 | Escrow Advance Recovery | $ - | $ - | $ 64.99 | $ - | $ 233.43 | $ - |
| 2/6/2017 | Payment | $ - | $ 298.42 | $ - | $ - | $ 531.85 | $ - |
| 3/2/2017 | Escrow Advance - Insurance | $ 1,524.53 | $ - | $ - | $ - | $ 2,056.38 | $ 1,524.53 |
| 3/2/2017 | Hazard Insurance Disbursed | $ - | $ - | $ - | $ 2,056.38 | $ - | $ 1,524.53 |
| **Subtotals** | | $ 3,693.42 | $ 10,524.55 | $ 2,168.89 | $ 12,049.08 | $ - | $ 1,524.53 |



# Annual Escrow Account Disclosure Statement

2501 S State Hwy 121 Business
Suite 100
Lewisville, TX 75067

## Escrow Account Transactions Prior to Bankruptcy Filing

| Transaction Date | Description | Servicer Advance to Escrow | Borrower Deposit to Escrow | Servicer Recovery from Escrow | Payment from Escrow | Escrow Account Balance | Total Servicer Advances |
|---|---|---|---|---|---|---|---|
| 3/3/2017 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 1,524.53 |
| 3/3/2017 | Escrow Advance Recovery | $ - | $ - | $ 298.42 | $ - | $ - | $ 1,226.11 |
| 4/4/2017 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 1,226.11 |
| 4/4/2017 | Escrow Advance Recovery | $ - | $ - | $ 298.42 | $ - | $ - | $ 927.69 |
| 4/7/2017 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 927.69 |
| 4/7/2017 | Escrow Advance Recovery | $ - | $ - | $ 298.42 | $ - | $ - | $ 629.27 |
| 5/5/2017 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 629.27 |
| 5/5/2017 | Escrow Advance Recovery | $ - | $ - | $ 298.42 | $ - | $ - | $ 330.85 |
| 6/8/2017 | Payment | $ - | $ 298.42 | $ - | $ - | $ 298.42 | $ 330.85 |
| 6/8/2017 | Escrow Advance Recovery | $ - | $ - | $ 298.42 | $ - | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |
| | | | | | | $ - | $ 32.43 |



2501 S State Hwy 121 Business
Suite 100
Lewisville, TX 75067

| | | | | | | $ | - | $ | 32.43 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| | | | | | | $ | - | $ | 32.43 |
| **Subtotals** | $ | 3,693.42 | $ | 10,524.55 | $ | 2,168.89 | $ | 12,049.08 | $ | - | $ | 32.43 |