

REPRESENTATION OF PRINTED DOCUMENT

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO BOX 619063
DALLAS, TX 75261-9063

December 17, 2015

MELISSA W LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE AL  35801-4266

Re:  DEBORAH NELSON and RUSSELL NELSON
Account #:
Case Number: 1583360

Dear MELISSA W LARSEN:

Our records indicate your client recently filed bankruptcy.  This letter is for informational purposes only and provides important information for your client while their loan is being serviced by the Bankruptcy Department at Nationstar Mortgage.

If your client filed for protection under Chapter 7, and would like to reaffirm the debt please contact our office at 877-343-5602 to request a Reaffirmation Agreement.  The Reaffirmation Agreement must be filed within 45 days of the Meeting of Creditors.  Your client may rescind at any time prior to the entry of a discharge order in the bankruptcy case or within 60 days of the filing of the Reaffirmation Agreement, whichever is longer.

If your client is retaining the property and interested in loss mitigation opportunities, please complete the attached authorization form and return to Nationstar Mortgage.   Bankruptcy Loss Mitigation representatives may be contacted at 877-343-5602 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT.

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union or Money Gram.  If your client is mailing their payment, please send to the following address and include their loan number.

Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX, 75261-9741

Payments sent via Western Union should reference the following information.

Code City:  ASTAR          Code State:  TX

Payments sent via Money Gram should utilize reference code:  1678

All other correspondence should be sent to:
Nationstar Mortgage LLC
P. O. Box 619096
Dallas, TX  75261-9741

If your client was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for their monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing.  Nationstar Mortgage doesn't permit loans active within bankruptcy to be setup on a monthly electronic payment transfer.  Your client may monthly send a Western Union however when the information from Western Union is received it must not be listed as a reoccurring payment.

If you or your client have any additional questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT or via mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

Sincerely,

Bankruptcy Department

Cc:     DEBORAH NELSON
        RUSSELL NELSON
        120 DUBLIN CIR
        MADISON  AL 35758


Enclosure:  Authorization Form

_____

This letter is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the United States Bankruptcy Code. If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

INTERNET REPRINT



December 17, 2015

MELISSA W LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE  AL 35801-4266

Account #: ██████████

**RE:  Home Mortgage Assistance Request**

MELISSA W LARSEN:

Nationstar Mortgage would like to provide the opportunity to assist your client with their mortgage.  With the debtor in an active bankruptcy, we are seeking your assistance in obtaining information in order to process an accurate evaluation of assistance programs available.

In order to be able to quickly complete any review of assistance requested by your client, or due to current processes requested by bankruptcy district requirements, we are asking for approval of your firm by signature below, to be allowed direct contact with your client so that we can discuss any opportunities available, or obtain any necessary information in order to promptly complete our review.

Nationstar Mortgage is very aware of the importance of communication while a debtor is in an active bankruptcy case, and seek to work with you in regards to providing the best possible scenario for your client regarding their mortgage, while in an active bankruptcy case.

At your earliest convenience, please complete the information below and return with a <u>cover sheet from your firm</u>,  by facsimile to 972-459-1611 so that we may have this document for our records.

Sincerely,

Nationstar Mortgage LLC
Bankruptcy Department
_____

By signature below authorization is provided for Nationstar Mortgage LLC to have direct contact with our client (Client Name) _____ for the purpose of obtaining information/ discussion of potential loss mitigation/loan assistance programs regarding the debtor(s) home mortgage.

Date _____   Firm name _____

Attorney or authorized party signature _____

Firm telephone number _____  Fax number _____

*If this debt is in or has been discharged in a bankruptcy proceeding, be advised this communication is not an attempt to collect the debt against you. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.*

www.MyNationstar.com



## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource
If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding  be advised this communication is for informational purposes only and not an attempt to collect a debt  Please note  however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation

**New York City Disclosure**

New York City Department of Consumer Affairs License Number: 1392003

**North Carolina Disclosure**

Nationstar Mortgage LLC is licensed by the North Carolina Department of Insurance. Permit Number 105369

For those customers who reside in the state of North Carolina, borrowers may file complaints about Nationstar Mortgage LLC with the North Carolina Office of the Commissioner of Banks by visiting the State's website at www.nccob.gov.

**Texas Disclosure**

TX Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO BOX 619063
DALLAS, TX 75261-9063

December 17, 2015

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

Re:  DEBORAH NELSON and RUSSELL NELSON
     Account #:
     Case Number: 1583360

Dear DEBORAH NELSON and RUSSELL NELSON:

Our records indicate you recently filed bankruptcy.  This letter is for informational purposes only and provides important information for you while your loan is being serviced by the Bankruptcy Department at Nationstar Mortgage.

If you filed for protection under Chapter 7, and would like to reaffirm the debt please contact our office at 877-343-5602 to request a Reaffirmation Agreement.  The Reaffirmation Agreement must be filed within 45 days of the Meeting of Creditors.  You may rescind at any time prior to the entry of a discharge order in the bankruptcy case or within 60 days of the filing of the Reaffirmation Agreement, whichever is longer.

If your client is to retain the property and you are interested in loss mitigation opportunities, please contact our Bankruptcy Loss Mitigation representatives at 877-343-5602 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT.

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union or Money Gram.  If you are mailing your payment, please send to the following address and include your loan number.

          Nationstar Mortgage LLC
          P.O. Box 619094
          Dallas, TX, 75261-9741

Payments sent via Western Union should reference the following information.

     Code City:  ASTAR          Code State:  TX

Payments sent via Money Gram should utilize reference code:  1678

All other correspondence should be sent to:
          Nationstar Mortgage LLC
          P. O. Box 619096
          Dallas, TX  75261-9741

If your account was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for your monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing. Nationstar Mortgage doesn't permit loans active within bankruptcy to be setup on a monthly electronic payment transfer. Your client may monthly send a Western Union however when the information from Western Union is received it must not be listed as a reoccurring payment.

If you have any additional questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT or via mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

Sincerely,

Bankruptcy Department


CC:     MELISSA W LARSEN
        521 MADISON ST SE STE 201
        HUNTSVILLE  AL 35801-4266

This letter is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the United States Bankruptcy Code. If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

www.MyNationstar.com

INTERNET REPRINT

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource
  If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

**New York City Disclosure**

New York City Department of Consumer Affairs License Number: 1392003

**North Carolina Disclosure**

Nationstar Mortgage LLC is licensed by the North Carolina Department of Insurance. Permit Number 105369

For those customers who reside in the state of North Carolina, borrowers may file complaints about Nationstar Mortgage LLC with the North Carolina Office of the Commissioner of Banks by visiting the State's website at www.nccob.gov.

**Texas Disclosure**

TX Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



REPRESENTATION OF PRINTED DOCUMENT

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO BOX 619063
DALLAS, TX 75261-9063

December 17, 2015

MELISSA W LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE AL  35801-4266

Re:  DEBORAH NELSON and RUSSELL NELSON
      Account #:
      Case Number: 1583360

Dear MELISSA W LARSEN:

Our records indicate your client recently filed bankruptcy.  This letter is for informational purposes only and provides important information for your client while their loan is being serviced by the Bankruptcy Department at Nationstar Mortgage.

If your client filed for protection under Chapter 7, and would like to reaffirm the debt please contact our office at 877-343-5602 to request a Reaffirmation Agreement.  The Reaffirmation Agreement must be filed within 45 days of the Meeting of Creditors.  Your client may rescind at any time prior to the entry of a discharge order in the bankruptcy case or within 60 days of the filing of the Reaffirmation Agreement, whichever is longer.

If your client is retaining the property and interested in loss mitigation opportunities, please complete the attached authorization form and return to Nationstar Mortgage.   Bankruptcy Loss Mitigation representatives may be contacted at 877-343-5602 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT.

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union or Money Gram.  If your client is mailing their payment, please send to the following address and include their loan number.

Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX, 75261-9741

Payments sent via Western Union should reference the following information.

Code City:  ASTAR          Code State:  TX

Payments sent via Money Gram should utilize reference code:  1678

All other correspondence should be sent to:
Nationstar Mortgage LLC
P. O. Box 619096
Dallas, TX  75261-9741

If your client was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for their monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing.  Nationstar Mortgage doesn't permit loans active within bankruptcy to be setup on a monthly electronic payment transfer.  Your client may monthly send a Western Union however when the information from Western Union is received it must not be listed as a reoccurring payment.

If you or your client have any additional questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT or via mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

Sincerely,

Bankruptcy Department

Cc:    DEBORAH NELSON
       RUSSELL NELSON
       120 DUBLIN CIR
       MADISON  AL 35758


Enclosure:  Authorization Form

---

This letter is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the United States Bankruptcy Code. If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

www.MyNationstar.com



December 17, 2015

MELISSA W LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE  AL 35801-4266

Account #: ███████

**RE:  Home Mortgage Assistance Request**

MELISSA W LARSEN:

Nationstar Mortgage would like to provide the opportunity to assist your client with their mortgage.  With the debtor in an active bankruptcy, we are seeking your assistance in obtaining information in order to process an accurate evaluation of assistance programs available.

In order to be able to quickly complete any review of assistance requested by your client, or due to current processes requested by bankruptcy district requirements, we are asking for approval of your firm by signature below, to be allowed direct contact with your client so that we can discuss any opportunities available, or obtain any necessary information in order to promptly complete our review.

Nationstar Mortgage is very aware of the importance of communication while a debtor is in an active bankruptcy case, and seek to work with you in regards to providing the best possible scenario for your client regarding their mortgage, while in an active bankruptcy case.

At your earliest convenience, please complete the information below and return with a <u>cover sheet from your firm</u>,  by facsimile to 972-459-1611 so that we may have this document for our records.

Sincerely,

Nationstar Mortgage LLC
Bankruptcy Department
_____

By signature below authorization is provided for Nationstar Mortgage LLC to have direct contact with our client (Client Name) _____ for the purpose of obtaining information/ discussion of potential loss mitigation/loan assistance programs regarding the debtor(s) home mortgage.

Date _____      Firm name _____

Attorney or authorized party signature _____

Firm telephone number _____      Fax number _____

*If this debt is in or has been discharged in a bankruptcy proceeding, be advised this communication is not an attempt to collect the debt against you. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.*

www.MyNationstar.com



## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource
If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation

**New York City Disclosure**

New York City Department of Consumer Affairs License Number: 1392003

**North Carolina Disclosure**

Nationstar Mortgage LLC is licensed by the North Carolina Department of Insurance. Permit Number 105369

For those customers who reside in the state of North Carolina, borrowers may file complaints about Nationstar Mortgage LLC with the North Carolina Office of the Commissioner of Banks by visiting the State's website at www.nccob.gov.

**Texas Disclosure**

TX Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



REPRESENTATION OF PRINTED DOCUMENT

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO BOX 619063
DALLAS, TX 75261-9063

December 17, 2015

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

Re:  DEBORAH NELSON and RUSSELL NELSON
Account #:
Case Number: 1583360

Dear DEBORAH NELSON and RUSSELL NELSON:

Our records indicate you recently filed bankruptcy.  This letter is for informational purposes only and provides important information for you while your loan is being serviced by the Bankruptcy Department at Nationstar Mortgage.

If you filed for protection under Chapter 7, and would like to reaffirm the debt please contact our office at 877-343-5602 to request a Reaffirmation Agreement.  The Reaffirmation Agreement must be filed within 45 days of the Meeting of Creditors.  You may rescind at any time prior to the entry of a discharge order in the bankruptcy case or within 60 days of the filing of the Reaffirmation Agreement, whichever is longer.

If your client is to retain the property and you are interested in loss mitigation opportunities, please contact our Bankruptcy Loss Mitigation representatives at 877-343-5602 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT.

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union or Money Gram.  If you are mailing your payment, please send to the following address and include your loan number.

Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX, 75261-9741

Payments sent via Western Union should reference the following information.

Code City:  ASTAR          Code State:  TX

Payments sent via Money Gram should utilize reference code:  1678

All other correspondence should be sent to:
Nationstar Mortgage LLC
P. O. Box 619096
Dallas, TX  75261-9741

If your account was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for your monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing. Nationstar Mortgage doesn't permit loans active within bankruptcy to be setup on a monthly electronic payment transfer. Your client may monthly send a Western Union however when the information from Western Union is received it must not be listed as a reoccurring payment.

If you have any additional questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT or via mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

Sincerely,

Bankruptcy Department


CC:     MELISSA W LARSEN
        521 MADISON ST SE STE 201
        HUNTSVILLE  AL 35801-4266

This letter is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the United States Bankruptcy Code. If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

www.MyNationstar.com

INTERNET REPRINT

WEBN

<u>**Legal Rights and Protections Under the SCRA**</u>

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

<u>**Who May Be Entitled to Legal Protections Under the SCRA?**</u>

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

<u>**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**</u>

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

<u>**How Does A Servicemember or Dependent Request Relief Under the SCRA?**</u>

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

<u>**How Does a Servicemember or Dependent Obtain Information About the SCRA?**</u>

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding  be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation

REPRESENTATION OF PRINTED DOCUMENT

**New York City Disclosure**

New York City Department of Consumer Affairs License Number: 1392003

**North Carolina Disclosure**

Nationstar Mortgage LLC is licensed by the North Carolina Department of Insurance. Permit Number 105369

For those customers who reside in the state of North Carolina, borrowers may file complaints about Nationstar Mortgage LLC with the North Carolina Office of the Commissioner of Banks by visiting the State's website at www.nccob.gov.

**Texas Disclosure**

TX Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



350 Highland Drive
Lewisville, TX 75067

08/09/2014

DEBORAH  J NELSON
RUSSELL  A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

**Open Immediately
Important Information**

Loan Number:
120 DUBLIN CIRCLE
MADISON  AL 35758

Dear DEBORAH  J NELSON and RUSSELL  A NELSON:

Nationstar Mortgage, the servicer of your loan, welcomes the opportunity to discuss possible alternatives that may be available to you. Your mortgage payment is now 30 days or more past due and as our prior letters have stated, we are here to help. Call us today to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a loss mitigation solution.

This letter is being provided to you as required by the Consumer Financial Protection Bureau. If you have already submitted an application for loss mitigation, we will continue processing that application. However, if you have not, the purpose of this letter is to encourage you to do so.

**Available Loss Mitigation Options\*:**
If you need help, the following options may be possible (most are subject to lender approval):

- **Refinance the loan with us or another lender;**
- **Modify the loan terms with us;**
- **Payment forbearance temporarily gives you more time to pay your monthly payment; or**
- **If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.**

Call us at 1-888-811-5279 for more information about your options.

**Housing Counselors:**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

Sincerely,
Nationstar Mortgage LLC

**P.S.  Don't wait to let us provide the help you need. Call 1-888-811-5279 Monday through Friday between 8 a.m. and 7 p.m. (Central Time) and Saturday between 8 a.m. and 12 p.m. (Central Time).**

\*Borrower must meet certain requirements to qualify for any of the options/products referenced above. Terms are subject to change.

This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if this debt is involved in a bankruptcy or has been discharged in a bankruptcy proceeding, this communication is not an attempt to collect a debt against you and any information obtained or given will be for informational purposes only.

**Notices of Error:**

If you believe an error has been made with respect to the mortgage loan, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the error you believe has occurred. To submit a notice of error, you must send this information to the following address:

**Nationstar Mortgage LLC**
**Attn: Customer Relations**
**P.O. Box 630348**
**Irving, TX 75063**


**Requests for Information:**

To request information regarding the account, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the information you are requesting with respect to your mortgage loan. To submit a request for information, you must send this information to the following address:

**Nationstar Mortgage LLC**
**Attn: Customer Relations**
**P.O. Box 630348**
**Irving, TX 75063**

REPRESENTATION OF PRINTED DOCUMENT

# Nationstar Mortgage Assistance Options

From refinancing or modifying your loan, to providing solutions that allow you to gracefully exit your property, Nationstar offers programs that give you options at any stage of homeownership. Even in challenging times.

To help you move forward, the information below will allow you to start the process, and provides answers to some common questions when it comes to facing and resolving mortgage difficulties.

## GETTING STARTED

### How do I apply for assistance?

**Call** our toll-free Nationstar Customer Service phone number at **888-480-2432.**

### OR

**Visit** Nationstar online at **www.MyNationstar.com.**



### Once you're online

**1** Place your cursor over the **Homeowner Assistance** tab in the navigation bar.

**2** Click on **Homeowner Assistance.**

**3** On the next page, click **Getting Started** and **sign into your account.**



Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 21 of 163
INTERNET REPRINT

# Nationstar Mortgage Assistance Options 



**④** Once you're signed in, click on **Overview** to explore some of the available **Homeowner Assistance Solutions**. Click **Getting Started** to apply to a solution you think might work best for you.

## ELIGIBILITY AND PROCESS

**How do I know if I qualify for assistance?**
Once you apply for a Nationstar homeowner assistance solution, a Nationstar professional will review your application, and you'll then be contacted to discuss the options available to you.

**Do my principal balance or origination date affect what programs I am eligible for?**
This can vary between different programs. You will automatically be reviewed for all available programs with a single application.

**Is a modification available only if I am past due on my payments?**
No. Modifications may be available if your loan is current but you have experienced a hardship that will likely cause you to be unable to make payments in the very near future. Contact Nationstar to discuss your options

**Do I keep anything for my records?**
Yes. The application process includes forms and documents you must complete. Keep a copy of your Financial Assistance Packet (FINS) for your records. This is sometimes called the Borrower Response Package (BRP).
Never send any original documents that you cannot replace. Only send copies.

**What happens if I do not complete all of the fields on the forms in their entirety?**
Fill out everything to the best of your knowledge. Missing information will slow down your application. If you need help providing all required information, please contact Nationstar.

**Why is a document I sent to Nationstar showing as "missing"?**
Submitted but incomplete documents, like an unsigned tax return, will be registered as "missing." If you believe you submitted a complete document, please check your copy to see if there is missing information. If so, complete the document and resubmit. If not, contact Nationstar for help.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 22 of 163
INTERNET REPRINT

# Nationstar Mortgage Assistance Options **Nationstar** M O R T G A G E

## NEXT STEPS

**How do I confirm that my application is complete?**
You may check the status online by logging into the Nationstar website and viewing the My Modification Notifications section or by calling toll free 888-480-2432. We will also send you notices by mail regarding the status of your application. It is very important that you read each notice we send you in its entirety.

**Do I need to follow up on the status?**
You are encouraged to keep in contact with Nationstar about your applications status. Once our evaluation is complete you will be notified about your available options. If you receive paperless communications, this notification will be in the form of email. If additional information is required Nationstar will notify you in writing.

**If I receive a modification, will it affect my credit score?**
Some mortgage assistance options may have an impact on your credit score. A Nationstar professional will discuss all the details for the options available to you.

## MORTAGE ASSISTANCE OPTIONS

**What type of mortgage assistance solution might be available for me?**

The solutions available to you will depend upon a variety of factors, including the type of loan you have and the type of difficulties you are currently experiencing. A few solutions include:

- **Mortgage Modification:** a temporary or permanent change to the interest rate, length or balance of your original loan, and possible lower monthly payment.
- **Short Sale:** selling your home for less than you owe on your mortgage.
- **Deed-in-Lieu:** a voluntarily transfer the title of your property to Nationstar Mortgage.
- **HARP:** available for borrowers with good credit who are underwater or have little home equity.
- **HAMP:** available for borrowers who can't make payments due to long-term hardships.

© 2014 Nationstar Mortgage LLC. All rights reserved



8950 Cypress Waters Blvd
Coppell, TX 75019
MyNationstar.com

10/12/2015

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

## Open Immediately
## Important Information

Loan Number:
120 DUBLIN CIRCLE
MADISON AL 35758

Dear DEBORAH J NELSON and RUSSELL A NELSON:

Nationstar Mortgage, the servicer of your loan, welcomes the opportunity to discuss possible alternatives that may be available to you. Your mortgage payment is now 30 days or more past due and as our prior letters have stated, we are here to help. Call us today to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a loss mitigation solution.

This letter is being provided to you as required by the Consumer Financial Protection Bureau. If you have already submitted an application for loss mitigation, we will continue processing that application. However, if you have not, the purpose of this letter is to encourage you to do so.

### Available Loss Mitigation Options*:
If you need help, the following options may be possible (most are subject to lender approval):

- **Refinance the loan with us or another lender;**
- **Modify the loan terms with us;**
- **Payment forbearance temporarily gives you more time to pay your monthly payment; or**
- **If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.**

For more information about your options, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at the above listed mailing address.

### Housing Counselors:
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp , the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm , or by calling (800) 569-4287.

Sincerely,
Nationstar Mortgage LLC

**P.S. Don't wait to let us provide the help you need. Call (866) 316-2432 EXT. 5493412 Monday through Friday between 8 a.m. and 7 p.m. (CT) and Saturday between 8 a.m. and 12 p.m. (CT).**

*Borrower must meet certain requirements to qualify for any of the options/products referenced above. Terms are subject to change.

This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if this debt is involved in a bankruptcy or has been discharged in a bankruptcy proceeding, this communication is not an attempt to collect a debt against you and any information obtained or given will be for informational purposes only.





**Notices of Error:**

If you believe an error has been made with respect to the mortgage loan, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the error you believe has occurred. To submit a notice of error, you must send this information to the following address:

**Nationstar Mortgage LLC**
**Attn: Customer Relations**
**P.O. Box 619098**
**Dallas, TX 75261-9741**


**Requests for Information:**

To request information regarding the account, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the information you are requesting with respect to your mortgage loan. To submit a request for information, you must send this information to the following address:

**Nationstar Mortgage LLC**
**Attn: Customer Relations**
**P.O. Box 619098**
**Dallas, TX 75261-9741**

REPRESENTATION OF PRINTED DOC ███████

# Nationstar Mortgage Assistance Options

**Nationstar** MORTGAGE

From refinancing or modifying your loan, to providing solutions that allow you to gracefully exit your property, Nationstar offers programs that give you options at any stage of homeownership. Even in challenging times.

To help you move forward, the information below will allow you to start the process, and provides answers to some common questions when it comes to facing and resolving mortgage difficulties.

## GETTING STARTED

### How do I apply for assistance?

**Call** our toll-free Nationstar Customer Service phone number at **888-480-2432.**

## OR

**Visit** Nationstar online at **MyNationstar.com.**



### Once you're online

**1** Place your cursor over the **Homeowner Assistance** tab in the navigation bar.

**2** Click on **Homeowner Assistance.**

**3** On the next page, click **Getting Started** and **sign into your account.**



Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 27 of 163
INTERNET REPRINT

# Nationstar Mortgage Assistance Options 



**4** Once you're signed in, click on **Overview** to explore some of the available **Homeowner Assistance Solutions**. Click **Getting Started** to apply to a solution you think might work best for you.

## ELIGIBILITY AND PROCESS

**How do I know if I qualify for assistance?**
Once you apply for a Nationstar homeowner assistance solution, a Nationstar professional will review your application, and you'll then be contacted to discuss the options available to you.

**Do my principal balance or origination date affect what programs I am eligible for?**
This can vary between different programs. You will automatically be reviewed for all available programs with a single application.

**Is a modification available only if I am past due on my payments?**
No. Modifications may be available if your loan is current but you have experienced a hardship that will likely cause you to be unable to make payments in the very near future. Contact Nationstar to discuss your options

**Do I keep anything for my records?**
Yes. The application process includes forms and documents you must complete. Keep a copy of your Financial Assistance Packet (FINS) for your records. This is sometimes called the Borrower Response Package (BRP). Never send any original documents that you cannot replace. Only send copies.

**What happens if I do not complete all of the fields on the forms in their entirety?**
Fill out everything to the best of your knowledge. Missing information will slow down your application. If you need help providing all required information, please contact Nationstar.

**Why is a document I sent to Nationstar showing as "missing"?**
Submitted but incomplete documents, like an unsigned tax return, will be registered as "missing." If you believe you submitted a complete document, please check your copy to see if there is missing information. If so, complete the document and resubmit. If not, contact Nationstar for help.

REPRESENTATION OF PRINTED DO 

# Nationstar Mortgage Assistance Options

## NEXT STEPS

### How do I confirm that my application is complete?
You may check the status online by logging into the Nationstar website and viewing the My Modification Notifications section or by calling toll free 888-480-2432. We will also send you notices by mail regarding the status of your application. It is very important that you read each notice we send you in its entirety.

### Do I need to follow up on the status?
You are encouraged to keep in contact with Nationstar about your applications status. Once our evaluation is complete you will be notified about your available options. If you receive paperless communications, this notification will be in the form of email. If additional information is required Nationstar will notify you in writing.

### If I receive a modification, will it affect my credit score?
Some mortgage assistance options may have an impact on your credit score. A Nationstar professional will discuss all the details for the options available to you.

## MORTAGE ASSISTANCE OPTIONS

### What type of mortgage assistance solution might be available for me?

The solutions available to you will depend upon a variety of factors, including the type of loan you have and the type of difficulties you are currently experiencing. A few solutions include:

- **Mortgage Modification:** a temporary or permanent change to the interest rate, length or balance of your original loan, and possible lower monthly payment.

- **Short Sale:** selling your home for less than you owe on your mortgage.

- **Deed-in-Lieu:** a voluntarily transfer the title of your property to Nationstar Mortgage.

- **HARP:** available for borrowers with good credit who are underwater or have little home equity.

- **HAMP:** available for borrowers who can't make payments due to long-term hardships.

© 2014 Nationstar Mortgage LLC. All rights reserved

**NATIONSTAR MORTGAGE LLC | 8950 CYPRESS WATERS BOULEVARD | COPPELL, TX 75019**
INTERNET REPRINT

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1   Page 29 of 163

**New York City Disclosure**

New York City Department of Consumer Affairs License Number: 1392003

**North Carolina Disclosure**

Nationstar Mortgage LLC is licensed by the North Carolina Department of Insurance. Permit Number 105369

For those customers who reside in the state of North Carolina, borrowers may file complaints about Nationstar Mortgage LLC with the North Carolina Office of the Commissioner of Banks by visiting the State's website at www.nccob.gov.

**Texas Disclosure**

TX Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



8950 Cypress Waters Blvd
Coppell, TX 75019
MyNationstar.com

04/11/2015

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

**Open Immediately**
**Important Information**

Loan Number
120 DUBLIN CIRCLE
MADISON AL 35758

Dear DEBORAH J NELSON and RUSSELL A NELSON:

Nationstar Mortgage, the servicer of your loan, welcomes the opportunity to discuss possible alternatives that may be available to you. Your mortgage payment is now 30 days or more past due and as our prior letters have stated, we are here to help. Call us today to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a loss mitigation solution.

This letter is being provided to you as required by the Consumer Financial Protection Bureau. If you have already submitted an application for loss mitigation, we will continue processing that application. However, if you have not, the purpose of this letter is to encourage you to do so.

**Available Loss Mitigation Options*:**
If you need help, the following options may be possible (most are subject to lender approval):

- **Refinance the loan with us or another lender;**
- **Modify the loan terms with us;**
- **Payment forbearance temporarily gives you more time to pay your monthly payment; or**
- **If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.**

Call us at 1-888-811-5279 for more information about your options.

**Housing Counselors:**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp , the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm , or by calling (800) 569-4287.

Sincerely,
Nationstar Mortgage LLC

**P.S. Don't wait to let us provide the help you need. Call 1-888-811-5279 Monday through Friday between 8 a.m. and 7 p.m. (CT) and Saturday between 8 a.m. and 12 p.m. (CT).**

*Borrower must meet certain requirements to qualify for any of the options/products referenced above. Terms are subject to change.

This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if this debt is involved in a bankruptcy or has been discharged in a bankruptcy proceeding, this communication is not an attempt to collect a debt against you and any information obtained or given will be for informational purposes only.



**Notices of Error:**

If you believe an error has been made with respect to the mortgage loan, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the error you believe has occurred. To submit a notice of error, you must send this information to the following address:

**Nationstar Mortgage LLC**
**Attn: Customer Relations**
**P.O. Box 619098**
**Dallas, TX 75261-9741**

**Requests for Information:**

To request information regarding the account, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the information you are requesting with respect to your mortgage loan. To submit a request for information, you must send this information to the following address:

**Nationstar Mortgage LLC**
**Attn: Customer Relations**
**P.O. Box 619098**
**Dallas, TX 75261-9741**

INTERNET REPRINT

# Nationstar Mortgage Assistance Options

**Nationstar** MORTGAGE

From refinancing or modifying your loan, to providing solutions that allow you to gracefully exit your property, Nationstar offers programs that give you options at any stage of homeownership. Even in challenging times.

To help you move forward, the information below will allow you to start the process, and provides answers to some common questions when it comes to facing and resolving mortgage difficulties.

## GETTING STARTED

**How do I apply for assistance?**

**Call** our toll-free Nationstar Customer Service phone number at **888-480-2432.**

### OR

**Visit** Nationstar online at **MyNationstar.com.**



### Once you're online

**1** Place your cursor over the **Homeowner Assistance** tab in the navigation bar.

**2** Click on **Homeowner Assistance.**

**3** On the next page, click **Getting Started** and **sign into your account.**



NATIONSTAR MORTGAGE LLC | 8950 CYPRESS WATERS BOULEVARD | COPPELL , TX 75019

1

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 33 of 163

# Nationstar Mortgage Assistance Options 



**4** Once you're signed in, click on **Overview** to explore some of the available **Homeowner Assistance Solutions**. Click **Getting Started** to apply to a solution you think might work best for you.

## ELIGIBILITY AND PROCESS

**How do I know if I qualify for assistance?**
Once you apply for a Nationstar homeowner assistance solution, a Nationstar professional will review your application, and you'll then be contacted to discuss the options available to you.

**Do my principal balance or origination date affect what programs I am eligible for?**
This can vary between different programs. You will automatically be reviewed for all available programs with a single application.

**Is a modification available only if I am past due on my payments?**
No. Modifications may be available if your loan is current but you have experienced a hardship that will likely cause you to be unable to make payments in the very near future. Contact Nationstar to discuss your options

**Do I keep anything for my records?**
Yes. The application process includes forms and documents you must complete. Keep a copy of your Financial Assistance Packet (FINS) for your records. This is sometimes called the Borrower Response Package (BRP). Never send any original documents that you cannot replace. Only send copies.

**What happens if I do not complete all of the fields on the forms in their entirety?**
Fill out everything to the best of your knowledge. Missing information will slow down your application. If you need help providing all required information, please contact Nationstar.

**Why is a document I sent to Nationstar showing as "missing"?**
Submitted but incomplete documents, like an unsigned tax return, will be registered as "missing." If you believe you submitted a complete document, please check your copy to see if there is missing information. If so, complete the document and resubmit. If not, contact Nationstar for help.

# Nationstar Mortgage Assistance Options

**Nationstar** MORTGAGE

## NEXT STEPS

**How do I confirm that my application is complete?**
You may check the status online by logging into the Nationstar website and viewing the My Modification Notifications section or by calling toll free 888-480-2432. We will also send you notices by mail regarding the status of your application. It is very important that you read each notice we send you in its entirety.

**Do I need to follow up on the status?**
You are encouraged to keep in contact with Nationstar about your applications status. Once our evaluation is complete you will be notified about your available options. If you receive paperless communications, this notification will be in the form of email. If additional information is required Nationstar will notify you in writing.

**If I receive a modification, will it affect my credit score?**
Some mortgage assistance options may have an impact on your credit score. A Nationstar professional will discuss all the details for the options available to you.

## MORTAGE ASSISTANCE OPTIONS

**What type of mortgage assistance solution might be available for me?**

The solutions available to you will depend upon a variety of factors, including the type of loan you have and the type of difficulties you are currently experiencing. A few solutions include:

- **Mortgage Modification:** a temporary or permanent change to the interest rate, length or balance of your original loan, and possible lower monthly payment.

- **Short Sale:** selling your home for less than you owe on your mortgage.

- **Deed-in-Lieu:** a voluntarily transfer the title of your property to Nationstar Mortgage.

- **HARP:** available for borrowers with good credit who are underwater or have little home equity.

- **HAMP:** available for borrowers who can't make payments due to long-term hardships.

© 2014 Nationstar Mortgage LLC. All rights reserved

**3**

NATIONSTAR MORTGAGE LLC | 8950 CYPRESS WATERS BOULEVARD | COPPELL , TX 75019
Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1   Page 35 of 163
INTERNET REPRINT

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 36 of 163

**Nationstar** MORTGAGE

**MyNationstar.com** | 8950 Cypress Waters Blvd | Coppell, TX 75019

05/11/2015

- Your loan is currently 51 days past due.
- Please contact us at 888-480-2432

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

RE: Loan Number: ▇▇▇▇▇▇
Property Address:
120 DUBLIN CIRCLE
MADISON, AL 35758

Dear Deborah J Nelson and Russell A Nelson：

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due. As of 04/20/2015, you are 51 days behind on your payment. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due 11/01/2014: Fully paid on 12/24/2014
- Payment due 12/01/2014: Fully paid on 01/08/2015
- Payment due 01/01/2015: Fully paid on 01/20/2015
- Payment due 02/01/2015: Fully paid on 02/03/2015
- Payment due 03/01/2015: Unpaid balance of $1,710.59
- Payment due 04/01/2015: Unpaid balance of $1,734.35
- Current payment due 05/01/2015: $1,710.59

  **Total: $5,297.49 due. You must pay this amount to bring your loan current.**

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, please call our Customer Service Department at 888-480-2432. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is for informational purposes only.*





**MyNationstar.com** | 350 Highland Drive | Lewisville, TX 75067

12/24/2014

- Your loan is currently 52 days past due.
- Please contact us at 888-480-2432

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

RE: Loan Number: ▮▮▮▮▮
Property Address:
120 DUBLIN CIRCLE
MADISON, AL 35758

Dear Deborah J Nelson and Russell A Nelson:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due. As of 12/22/2014, you are 52 days behind on your payment. Here is a recent payment history, and the reason for our concern.

   *Recent Account History:*

   - Payment due 07/01/2014: Fully paid on 08/26/2014
   - Payment due 08/01/2014: Fully paid on 09/05/2014
   - Payment due 09/01/2014: Fully paid on 10/08/2014
   - Payment due 10/01/2014: Fully paid on 11/03/2014
   - Payment due 11/01/2014: Unpaid balance of $1,710.59
   - Payment due 12/01/2014: Unpaid balance of $1,710.59
   - Current payment due 01/01/2015: $1,710.59
        **Total: $5,270.19 due. You must pay this amount to bring your loan current.**

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

   - Modifying the terms of your current loan.
   - Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
   - If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

   - The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
   - The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
   - HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, please call our Customer Service Department at 888-480-2432. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*





P.O. Box 630348
Irving, TX 75050

January 28, 2015

██████████████

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

Re:  Nationstar Reference Number:  ████████████
     Property Address:     120 DUBLIN CIRCLE
                           MADISON  AL 35758

     Account Name(s):  DEBORAH NELSON & RUSSELL NELSON

Dear DEBORAH NELSON and RUSSELL NELSON:

Nationstar Mortgage LLC (Nationstar) received your correspondence dated January 20, 2015, regarding concerns with the above referenced account.

Thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than March 4, 2015. However, responses are generally provided in less than ten days from receipt of the correspondence.

Nationstar is focused on customer satisfaction and appreciates the opportunity to review and respond to customer concerns.  Should you have any questions or need any further information regarding this issue please contact us.

Sincerely,

Nicole Bellamy
Customer Relations Specialist
Nationstar Mortgage LLC
phone: 1(877)783-7480 ext: 467-0425
fax: (972)353-6755
email: nicole.bellamy@nationstarmail.com

This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if this debt is involved in a bankruptcy or has been discharged in a bankruptcy proceeding, this communication is not an attempt to collect a debt against you and any information obtained or given will be for informational purposes only.

CACK

www.Nationstarmtg.com  INTERNET REPRINT
Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Des
Nationstar correspondence part 1    Page 39 of 163



July 18, 2017

Melissa W. Larsen
521 Madison Street Southeast, Suite 201
Huntsville, AL 35801

RE:     Nationstar Reference Number- ███████████
        Mortgagors Name-  Deborah J. Nelson and Russell A. Nelson
        Property Address-  120 Dublin Circle, Madison, AL 35758
        Loan Number- ████████

Dear Melissa W. Larsen:

Nationstar Mortgage LLC (Nationstar) is in receipt of your correspondence on July 17, 2017 regarding the mortgage loan account described above. We thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than August 22, 2017. However, responses are generally provided in less than ten days from receipt of the correspondence.

Our records indicate that Freddie Mac is the current owner of the loan. As requested, we have provided the contact information below:

Federal Home Loan Mortgage Corporation (Freddie Mac)
8200 Jones Branch Drive
McLean, VA 22102
1-800-373-3343

Please note that Nationstar is the servicer of the loan; and therefore, will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include, but are not limited to the following:

• Payment assistance and modifications
• Payment posting
• Validation of the debt
• Foreclosure proceedings
• Payment adjustments

As such, please direct any communication related to these matters to Nationstar.

NER121
www.NationstarMtg.com
Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 40 of 163



If you have any questions regarding this correspondence, please contact us at the number provided below.

Sincerely,

Customer Relations
Nationstar Mortgage LLC
P.O. Box 619098
Dallas, TX 75261-9741
phone: 1.877.783.7480
facsimile: 972.315.8637
e-mail: customerrelationsofficer@nationstarmail.com

NER121                    www.NationstarMtg.com
Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 41 of 163



**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or** http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953 and 112954.

**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

NER121

www.NationstarMtg.com

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 42 of 163





8950 Cypress Waters Blvd.
Dallas, TX 75019

July 19, 2017

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON, AL 35758

Re: Nationstar Reference Number: ███████

Property Address:        120 Dublin Circle
                         Madison, AL 35758

Account Name(s):         Deborah Nelson and Russell
                         Nelson

Dear Deborah Nelson and Russell Nelson:

Nationstar Mortgage LLC (Nationstar) received your correspondence dated July 13, 2017, regarding concerns with the above referenced account.

Thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than August 25, 2017. However, responses are generally provided in less than ten days from receipt of the correspondence.

Our records indicate that Freddie Mac, is the current owner of the loan. As requested, we have provided the contact information below:

Federal Home Loan Mortgage Corporation (Freddie Mac)
8200 Jones Branch Drive
Mclean, Va 22102
1-800-373-3343

Please note that Nationstar is the servicer of the loan; and therefore, will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include, but are not limited to the following:

- Payment assistance and modifications
- Payment posting
- Validation of the debt
- Foreclosure proceedings
- Payment adjustments

Please direct any communication related to these matters to Nationstar.

Nationstar is focused on customer satisfaction and appreciates the opportunity to review and respond to customer concerns. Should you have any questions or need any further information regarding this issue please contact us.

Sincerely,

Customer Relations
Nationstar Mortgage LLC
P.O. Box 619098
Dallas, TX 75261-9741
phone: 1.877.783.7480
facsimile: 972.315.8637
e-mail: CustomerRelationsOfficer@nationstarmail.com



NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

November 19, 2015

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

Re:  Nationstar Reference Number: ▓▓▓▓
     Source File Number: ▓▓▓▓
     Property Address:    120 Dublin Circle
                          Madison AL 35758

     Account Name(s): Deborah Nelson & Russell Nelson

Dear Deborah Nelson and Russell Nelson:

Nationstar Mortgage LLC (Nationstar) received a correspondence forwarded to us by Consumer Financial Protection Bureau (CFPB) on November 18, 2015, regarding concerns with the above referenced account.

Thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

Our goal is to provide a response no later than December 2, 2015.

Nationstar is focused on customer satisfaction and appreciates the opportunity to review and respond to customer concerns. Should you have any questions or need any further information regarding this issue please contact us.

Sincerely,

Customer Relations
Nationstar Mortgage LLC
P.O. Box 619098
Dallas, TX 75261-9741
phone: 1.877.783.7480
facsimile: 972.315.8637
e-mail: customerrelations@nationstarmail.com

Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

MyNationstar.com

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1   Page 45 of 163





**Nationstar** MORTGAGE

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

October 1, 2015

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

Re: Nationstar Reference Number:
    Source File Number:
    Property Address:      120 Dublin Circle
                          Madison AL 35758

Account Name(s): Deborah Nelson & Russell Nelson

Dear Deborah Nelson and Russell Nelson:

Nationstar Mortgage LLC (Nationstar) received a correspondence forwarded to ns by Consumer Financial Protection Bureau (CFPB) on September 29, 2015, regarding concerns with the above referenced account.

Thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

Our goal is to provide a response no later than October 13, 2015.

Our records indicate that Freddie Mac, is the current owner of the loan. As requested, we have provided the contact information below:

Federal Home Loan Mortgage Corporation (Freddie Mac)
8200 Jones Branch Drive
Mclean, Va 22102

1-800-373-3343

Please note that Nationstar is the servicer of the loan; and therefore, will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include, but are not limited to the following:

• Payment assistance and modifications
• Payment posting
• Validation of the debt
• Foreclosure proceedings
• Payment adjustments

Please direct any communication related to these matters to Natioustar.

Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

MyNationstar.com



Nationstar is focused on customer satisfaction and appreciates the opportunity to review and respond to customer concerns.  Should you have any questions or need any further information regarding this issue please contact us.

Sincerely,

Customer Relations
Nationstar Mortgage LLC
P.O. Box 619098
Dallas, TX 75261-9741
phone: 1.877.783.7480
facsimile: 972.315.8637
e-mail: customerrelations@nationstarmail.com

CACK

Nationstar is a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.



July 13, 2017

Nationstar Mortgage. LLC
Attn: Customer Relations
P.O. Box 619098
Dallas. TX 75261-9741

Nationstar Mortgage. LLC
Attn: Customer Service
8950 Cypress Waters Blvd.
Coppell. TX 75019

      Re:      Account Number █████████
                  Russell and Deborah Nelson
                  120 Dublin Circle. Madison. Alabama 35758

- Please treat this letter as a qualified written request and a notice of and a notice of error and, a possible cloud upon this title under Real Estate Settlement Procedures Act (RESPA).

- I dispute the amount alleged to be due and owing and believe all payments have not been properly applied to my account.

- I received a letter, dated January 7, 2017, from Nationstar indicating that we were in default; the transaction history provided is inaccurate and does not reflect my understanding of what has and should have transpired with funds paid to Nationstar to pay down the principle and interest on this account.

- The amount listed as the escrow balance by the transaction history provided by Nationstar does not accurately reflect all payments made for that purpose.

- The transaction history is not consistent with the 1098 provided to us and reported to the IRS.

- This notice is being provided concurrently to the owner/investor as indicated by Nationstar as Federal Home Loan Mortgage Corporation (Freddie Mac).

- We are currently in chapter 13 bankruptcy and all payments have been made in a timely manner, according to what was agreed, after filing bankruptcy and approved by the court.

- I contacted Freddie Mac by phone on July 5th to obtain this information and was informed that they would not communicate with me because of the active bankruptcy. They referred me to Nationstar. I contacted Nationstar by phone on the same day and they said I should have the information in one week. I have not received this information to date.

- We did not receive notification according to 12 CFR 1024.33(b) of the transfer, sale or assignment of this loan as is required by law.

I request the following information:

1. A complete description of how Nationstar became the loan servicer on this account to include:

   A. When

   B. From whom

   C. What, if any, affiliation does or did Nationstar have with the organization who gave them this loan to service to include identification if this affiliation resulted from a merger or acquisition of servicers or subservicers.

2. From whom Nationstar received their assignment of this loan and when.

3. The name of the business/individual(s) from whom Nationstar received the authorization to send demand letters and foreclose on the property located at 120 Dublin Circle, Madison, Alabama 35758.

4. From whom the current owner/investor (listed as Freddie Mac) purchased the note that gave them legal standing to foreclose on the above referenced property, the date, and the type of investment or security instrument that was purchased.

Nationstar has repeatedly demonstrated ineptitude with its ability to properly apply payments and communicate how the funds, we are forced to send them as the current servicer of our loan, are being used. Attempts were made to communicate directly with Freddie Mac on several occasions, and they have refused to do so on the basis that while we are in bankruptcy we must communicate directly with Nationstar. However, the dictates of the original note require us to notify the owner of the note of any problems with the loan servicer. That is accomplished with this letter.

I expect a response to this formal RESPA letter as dictated by law.

Sincerely,

Deborah Nelson

CC: Federal Home Loan Corporation (Freddie Mac)
    8200 Jones Branch Drive
    McLean, VA 22102

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

Remove X

**Tracking Number:** 70131710000176196224

   Delivered

**On Time**
**Updated Delivery Day:** Monday, July 17, 2017 ⓘ
## Product & Tracking Information

See Available Actions

| Postal Product: | Features: |
|---|---|
| First-Class Mail® | Certified Mail™ |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 17, 2017, 10:11 am** | **Delivered, To Agent** | **COPPELL, TX 75019** |
| | ▲ | |

Your item has been delivered to an agent at 10:11 am on July 17, 2017 in COPPELL, TX 75019.

| July 17, 2017, 9:15 am | Available for Pickup | COPPELL, TX 75019 |
|---|---|---|
| July 17, 2017, 9:09 am | Arrived at Unit | COPPELL, TX 75019 |
| July 17, 2017, 2:22 am | Departed USPS Regional Facility | COPPELL TX DISTRIBUTION CENTER |

See More ∨

## Available Actions

Text Updates                                                              ∨

Email Updates                                                             ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

(https://www.usps.com/)

**app=UspsTools&appURL=https%**

**3A%2F%2Ftools.usps.com%**

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| (https://www.usps.com/help/welcome.htm) | (http://about.usps.com/) | (https://gateway.usps.com/) | (http://about.usps.com/who-we-are/privacy-policy/privacy- |
| Site Index | Newsroom | Postal Inspectors | policy-highlights.htm) |
| (https://www.usps.com/globals/site- | (http://about.usps.com/news/welcome.htm) | (https://postalinspectors.uspis.gov/) | |
| index.htm) | USPS Service Updates | Inspector General | Terms of Use |
| FAQs (http://faq.usps.com/) | (http://about.usps.com/news/service- | (http://www.uspsoig.gov/) | (http://about.usps.com/termsofuse.htm) |
| | alerts/welcome.htm) | Postal Explorer | FOIA |
| | Forms & Publications | (http://pe.usps.gov/) | (http://about.usps.com/who-we- |
| | (http://about.usps.com/forms- | National Postal Museum | are/foia/welcome.htm) |
| | publications/welcome.htm) | (http://www.postalmuseum.si.edu) | No FEAR Act EEO Data |
| | Government Services | Resources for Developers | (http://about.usps.com/who-we- |
| | (https://www.usps.com/gov- | (https://www.usps.com/webtools/welcome.htm) | are/no-fear-act/welcome.htm) |
| | services/gov-services.htm) | | |
| | Careers | | |
| | (http://about.usps.com/careers/welcome.htm) | | |

**2Fgo%2FTrackConfirmAction%**

**21input%3Fqtc_tLabels1%**

**3D70131710000176196224)**

Copyright © 2017 USPS. All Rights Reserved.

 **(https://www.facebook.com/USPS?rf=108501355848630)**

 **(https://twitter.com/usps)**

 **(http://www.pinterest.com/uspsstamps/)**

 **(https://www.youtube.com/usps)**

July 13, 2017

Nationstar Mortgage, LLC
Attn: Customer Relations
P.O. Box 619098
Dallas, TX 75261-9741

Nationstar Mortgage, LLC
Attn: Customer Service
8950 Cypress Waters Blvd
Coppell, TX 75019

>       Re:     Account Number ████████
>               Russell and Deborah Nelson
>               120 Dublin Circle, Madison, Alabama 35758

- Please treat this letter as a qualified written request and a notice of and a notice of error and, a possible cloud upon this title under Real Estate Settlement Procedures Act (RESPA).

- I dispute the amount alleged to be due and owing and believe all payments have not been properly applied to my account.

- I received a letter, dated January 7, 2017, from Nationstar indicating that we were in default; the transaction history provided is inaccurate and does not reflect my understanding of what has and should have transpired with funds paid to Nationstar to pay down the principle and interest on this account.

- The amount listed as the escrow balance by the transaction history provided by Nationstar does not accurately reflect all payments made for that purpose.

- The transaction history is not consistent with the 1098 provided to us and reported to the IRS.

- This notice is being provided concurrently to the owner/investor as indicated by Nationstar as Federal Home Loan Mortgage Corporation (Freddie Mac).

- We are currently in chapter 13 bankruptcy and all payments have been made in a timely manner, according to what was agreed, after filing bankruptcy and approved by the court.

- I contacted Freddie Mac by phone on July 5th to obtain this information and was informed that they would not communicate with me because of the active bankruptcy. They referred me to Nationstar. I contacted Nationstar by phone on the same day and they said I should have the information in one week. I have not received this information to date.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 54 of 163

- We did not receive notification according to 12 CFR 1024.33(b) of the transfer, sale or assignment of this loan as is required by law.

I request the following information:

1. A complete description of how Nationstar became the loan servicer on this account to include:

    A. When

    B. From whom

    C. What, if any, affiliation does or did Nationstar have with the organization who gave them this loan to service to include identification if this affiliation resulted from a merger or acquisition of servicers or subservicers.

2. From whom Nationstar received their assignment of this loan and when.

3. The name of the business/individual(s) from whom Nationstar received the authorization to send demand letters and foreclose on the property located at 120 Dublin Circle, Madison, Alabama 35758.

4. From whom the current owner/investor (listed as Freddie Mac) purchased the note that gave them legal standing to foreclose on the above referenced property, the date, and the type of investment or security instrument that was purchased.

Nationstar has repeatedly demonstrated ineptitude with its ability to properly apply payments and communicate how the funds, we are forced to send them as the current servicer of our loan, are being used. Attempts were made to communicate directly with Freddie Mac on several occasions, and they have refused to do so on the basis that while we are in bankruptcy we must communicate directly with Nationstar. However, the dictates of the original note require us to notify the owner of the note of any problems with the loan servicer. That is accomplished with this letter.

I expect a response to this formal RESPA letter as dictated by law.

Sincerely,

Deborah Nelson

CC: Federal Home Loan Corporation (Freddie Mac)
     8200 Jones Branch Drive
     McLean, VA 22102

Russ and Deborah Nelson
120 Dublin Circle
Madison, AL 35758

    

**CERTIFIED MAIL**

7013 1710 0001 7619 6248

U.S. POSTAGE
PAID
HUNTSVILLE AL
35813
JUL 14 17
AMOUNT
**$3.84**
R0900A123456-08

Nationstar Mortgage, LLC
Attn: Customer Relations
P.O. Box 619098
Dallas, TX 75261-9741

July 13, 2017

Nationstar Mortgage, LLC
Attn: Customer Relations
P.O. Box 619098
Dallas, TX 75261-9741

Nationstar Mortgage, LLC
Attn: Customer Service
8950 Cypress Waters Blvd.
Coppell, TX 75019

> Re:    Account Number ███████████
>        Russell and Deborah Nelson
>        120 Dublin Circle, Madison, Alabama 35758

- Please treat this letter as a qualified written request and a notice of and a notice of error and, a possible cloud upon this title under Real Estate Settlement Procedures Act (RESPA).

- I dispute the amount alleged to be due and owing and believe all payments have not been properly applied to my account.

- I received a letter, dated January 7, 2017, from Nationstar indicating that we were in default; the transaction history provided is inaccurate and does not reflect my understanding of what has and should have transpired with funds paid to Nationstar to pay down the principle and interest on this account.

- The amount listed as the escrow balance by the transaction history provided by Nationstar does not accurately reflect all payments made for that purpose.

- The transaction history is not consistent with the 1098 provided to us and reported to the IRS.

- This notice is being provided concurrently to the owner/investor as indicated by Nationstar as Federal Home Loan Mortgage Corporation (Freddie Mac).

- We are currently in chapter 13 bankruptcy and all payments have been made in a timely manner, according to what was agreed, after filing bankruptcy and approved by the court.

- I contacted Freddie Mac by phone on July 5th to obtain this information and was informed that they would not communicate with me because of the active bankruptcy. They referred me to Nationstar. I contacted Nationstar by phone on the same day and they said I should have the information in one week. I have not received this information to date.

- We did not receive notification according to 12 CFR 1024.33(b) of the transfer, sale or assignment of this loan as is required by law.

I request the following information:

1. A complete description of how Nationstar became the loan servicer on this account to include:

    A. When

    B. From whom

    C. What, if any, affiliation does or did Nationstar have with the organization who gave them this loan to service to include identification if this affiliation resulted from a merger or acquisition of servicers or subservicers.

2. From whom Nationstar received their assignment of this loan and when.

3. The name of the business/individual(s) from whom Nationstar received the authorization to send demand letters and foreclose on the property located at 120 Dublin Circle, Madison, Alabama 35758.

4. From whom the current owner/investor (listed as Freddie Mac) purchased the note that gave them legal standing to foreclose on the above referenced property, the date, and the type of investment or security instrument that was purchased.

Nationstar has repeatedly demonstrated ineptitude with its ability to properly apply payments and communicate how the funds, we are forced to send them as the current servicer of our loan, are being used. Attempts were made to communicate directly with Freddie Mac on several occasions, and they have refused to do so on the basis that while we are in bankruptcy we must communicate directly with Nationstar. However, the dictates of the original note require us to notify the owner of the note of any problems with the loan servicer. That is accomplished with this letter.

I expect a response to this formal RESPA letter as dictated by law.

Sincerely,

Deborah Nelson

CC: Federal Home Loan Corporation (Freddie Mac)
    8200 Jones Branch Drive
    McLean, VA 22102

Russ and Deborah Nelson
120 Dublin Circle
Madison, AL 35758





7013 1710 0001 7619 6224

BIRMINGHAM
350

JUL '17

2 L

1000

75019

U.S. POSTAGE
PAID
HUNTSVILLE, AL
35813
JUL 14 '17
AMOUNT
$3.84
R9998A123456-08

Nationstar Mortgage, LLC
Attn: Customer Service
8950 Cypress Waters Blvd.
Coppell, TX 75019

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



**mr. cooper**
HANDLING THE HASSLE OF HOMELOANS

P.O. Box 619098
Dallas, TX 75261-9741

Deborah J. Nelson
c/o Melissa W. Larsen
521 Madison Street, Southeast Suite 201
Huntsville, AL 35801

**OUR INFO**
**ONLINE**
www.mrcooper.com

August 25, 2017

**ACCOUNT INFO**
**ACCOUNT NUMBER:** ▮
**CASE NUMBER:** ▮
**PROPERTY ADDRESS:**
120 Dublin Circle
Madison, AL 35758

**MORTGAGORS:**
**Deborah J. Nelson**
**Russell A. Nelson**

Dear Deborah J. Nelson,

Thank you for reaching out to us with your letter dated July 13, 2017. We appreciate the opportunity to make things right.

At this time, further research is needed regarding the information that you requested. We apologize for any inconvenience this may have caused and appreciate your patience. Expect to hear from us by September 13, 2017.

If you have any questions, please contact our Customer Service Department at 888-480-2432 or via mail at 8950 Cypress Waters Blvd. Dallas, TX 75019. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

For general questions, please reach out to our Bankruptcy Department. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

*April Barrett*

April Barrett
Advocacy Manager
Mr. Cooper
P.O. Box 619098
Dallas, TX 75261-9741
Phone: 1.972.956.6360
E-mail: april.barrett@mrcooper.com

By U.S. Standard Mail

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.



Are you experiencing a financial hardship? Our local non-profit partners can help with financial counseling and other services. Please visit these websites for assistance:

- Hud.gov
- Neighborworks.org



**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Copy**



8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019

January 7, 2017

MELISSA W. LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE AL 358014266

> **TO RECEIVE HELP WITH THE MORTGAGE, YOUR CLIENT MUST ACT BY: 02/06/2017**

RE: Loan Number: ▮▮▮▮▮▮▮▮
Case Number: 1583360
Russell Nelson, Deborah Nelson
Property Address: 120 DUBLIN CIRCLE
MADISON, AL 35758

Dear MELISSA W. LARSEN:

**Why am I receiving this letter?**
Our records indicate that you represent Russell Nelson and Deborah Nelson in the above Bankruptcy proceedings. As of the date of this letter, the loan referenced above is now 30 days or more past due and the above loan is in default. We are concerned about the missed mortgage payment(s) and want your client to be aware of the assistance available to bring the loan current.

**What do I need to know?**
The sooner you or your client responds to this letter, the more quickly we can determine whether the loan qualifies for assistance.

**Our records indicate that your client is currently in an active Bankruptcy proceeding. The attached forms and information make references to the avoidance of foreclosure. Please be advised that no foreclosure actions will take place so long as the automatic stay remains in effect in the Bankruptcy proceeding.**

**What do I need to do?**
If your client would like to explore assistance options, requesting help is the first step. To do this, your client must follow the detailed instructions included herein to submit a Borrower Response Package to help us understand the possible challenges that may have arisen.

Once we have received and evaluated your client's information, we will contact you regarding your client's options and next steps.

If you have any questions, your Dedicated Loan Specialist is Ashley Jenkins and can be reached at 877-343-5602 EXT. 3165980 or via mail at P.O. Box 619097, Dallas, TX 75261. Our hours of operation are Monday - Thursday 8 am to 8 pm (CT) Fridays 8 am to 6 pm (CT) and Saturdays 8 am to 12 pm (CT).

Sincerely,
Nationstar Mortgage LLC

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U. S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.



**Copy**



8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019

MELISSA W. LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE AL 358014266

January 7, 2017

Reference: ▮▮▮▮▮▮

Dear Deborah Nelson and Russell Nelson:

We understand that financial circumstances may change from time to time. We're concerned about your recently missed mortgage payment on the loan referenced above. We would like to offer our assistance.

---

### We Are Here to Help—Call Us at 1-877-343-5602
Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available and discuss the forms and documentation needed to determine if there are options available.

---

## Options May Be Available
The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home.

**Act now and call us at 1-877-343-5602. The sooner you respond, the quicker we can determine whether you qualify for an option.**

## Getting Started
**If you would like assistance, please take action by calling us at 1-877-343-5602 right away—or get started by completing and returning the attached Uniform Borrower Assistance Form along with other required documents by 02/06/2017 to us at:**

modification.assistance@nationstarmail.com
**Attn: Modification Assistance**
**PO Box 619097**
**Dallas, TX 752619741**
**FAX: 214-488-1933**

---

### Additional Resources
**For additional information about preventing foreclosure, avoiding fraud scams and accessing approved counseling at no cost.**

- Visit Nationstar's website www.mynationstar.com
- Visit Freddie Mac's My Home website at www.myhome.freddiemac.com
- Find available HUD-approved housing counselors – Call the US Department of Housing and Urban Development at (800) 569-4287 or visit www.hud.gov/counseling.

---

Sincerely,
Nationstar Mortgage LLC

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U. S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the services/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.



**Copy**



8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019

## Information on Avoiding Foreclosure

**Learn more about Options to Avoid Foreclosure**
The variety of options summarized below may help you keep your home. For example, you may be eligible to modify the mortgage, lowering your monthly payment to make it more affordable. Contact us to determine if you qualify.

Depending on your circumstances, staying in your home may not be possible. In this case, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total delinquent amount you owe, in a lump sum payment and by a specific date. This may follow a forbearance plan as described below. | Allows you to avoid foreclosure by bringing the mortgage current if you can show you have funds that will become available at a specific date in the future. |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time. | Allows you time to catch up on late payments without having to come up with a lump sum. |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time. | Gives you time to improve your financial situation and possibly qualify for a better option than would be available right now. |
| **Modification** | Receive modified mortgage terms to make it more affordable or manageable after successfully making payments during a "trial period" (e.g., completing a three month trial period plan) that requires payment of the approximate amount of the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship. |
| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us. | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |

**We Want to Help**
Take action to gain peace of mind and control of your housing situation. Call us at 1-877-343-5602 and we'll talk about available options and help you understand the forms and documents we need from you to determine if you qualify for an option.

**Copy**



8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019

## Frequently Asked Questions

**1. Will It Cost Money to Get Help?**
There should never be a fee from your lender or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

**2. What is foreclosure?**
Forfeiture of your home through a legal process where your mortgage company repossesses the property and you will have to move. This process may involve an eviction, you may remain liable for your first lien mortgage debt and it may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac loan.

**3. Will the Foreclosure Process Begin If I Do Not Respond to My Lender's Notices Regarding Missed Payments?**
If you do not respond to your lender's notices to you regarding past due payments, your lender may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law. If you are currently in a bankruptcy proceeding, your lender will not refer your loan for foreclosure unless allowed by the Court.

**4. Should I Still Contact the Lender if I Have Waited Too Long and My Property Has Been Referred to an Attorney for Foreclosure?**
Yes, the sooner the better!

**5. What if My Property is Scheduled for a Foreclosure Sale in the Future?**
If your lender receives a complete Uniform Borrower Assistance Form and the supporting documents it requires with only 37 or fewer calendar days before a scheduled foreclosure sale, there is no guarantee it can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if the lender is able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**6. Will My Property be Sold at a Foreclosure Sale If I Accept a Foreclosure Alternative?**
No. The property will not be sold at a foreclosure sale if you accept an offer for an alternative to foreclosure and comply with all requirements.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

**How to Spot a Scam** – beware of a company or person who:

- Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your loan modified.
- Advises you to stop paying your mortgage company and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" loan modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** – do one of the following:

- Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form
- Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

Copy

## UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE:** In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

**REMINDER:** The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.

| | |
|---|---|
| Loan Number | (usually found on your monthly mortgage statement) |
| Servicer's Name | |

| I want to: | ☐ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|

| The property is currently: | ☐ My Primary Residence | ☐ A Second Home | ☐ An Investment Property |
|---|---|---|---|

| The property is currently: | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |
|---|---|---|---|

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER / DATE OF BIRTH | SOCIAL SECURITY NUMBER / DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) | EMAIL ADDRESS |

| | |
|---|---|
| Is the property listed for sale? ☐ Yes ☐ No<br>If yes, what was the listing date? _____<br>If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No<br>Date of offer: _____ Amount of Offer: $ _____<br>Agent's Name: _____<br>Agent's Phone Number: _____<br>For Sale by Owner? ☐ Yes ☐ No | Have you contacted a credit counseling agency for help?<br>☐ Yes ☐ No<br>If yes, please complete the counselor contact information below:<br>Counselor's Name: _____<br>Agency's Name: _____<br>Counselor's Phone Number: _____<br>Counselor's Email Address: _____ |

| Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No |
|---|
| Total monthly amount: $ _____     Name and address that fees are paid to: |

| Have you filed for bankruptcy? ☐ Yes ☐ No     If yes: ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 |
|---|
| If yes, what is the filing Date: _____ Has your bankruptcy been discharged? ☐ Yes ☐ No     Bankruptcy case number: _____ |

| Is any Borrower an active duty service member? | ☐ Yes ☐ No |
|---|---|
| Has any Borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | ☐ Yes ☐ No |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes ☐ No |

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1     Page 69 of 163

Copy

## UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s)excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | $ | First Mortgage Payment | $ | Checking Account(s) | |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony* | $ | Homeowner's Insurance | $ | Savings / Money Market | $ |
| Non-taxable social security/SSDI | $ | Property Taxes | $ | CDs | $ |
| Taxable SS benefits or other monthly income from annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Car Lease Payments | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other | $ |
| Food Stamps/Welfare | $ | Mortgage Payments on other properties | $ | | $ |
| Other | $ | Other | $ | | $ |
| Total (Gross Income) | $ | Total Household Expenses and Debt Payments | $ | Total Assets | $ |

| Any other liens (mortgage liens, mechanics liens, tax liens, etc.) | | | |
|---|---|---|---|
| Lien Holder's Name | Balance and Interest Rate | Loan Number | Lien Holder's Phone Number |
| | | | |
| | | | |
| | | | |

### Required Income Documentation

☐ **Do you earn a salary or hourly wage?**
For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' or four weeks' earnings and documentation reflecting the year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☐ **Are you self-employed?**
For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

☐ **Do you have any additional sources of income?** Provide for each borrower as applicable:
**"Other Earned Income"** such as bonuses, commissions, housing allowance, tips, or overtime:
  ☐ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).
**Social Security, disability or death benefits, pension, public assistance, or adoption assistance:**
  ☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
  ☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.
**Rental income:**
  ☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E—Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported reduced by the monthly debt service on the property, if applicable; or
  ☐ If rental income is not reported on Schedule E – Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.
**Investment income:**
  ☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.
**Alimony, child support, or separation maintenance payments as qualifying income:***
  ☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
  ☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

***Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.**

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1    Page 70 of 163

Copy

## UNIFORM BORROWER ASSISTANCE FORM

### HARDSHIP AFFIDAVIT

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.          Date Hardship Began is:

I believe that my situation is:

☐ Short-term (under 6 months)     ☐ Medium-term (6 – 12 months)     ☐ Long-term or Permanent Hardship (greater than 12 months)

**I am having difficulty making my monthly payment because of reason set forth below:**
*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| If Your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☐ Unemployment | ☐ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ Written statement or other documentation verifying disability or illness; OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical bills<br>None of the above shall require providing detailed medical information. |
| ☐ Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or Employer property located in a federally declared disaster area |
| ☐ Distant employment transfer / Relocation | **For active duty service members:** Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>**For employment transfers/new employment:**<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Paystub from new employer<br><br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>  ☐ Bankruptcy filing for the business; OR<br>  ☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>  ☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 71 of 163

**Copy**

**Borrower/Co-Borrower Acknowledgement and Agreement**

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.

2. The accuracy of my statements may be reviewed by the Servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all Servicer, or authorized third party*, communications.

3. Knowingly submitting false information may violate Federal and other applicable law.

4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the Servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.

5. The Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:

   a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.

   b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the Servicer.

   c. The Servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.

   d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.

7. A condemnation notice has not been issued for the property.

8. The Servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.

9. The Servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my social security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the Servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:

   a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and

   b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, in conjunction with their responsibilities under the Making Home Affordable program, or any companies that perform support services to them.

10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the Lender/Servicer/ or authorized third party*. By checking this box, I also consent to being contacted by ☐ text messaging.

_____     _____     _____     _____
Borrower Signature                Date           Co-Borrower Signature             Date

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 72 of 163

**Copy**

Form **4506T-EZ**

(Rev. August 2014)

Department of the Treasury
Internal Revenue Service

## Short Form Request for Individual Tax Return Transcript

▶ Request may not be processed if the form is incomplete or illegible.

▶ For more information about Form 4506T-EZ, visit *www.irs.gov/form4506tez.*

OMB No. 1545-2154

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number or individual taxpayer identification number on tax return |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
|---|---|
| **Nationstar Mortgage LLC** | **877-783-7491** |
| Address (including apt., room, or suite no.), city, state, and ZIP code | |
| **P.O. BOX 619097, DALLAS, TX 75261-9741** | |

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

| 2016 | 2015 | 2014 | |
|---|---|---|---|

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

| | | Phone number of taxpayer on line 1a or 2a |
|---|---|---|

**Sign Here**

▶ Signature (see instructions) · · · · · · · · · Date

▶ Spouse's signature · · · · · · · · · Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2. | Cat. No. 54185S | Form **4506T-EZ** (Rev. 08-2014)

**Copy**

Form 4506T-EZ (Rev. 08-2014)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about developments related to Form 4506T-EZ, such as legislation enacted after it was published, go to *www.irs.gov/form4506tez*.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 7330 737-800-4762 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 855-821-0094 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 74 of 163



**mr. cooper**

CHANGING THE FACE OF HOMELOANS

P.O. Box 619098
Dallas, TX 75261-9741

**OUR INFO**
**ONLINE**
www.mrcooper.com

Deborah J. Nelson
c/o Melissa W. Larsen
521 Madison Street, Southeast Suite 201
Huntsville, AL 35801

August 25, 2017

**ACCOUNT INFO**
**ACCOUNT NUMBER:** ▮▮▮▮
**CASE NUMBER:** ▮▮▮▮
**PROPERTY ADDRESS:**
120 Dublin Circle
Madison, AL 35758

**MORTGAGORS:**
**Deborah J. Nelson**
**Russell A. Nelson**

Dear Deborah J. Nelson,

Thank you for reaching out to us with your letter dated July 13, 2017. We appreciate the opportunity to make things right.

At this time, further research is needed regarding the information that you requested. We apologize for any inconvenience this may have caused and appreciate your patience. Expect to hear from us by September 13, 2017.

If you have any questions, please contact our Bankruptcy Department at 1.877.343.5602 or via mail at 8950 Cypress Waters Blvd. Dallas, TX 75019. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

For general questions, please reach out to our Bankruptcy Department. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

April Barrett

**April Barrett**
**Advocacy Manager**
**Mr. Cooper**
P.O. Box 619098
Dallas, TX 75261-9741
Phone: 1.972.956.6360
E-mail: april.barrett@mrcooper.com

By U.S. Standard Mail

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.



EQUAL HOUSING
OPPORTUNITY



Are you experiencing a financial hardship? Our local non-profit partners can help with financial counseling and other services. Please visit these websites for assistance:

- Hud.gov
- Neighborworks.org



**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



P.O. Box 619098
Dallas, TX 75261-9741

Deborah J. Nelson
c/o Melissa W. Larsen
521 Madison Street, Southeast  Suite 201
Huntsville, AL 35801

**OUR INFO**
**ONLINE**
www.mrcooper.com

August 30, 2017

**ACCOUNT INFO**
**ACCOUNT NUMBER:** █████████
**CASE NUMBER:** ██████████
**PROPERTY ADDRESS:**
120 Dublin Circle
Madison, AL 35758

**MORTGAGORS:**
**Deborah J. Nelson**
**Russell A. Nelson**

Dear Deborah J. Nelson,

Mr. Cooper is in receipt of your correspondence dated July 13, 2017, regarding the account described above. You mentioned receiving correspondence dated January 7, 2016, indicating the account was in default; however, you state all the monthly installments were made in a timely manner according to the agreed Bankruptcy Plan. We appreciate you bringing this to our attention, as we take all matters such as this seriously. The correspondence was a solicitation advising of the option to apply for a modification.

Upon review of the account, our records reflect the servicing of the account was transferred to Mr. Cooper from Bank of America effective March 16, 2013. The account currently reflects an active bankruptcy status and was modified effective June 1, 2016, with a post-modification monthly installment amount of $1,378.44. On June 21, 2016, a Payment Change Notice (PCN) was filed with the court notifying you of an increase in the monthly installment to $1,505.20, starting with the August 1, 2016 monthly installment. Additionally, a PCN was filed with the court on August 4, 2016, notifying you that the monthly installment was decreasing to $1,384.61 starting September 1, 2016. Per the Transaction History, we only received $1,378.44 of the August 2016 installment on August 18, 2016, leaving the installment $126.76 short. Starting September 2, 2016, we received a monthly installment in the amount of $1,384.61. We received installments in this amount each month through August 4, 2017. Unfortunately, because the August 1, 2016 monthly installment amount was short, the account continued to be one (1) past due until the remaining $126.76 was received on April 6, 2017. This relates to the discrepancies that you mentioned regarding the transaction history, 1098-interest form and escrow balance. Please note that another PCN was filed with the court on June 7, 2017. This notice advised of an increase in the monthly installment to $1,406.36, effective July 1, 2017.

As mentioned, we received installments of $1,378.44 through August 4, 2017; however, due to the installment increase effective July 1, 2017, the July and August 2017 installments were short, as they

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand installment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**





did not reflect the increase; subsequently, the account has fallen a month past dueagain. There is currently a partial installment of $1,362.86 being held in suspense on the account. Once the remaining $43.50 is received, the account will be reflect current, so long as the correct monthly installment is received each month. I hope this is helpful.

Some information you have requested does not pertain directly to the servicing of the account, does not identify any specific servicing errors, and/or is considered proprietary and confidential. Therefore, this information is considered outside the scope of information that must be provided. However, the information below and enclosed documents should address any of your relevant questions and requests. Enclosed, you will find the following documents:

- Note and Security Instrument

  o The Note and Security Instrument will validate the above mentioned account and explain the right to transfer ownership or servicing of the account. These documents will also explain our rights to:

    ▪ Collect any remaining debt owed under the Note and Security Instrument

    ▪ Assess fees and costs to the account as necessary

    ▪ Inspect the property and charge applicable fees

    ▪ Purchase lender placed insurance

    ▪ Pay taxes on the mortgagor's behalf

- Final Modification Documents

  o The final, signed modification agreement reflecting the Unpaid Principle Balance.

- Assignment of Mortgage

- Transaction History

  o The Transaction history reflects a complete history for the period Mr. Cooper has serviced the account. Late fees are assessed any time the contractual installment is received after the grace period, as indicated in the Note. However, during active bankruptcy, late fees are waived. Please note, late fees are not considered interest and are not reported to the IRS on IRS form 1098. If a installment was applied to the suspense account, it will be indicated in the code description column. Installments can be applied to the suspense account if the funds received do not represent the full monthly mortgage installment due or if Mr. Cooper is not informed of where the installment is to be applied. Furthermore, this transaction history reflects:

    ▪ When installments were received

    ▪ How the installments were applied to the account



- Any disbursements made from the account, including, but not limited to, disbursements for taxes, insurance, property inspections, brokers price opinions (BPOs), and legal fees

- A description for each transaction, with running balances of the unpaid principal and escrow accounts

- The date fees and charges were assessed, if any

- Any amounts paid towards fees

- Any waivers/reversals of fees

- Notice of Servicing Transfer, also known as Welcome Letter

  o The Servicing Transfer Notice will detail the date and terms of the service transfer from the prior servicer to Mr. Cooper. This document evidences Mr. Cooper's right to service the account. Mr. Cooper is not affiliated with the previous servicer and services the account on behalf of the Investor as listed below.

- Most Recent Escrow Analysis Statement

  o The Escrow Analysis will provide a detailed description of all disbursements made from the escrow account as well as any installments towards the escrow account for the prior year. It will also provide a breakdown of how the current escrow installment has been calculated, including any shortages that may exist.

Furthermore, our records indicate Federal Home Loan Mortgage Corporation (Freddie Mac), is the current owner of the Note. As requested, we have provided the address and phone number below:

Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102
1.800.373.3343

Please note that Mr. Cooper is the servicer of the account and will be responsible for responding to any concerns regarding the servicing of the account. Servicing matters include but are not limited to the following:

- Installment assistance and modifications
- Installment posting
- Validation of the debt
- Foreclosure proceedings
- Installment adjustments

Please direct any communication related to these matters to Mr. Cooper using the contact information below. Please note Freddie Mac will not be able to assist with any of these matters due to the Bankruptcy status, as well as the aforementioned reasons; as such, they will continue to refer you to Mr. Cooper.



Upon receipt of this correspondence, the above mentioned account and related documents were reviewed and found to comply with all state and federal guidelines that regulate them. As such, the above mentioned account will continue to be serviced appropriate to its status.

After completing my research into the aforementioned issues I determined that overall, there were no errors on our part. However, you have the right to access the documents used in this investigation and I have included those documents in this letter for your records. Those documents are:

- PCN (3)
- Solicitation Letter dated January 7, 2017

If you have any questions, please contact our Bankruptcy Department at 1.877.343.5602 or via mail at 8950 Cypress Waters Boulevard. Dallas, TX 75019. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.


Sincerely,

April Barrett
Advocacy Manager
Mr. Cooper
P.O. Box 619098
Dallas, TX 75261-9741
Phone: 1.972.956.6360
E-mail: april.barrett@mrcooper.com

Enclosures 11
By U.S. Standard Mail

Are you experiencing a financial hardship? Our local non-profit partners can help with financial counseling and other services. Please visit these websites for assistance:

- Hud.gov
- Neighborworks.org



**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



mr.
cooper™
CHANGING THE FACE OF HOME LOANS
PO Box 612488
Dallas, TX 75261-2488

**OUR INFO
ONLINE**
www.mrcooper.com

October 17, 2017

Deborah Nelson
Russell Nelson
120 Dublin Cir
Madison, AL 35758

**YOUR INFO**
**LOAN NUMBER:** ████████

**PROPERTY ADDRESS:**
120 DUBLIN CIRCLE
MADISON, AL 35758

**SUBJECT:**
*Research Reference #* ████████

Dear Deborah Nelson and Russell Nelson:

We received your inquiry on October 10, 2017 regarding the loan serviced by Mr. Cooper.

In accordance with the Real Estate Settlement Procedures Act (RESPA), a response will be provided within 30 business days from the receipt of your inquiry unless we notify you of a 15 day extension prior to the expiration of that 30 day period. However, responses are generally provided in less than ten (10) days from receipt of the correspondence.

We appreciate you bringing this matter to our attention. Should you have any additional questions regarding your account or to view details about your loan summary and recent account activity, visit us online at www.mrcooper.com. To get started, click 'Sign Up' and see how easy it is to manage your mortgage online. You will have immediate access to:

- Frequently asked questions
- A full payment history
- Escrow information
- Automatic payment enrollment
- Monthly and year-end statements

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.





At Mr. Cooper, our customers' business and total satisfaction are very important. If we can be of further assistance, you can contact us directly at research.department@mrcooper.com or you can call our main Customer Service Center at 888-480-2432, Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT),

Sincerely,

Mr. Cooper
Research and Response Department



**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL
TO THIS ADDRESS
P.O. BOX 619063
DALLAS,TX 75261-9063

03/16/2015

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

## Payment Options Available

Loan #

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 03/01/2015 in the amount of $1,710.59 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
              Mail to:  Nationstar Mortgage
                        PO Box 650783
                        Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at www.MyNationstarMtg.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.  Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m. (CST) and Saturday between 8 a.m. and 12 p.m. (CST). Visit us online at www.MyNationstarMtg.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.
FPRE

INTERNET REPRINT



8950 Cypress Waters Blvd
Coppell, TX 75019
MyNationstar.com

09/18/2015

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

## Payment Options Available

Loan #

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 09/01/2015 in the amount of $1,734.35 has not been received. If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment. Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment. Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
       Mail to:  Nationstar Mortgage
               PO Box 650783
               Dallas, Texas 75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at MyNationstar.com.

Sincerely,

Nationstar Mortgage LLC

**P.S. Give us a call to discuss the right payment solution for you.
Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m.
(CT) and Saturday between 8 a.m. and 12 p.m. (CT).
Visit us online at MyNationstar.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.

FPRE

**New York City Disclosure**

New York City Department of Consumer Affairs License Number: 1392003

**North Carolina Disclosure**

Nationstar Mortgage LLC is licensed by the North Carolina Department of Insurance. Permit Number 105369

For those customers who reside in the state of North Carolina, borrowers may file complaints about Nationstar Mortgage LLC with the North Carolina Office of the Commissioner of Banks by visiting the State's website at www.nccob.gov.

**Texas Disclosure**

TX Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



8950 Cypress Waters Blvd
Coppell, TX 75019
MyNationstar.com

06/16/2015

DEBORAH J NELSON ███████████
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

## Payment Options Available

███████████

Loan # ███████████

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 06/01/2015 in the amount of $1,734.35 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** – Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** – Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** – Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** – Pay to:  Nationstar Mortgage
        Mail to:  Nationstar Mortgage
              PO Box 650783
              Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle – typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at MyNationstar.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.
Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m.
(CT) and Saturday between 8 a.m. and 12 p.m. (CT).
Visit us online at MyNationstar.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.

REPRESENTATION OF PRINTED DOCUMENT



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

04/16/2014

**Payment Options Available**

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

Loan # ████████

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 04/01/2014 in the amount of $1,710.59 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
            Mail to:  Nationstar Mortgage
                      PO Box 650783
                      Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at www.MyNationstarMtg.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.  Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m. (CST) and Saturday between 8 a.m. and 12 p.m. (CST). Visit us online at www.MyNationstarMtg.com.**



This is an attempt to collect a debt and any information obtained will be used for that purpose.

FPRE
INTERNET REPRINT

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 90 of 163



REPRESENTATION OF PRINTED DOCUMENT

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL
TO THIS ADDRESS
P.O. BOX 619063
DALLAS,TX 75261-9063

09/16/2014

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

## Payment Options Available

Loan #

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 09/01/2014 in the amount of $1,710.59 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
                   Mail to:  Nationstar Mortgage
                             PO Box 650783
                             Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at www.MyNationstarMtg.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.  Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m. (CST) and Saturday between 8 a.m. and 12 p.m. (CST).
Visit us online at www.MyNationstarMtg.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.

FPRE
INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL
TO THIS ADDRESS
P.O. BOX 619063
DALLAS,TX 75261-9063

01/16/2015

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

**Payment Options Available**

Loan #

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 01/01/2015 in the amount of $1,710.59 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
            Mail to:  Nationstar Mortgage
                    PO Box 650783
                    Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at www.MyNationstarMtg.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.  Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m. (CST) and Saturday between 8 a.m. and 12 p.m. (CST). Visit us online at www.MyNationstarMtg.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.

FPRE
INTERNET REPRINT



8950 Cypress Waters Blvd
Coppell, TX 75019
MyNationstar.com

05/15/2015

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

**Payment Options Available**

Loan #

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 05/01/2015 in the amount of $1,734.35 has not been received. If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** – Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** – Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** – Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** – Ensure same-day delivery of your payment. Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** – Ensure same-day delivery of your payment. Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** – Pay to:   Nationstar Mortgage
           Mail to:   Nationstar Mortgage
                   PO Box 650783
                   Dallas, Texas 75265

**Equity Accelerator®** – This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at MyNationstar.com.

Sincerely,

Nationstar Mortgage LLC

**P.S. Give us a call to discuss the right payment solution for you. Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m. (CT) and Saturday between 8 a.m. and 12 p.m. (CT). Visit us online at MyNationstar.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL
TO THIS ADDRESS
P.O. BOX 619063
DALLAS,TX 75261-9063

11/17/2014

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

## Payment Options Available

Loan #

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 11/01/2014 in the amount of $1,710.59 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
Mail to:  Nationstar Mortgage
PO Box 650783
Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at www.MyNationstarMtg.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.  Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m. (CST) and Saturday between 8 a.m. and 12 p.m. (CST).
Visit us online at www.MyNationstarMtg.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.

FPRE

INTERNET REPRINT



REPRESENTATION OF PRINTED DOCUMENT

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL
TO THIS ADDRESS
P.O. BOX 619063
DALLAS,TX 75261-9063

10/17/2014

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

## Payment Options Available

Loan #

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 10/01/2014 in the amount of $1,710.59 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
        Mail to:  Nationstar Mortgage
                PO Box 650783
                Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at www.MyNationstarMtg.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.  Call 866-316-2432 Monday through Friday between 8 a.m. and 8 p.m. (CST) and Saturday between 8 a.m. and 12 p.m. (CST). Visit us online at www.MyNationstarMtg.com.**

This is an attempt to collect a debt and any information obtained will be used for that purpose.
FPRE
INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

07/16/2014

████████████████████

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

**Payment Options Available**

Loan # ████████

Dear DEBORAH J NELSON:

Our records indicate that your monthly mortgage installment which was due on 07/01/2014 in the amount of $1,710.59 has not been received.  If you have already mailed this payment, please disregard this notice.

Nationstar Mortgage offers several payment options for your convenience.

**Western Union® Web Payment** - Send your payment fast and on time by visiting the Western Union® website at www.westernunion.com.

**Western Union® Pay by Phone** - Send your payment by phone by calling Western Union at 1-888-480-2432.

**Auto - Pay Direct Debit** - Sign up for this no cost direct debit program and your payment will be direct-debited from your checking/savings account each month.

**MoneyGram ExpressPayment®** - Ensure same-day delivery of your payment.  Call 1-800-926-9400 to locate the nearest MoneyGram agent.

**Western Union® Quick Collect®** - Ensure same-day delivery of your payment.  Call 1-800-325-6000 to locate the nearest Western Union® Quick Collect® agent.

**Pay by Mail** - Pay to:  Nationstar Mortgage
          Mail to:  Nationstar Mortgage
                  PO Box 650783
                  Dallas, Texas  75265

**Equity Accelerator®** - This convenient payment option automatically transfers a portion of your loan payment electronically from your checking account at a date that corresponds to your pay cycle - typically every other week.

If you want to learn more about the payment options listed above, please call us toll free at 866-316-2432 or visit us on the web at www.MyNationstarMtg.com.

Sincerely,

Nationstar Mortgage LLC

**P.S.  Give us a call to discuss the right payment solution for you.  Your Dedicated Loan Specialist is Salvador Martinez and can be reached at (866) 316-2432 EXT. 9566145 Monday through Friday between 8 a.m. and 8 p.m. (CST) and Saturday between 8 a.m. and 12 p.m. (CST) or via mail at the above listed mailing address. Visit us online at www.MyNationstarMtg.com.**



This is an attempt to collect a debt and any information obtained will be used for that purpose.
FPRE
INTERNET REPRINT



November 30, 2015

Deborah J. Nelson
120 Dublin Circle
Madison, AL 35758

RE:     Nationstar Reference Number – ████████████████
         Mortgagors – Deborah J. Nelson and Russell A. Nelson
         Property Address – 120 Dublin Circle, Madison, AL 35758
         Loan Number – ██████████
         CFPB Case Number – █████████████

Dear Deborah J. Nelson:

Nationstar Mortgage LLC (Nationstar) is in receipt of your correspondence submitted through the Consumer Financial Protection Bureau (CFPB) on November 18, 2015 , regarding the mortgage loan account described above. We have conducted an investigation, and corrected the asserted error mentioned in your correspondence. We appreciate you bringing this to our attention, as we take all matters such as this seriously.

Please be advised that the incorrect resolution letter was provided in response to CFPB case 150929-001506. The correct resolution letter has been uploaded to the CFPB case page, and a copy of that resolution has been enclosed with this letter.

Please be advised while we acknowledged your concerns, after our review, it was confirmed that the correspondence dated June 5, 2015, enclosed, was previously sent to you at the email address on file at nelsond@uah.edu. This correspondence advised that per research conducted, the referenced account was acquired from the prior servicer with an Escrow Shortage in the amount of $25.03. This resulted in an escrow payment increase, and subsequent monthly payment increase. Enclosed with this letter is an Escrow Analysis that will give a breakdown of the monthly payment.

Please be advised that $1,645.95 was paid for county taxes paid on October 24, 2014. There was an increase in the county taxes in 2015, and $1,722.65 was paid for county taxes on October 21, 2015. For Hazard Insurance, $1,577.17 was paid on March 4, 2014. There was an increase in the Hazard Insurance in 2015, and $1,617.27 was paid on March 4, 2015 for Hazard Insurance.

On February 19, 2015, Nationstar completed an analysis for the above referenced loan that became effective on April 1, 2015. Escrow accounts are analyzed once each year to ensure that enough funds are collected throughout the year to disburse payments to the Madison County Tax Collector (County Tax), and the Allstate Hazard Insurance Premium (Hazard SFR). The amount of the escrow payment is calculated by first calculating the amount of anticipated disbursements from the escrow account during the upcoming year. Below is a breakdown of the anticipated disbursements from the account:

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

www.NationstarMtg.com
NER051
Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 97 of 163



Annual Disbursements
County Tax:        $1,645.95
Hazard SFR:       $1,577.17
Total:                  $ 3,223.12 / 12 months = $268.59 (Base Escrow)

The aforementioned analysis states the escrow balance should be $537.22; however, the projected escrow balance is $-15.36. As such, there is an escrow shortage $552.85. The shortage amount was divided by 12 months resulting in a monthly "Shortage Spread" of $46.07. Below is your breakdown of how the monthly payment was calculated:

Monthly Payment Breakdown
Principal and Interest:     $ 1,419.69
Base Escrow Payment:       $   268.59
Shortage Spread:             $     46.07
Total:                               $ 1,734.35

Pursuant to your correspondence, please note that per the enclosed signed Deed of Trust (DOT), the lien holder has a legal right to conduct inspections to ensure proper preservation of the property. Additionally, per the enclosed Welcome Letter, any funds received that are less than the amount required to make a full payment, will be placed in a suspense account, until additional funds to make a full payment are received. Please note that while these funds can be used toward making a full contractual payment, it does not prevent the account from accruing late fees or being reported as delinquent to the credit bureaus.

Our records also do not reflect that the referenced property has been referred to foreclosure or placed for sale, as indicated within your correspondence. After review of documentation on file, it was confirmed that the most recent correspondence sent to the mailing address on file, regarding the delinquency of the account, was a Demand Letter dated October 29, 2015 advising that the property could be referred to foreclosure if the account was not brought current in accordance with the Promissory Note and DOT.

Upon receipt of this correspondence, the above mentioned loan and related documents were reviewed and found to comply with all state and federal guidelines that regulate them. As such, the above mentioned account will continue to be serviced appropriate to its status.

You have the right to access the documents relied upon in this investigation. We have included those documents for your records.

- DOT
- Note
- Welcome Letter
- Demand Notice
- June 5, 2015 Research Response Letter
- Pay History

As of the date of this correspondence, the account is approximately three payments delinquent and contractually due for the September 01, 2015 monthly installment. Should you have any questions regarding the status of the loan, you may contact Sherrida Didier, the assigned Single Point of Contact (SPOC) using the contact information listed below.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

www.NationstarMtg.com
NER051
Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 98 of 163



Single Point of Contact:
Name: Sherrida Didier
Direct Number: 469.549.3412

Please note that we regret any inconvenience or lack of customer service that you feel you may have encountered. At Nationstar, customer concerns are important to us. Should you have any general questions other than those referenced in your correspondence, please contact:

Loss Mitigation Department:
Monday through Thursday, 8:00 a.m. to 9:00 p.m. Central
Friday, 8:00 a.m. to 5:00 p.m. Central
Saturday, 8:00 a.m. to 12:00 p.m. Central
Toll-free Number: 1.866.316.2432

Sincerely,

Eric Daniels
Customer Relations Specialist
Nationstar Mortgage, LLC
P.O. Box 619098
Dallas, TX 75261-9741
phone: 469.549.2396
facsimile: 469.312.4333
e-mail: Eric.Daniels@nationstarmail.com

Enclosures 5
By CFPB Portal
cc: Consumer Financial Protection Bureau

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

www.NationstarMtg.com
NER651

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 99 of 163



**Bank of America**

**Home Loans**

*Escrow Department, MSN CA6-919-02-05*
*450 American Street*
*Simi Valley, CA 93065-6298*

| | |
|---|---|
| **Notice Date:** | April 25, 2013 |
| **Account No.:** | ▮▮▮▮▮▮ |

DEBORAH J & RUSSELL A NELSON
120 DUBLIN CIR
MADISON        AL 35758

**Property Address:**
120 DUBLIN CIRCLE
MADISON, AL 35758

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

We are sending you this statement of activity in your escrow account from June 2012 through April 2013, the date on which your loan was paid in full or transferred to another servicer.

Your monthly mortgage payment since June 2012 was $1,666.76, of which $1,419.69 was for principal and interest and $247.07 went into your escrow account.

The total amount paid into your escrow account during the period specified above was $2,470.70 and the total amount paid from your escrow account during that period was $2,989.83-. A history of payments to and from your escrow account is detailed on the following page(s).

**THANK YOU**

If you have questions regarding this notice, please call us at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time. We appreciate the opportunity to serve your home loan needs.

This communication is from Bank of America, N.A., the servicer of your home loan.

Please see the reverse side of this page for important information.

Please write your account number on all correspondence.

# LAST YEAR'S ESCROW PAYMENTS

**A side by side comparison of last year's projected escrow account activity and actual activity can be found below:**

| Projected Date | Activity | Payments to Escrow Account | Payments from Escrow Account | Escrow Account Balance | Actual Date | Activity | Payments to Escrow Account | Payments from Escrow Account | Escrow Account Balance |
|---|---|---|---|---|---|---|---|---|---|
| | **Starting Balance** | | | **$719.89** | | **Starting Balance** | | | **$494.10** |
| 20120601 | Deposit | 247.07 | .00 | 966.96 | 20120604 | REGULAR PA | 247.07 | .00 | 741.17 |
| 20120701 | Deposit | 247.07 | .00 | 1,214.03 | 20120705 | REGULAR PA | 247.07 | .00 | 988.24 |
| 20120801 | Deposit | 247.07 | .00 | 1,461.10 | 20120806 | REGULAR PA | 247.07 | .00 | 1,235.31 |
| 20120901 | Deposit | 247.07 | .00 | 1,708.17 | 20120910 | REGULAR PA | 247.07 | .00 | 1,482.38 |
| 20121001 | Deposit | 247.07 | .00 | 1,955.24 | 20121009 | REGULAR PA | 247.07 | .00 | 1,729.45 |
| 20121101 | Deposit | 247.07 | .00 | 2,202.31 | 20121105 | REGULAR PA | 247.07 | .00 | 1,976.52 |
| 20121102 | County taxes | .00 | 1,667.80 | 534.51 | 20121105 | COUNTY TAX | .00 | 1,667.80- | 308.72 |
| 20121201 | Deposit | 247.07 | .00 | 781.58 | 20121204 | REGULAR PA | 247.07 | .00 | 555.79 |
| 20130101 | Deposit | 247.07 | .00 | 1,028.65 | 20130108 | REGULAR PA | 247.07 | .00 | 802.86 |
| 20130201 | Deposit | 247.07 | .00 | 1,275.72 | 20130207 | REGULAR PA | 247.07 | .00 | 1,049.93 |
| 20130301 | Deposit | 247.07 | .00 | 1,522.79 | 20130225 | HAZARD INS | .00 | 1,322.03- | 272.10- |
| 20130302 | Homeowners insurance | .00 | 1,297.00 | 225.79 | 20130305 | REGULAR PA | 247.07 | .00 | 25.03- |
| 20130401 | Deposit | 247.07 | .00 | 472.86 | | | | | |
| 20130501 | Deposit | 247.07 | .00 | 719.93 | | | | | |

**Ending Balance**    **$719.93**      **Ending Balance**    **$25.03-**

REPRESENTATION OF PRINTED DOCUMENT



350 Highland Drive
Lewisville, TX 75067

September 09, 2014

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL  35758

**Important Information
Please open immediately**

Re:  Loan Number:
     Suspense Notice

Dear DEBORAH NELSON and RUSSELL NELSON:

At Nationstar Mortgage, we strive to keep our customers informed on matters relating to their loan.

Recently a transaction on behalf of your account has resulted in Nationstar Mortgage placing unapplied funds in suspense. This suspense account is used for placing funds that are insufficient to be applied as a full payment. These funds can still be used towards future payments. However, while the funds are in suspense, they may not prevent your account from accruing late fees or being reported as delinquent to credit bureaus where permitted under applicable law. Your current balance of unapplied funds in suspense is $70.98. To expedite the processing of these funds, please remit the remaining amount due in order to complete a full payment owed. If additional funds are not remitted and we are unable to apply these suspense funds to your loan, they may be subject to return.

As of the date of this letter, the total amount required to bring this account current is $1,639.61. Account statuses are subject to change. Please contact us for up-to-date account information and amounts owed.

If you have any questions, please contact our Customer Service Department at (888) 480-2432 between the hours of 8:00 a.m. to 8:00 p.m. (CST), Monday through Thursday and 8:00 a.m. to 6:00 p.m. (CST) on Friday.

Sincerely,

Nationstar Mortgage LLC
Customer Service Department

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

**P.S. If you have any questions please call us at (888) 480-2432 Monday through Thursday between 8:00 a.m. and 8:00 p.m. (CST), or Friday between 8:00 a.m. and 6:00 p.m. (CST).**

**Visit us online at www.MyNationstarMtg.com for more information.**

*If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.*



350 Highland Drive
Lewisville, TX 75067

January 10, 2015

█████████████████████

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL 35758

**Important Information
Please open immediately**

Re: Loan Number: ███████████
Suspense Notice

Dear DEBORAH NELSON and RUSSELL NELSON:

At Nationstar Mortgage, we strive to keep our customers informed on matters relating to their loan.

Recently a transaction on behalf of your account has resulted in Nationstar Mortgage placing unapplied funds in suspense. This suspense account is used for placing funds that are insufficient to be applied as a full payment. These funds can still be used towards future payments. However, while the funds are in suspense, they may not prevent your account from accruing late fees or being reported as delinquent to credit bureaus where permitted under applicable law. Your current balance of unapplied funds in suspense is $138.42. To expedite the processing of these funds, please remit the remaining amount due in order to complete a full payment owed. If additional funds are not remitted and we are unable to apply these suspense funds to your loan, they may be subject to return.

As of the date of this letter, the total amount required to bring this account current is $1,740.59. Account statuses are subject to change. Please contact us for up-to-date account information and amounts owed.

If you have any questions, please contact our Customer Service Department at (888) 480-2432 between the hours of 8:00 a.m. to 8:00 p.m. (CST), Monday through Thursday and 8:00 a.m. to 6:00 p.m. (CST) on Friday.

Sincerely,

Nationstar Mortgage LLC
Customer Service Department

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

**P.S. If you have any questions please call us at (888) 480-2432 Monday through Thursday between 8:00 a.m. and 8:00 p.m. (CST), or Friday between 8:00 a.m. and 6:00 p.m. (CST).**

**Visit us online at www.MyNationstarMtg.com for more information.**

*If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.*
INTERNET REPRINT



**Nationstar**
MORTGAGE

8950 Cypress Waters Blvd
Coppell, TX 75019
MyNationstar.com

June 04, 2015

DEBORAH NELSON
RUSSELL NELSON
120 DUBLIN CIR
MADISON AL 35758

**Important Information
Please open immediately**

Re:  Loan Number: ███████
     Suspense Notice

Dear DEBORAH NELSON and RUSSELL NELSON:

At Nationstar Mortgage, we strive to keep our customers informed on matters relating to their loan.

Recently a transaction on behalf of your account has resulted in Nationstar Mortgage placing unapplied funds in suspense. This suspense account is used for placing funds that are insufficient to be applied as a full payment. These funds can still be used towards future payments. However, while the funds are in suspense, they may not prevent your account from accruing late fees or being reported as delinquent to credit bureaus where permitted under applicable law. Your current balance of unapplied funds in suspense is $71.02. To expedite the processing of these funds, please remit the remaining amount due in order to complete a full payment owed. If additional funds are not remitted and we are unable to apply these suspense funds to your loan, they may be subject to return.

As of the date of this letter, the total amount required to bring this account current is $1,779.35. Account statuses are subject to change. Please contact us for up-to-date account information and amounts owed.

If you have any questions, please contact our Customer Service Department at (888) 480-2432 between the hours of 8:00 a.m. to 8:00 p.m. (CT), Monday through Thursday and 8:00 a.m. to 6:00 p.m. (CT) on Friday.

Sincerely,

Nationstar Mortgage LLC
Customer Service Department

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

**P.S. If you have any questions please call us at (888) 480-2432 Monday through Thursday between 8:00 a.m. and 8:00 p.m. (CT), or Friday between 8:00 a.m. and 6:00 p.m. (CT).**

**Visit us online at MyNationstar.com for more information.**

*If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.*





March 1, 2017

Melissa W. Larsen
521 Madison Street South East Suite 201
Huntsville, AL 35801

RE:    Nationstar Reference Number- ███████████
        Mortgagor Name-  Deborah J.Nelson and Russell A. Nelson
        Property Address-  120 Dublin Circle, Madison, AL 35758
        Loan Number- ██████████

Dear Melissa W. Larsen:

Nationstar Mortgage LLC (Nationstar) is in receipt of your correspondence on February 28, 2017, regarding the mortgage loan account described above. We thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than April 10, 2017. However, responses are generally provided in less than ten days from receipt of the correspondence.

Our records indicate that Freddie Mac,  is the current owner of the loan. As requested, we have provided the contact information below:

Federal Home Loan Mortgage Corporation (Freddie Mac)
8200 Jones Branch Drive
McLean, VA 22102

1.800.373.3343

Please note that Nationstar is the servicer of the loan; and therefore, will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include, but are not limited to the following:

- Payment assistance and modifications
- Payment posting
- Validation of the debt
- Foreclosure proceedings
- Payment adjustments

As such, please direct any communication related to these matters to Nationstar.

NER121

www.NationstarMtg.com



Should you have any questions regarding the status of the loan, you may contact Dedicated Loan Specialist, Ashley Jenkins, the assigned Single Point of Contact (SPOC) using the contact information listed below.

Single Point of Contact
Name: Ashley Jenkins
Department Number: 1.877.343.5602
Extension: 316.5980

If you have any questions regarding this correspondence, please contact us at the number provided below.

Sincerely,

Customer Relations
Nationstar Mortgage LLC
P.O. Box 619098
Dallas, TX 75261-9741
phone:  1.877.783.7480
facsimile: 972.315.8637
e-mail: customerrelationsofficer@nationstarmail.com

NER121                          www.NationstarMtg.com
Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 106 of 163



**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, and 111828.

**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

NER121

www.NationstarMtg.com

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 107 of 163



February 19, 2017

Nationstar Mortgage, LLC
Attn: Customer Relations
P.O. Box 619098
Dallas, TX 75261-9741

Nationstar Mortgage, LLC
Attn: Customer Service
8950 Cypress Waters Blvd.
Coppell, TX 75019

      Re:    Account Number ████████████
             Russell and Deborah Nelson
             120 Dublin Circle, Madison, Alabama 35758

- Please treat this letter as a qualified written request and a notice of error under the Real Estate Settlement Procedures Act (RESPA).

- I dispute the amount alleged to be due and owing and believe all payments have not been properly applied to my account."

- I received a letter, dated January 7, 2017, from Nationstar indicating that we were in default, the transaction history provided is inaccurate and does not reflect my understanding what has and should have transpired with funds paid to Nationstar to pay down the principle and interest on this account.

- We are currently in chapter 13 bankruptcy and all payments that were made in a timely fashion according to what was agreed after filing bankruptcy and approved by the court.

I request the following information:

1. A complete payment and transaction history for this loan, including all entries of any nature in the form of a debit, a credit, a transfer or otherwise.

2. If not provided in the transaction history please provide all payment dates, purpose of payment and recipient of all foreclosure fees, late charges, appraisal fees, property inspection/preservation, other expenses, NSF check charges, legal fees and cost which have been charged and/or assessed to this account prior to the date of this letter.

3. If not provided in the transaction history please provide the amount of any property inspection fees, property preservation fees, broker price opinion fees, bankruptcy monitoring fees or other similar fees or expenses added to the principal debt or charged against the account or associated with any account related to this loan.

4. A breakdown of the current escrow charge showing how it was calculated and the reasons for any increase in the 72 months prior to the date of this letter.

5. The payment dates, purpose of payment, and recipients of all escrow items including, but not limited to, taxes, water, sewer and forced placed or other insurance premiums charged and/or assessed to my clients' account in the 72 months prior to the date of this letter.

6. The balance in any suspense account and/or miscellaneous account as of the date of this letter.

7. The amount of any funds deposited in any suspense accounts, miscellaneous account, corporate advance accounts or any other similar accounts and a description of all payments from any such accounts including the date of the payment, the purpose or nature of the payment and the amount of each such payment.

8. The name, address and contact information of the owner/investor of the loan note and master server.

9. All code descriptions necessary to read the above requested documents.

Nationstar has repeatedly demonstrated ineptitude with its ability to properly apply payments and communicate how the funds, we are forced to send them as the current servicer of our loan, are being used. Attached are copies of the earlier communications that were faxed to Nationstar per instructions detailed in those communications.

I expect a response to this formal RESPA letter as dictated by law.

Sincerely,

Deborah Nelson

Attch. 2

P.S.
I have attached the relevant documents pertaining to the 1098, Nationstar letter dated January 7, 2017; and my communications sent previously.

DN

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 110 of 163



THE UNIVERSITY OF ALABAMA IN HUNTSVILLE

Deborah Nelson <nelsond@uah.edu

# Important Information about Your End of Year Statement DEBORAH

**Nationstar Alerts** <donotreply@nationstarmail.com> Thu, Dec 29, 2016 at 3:05 PM
Reply-To: Nationstar Alerts <donotreply@nationstarmail.com>
To: NELSOND@uah.edu

Nationstar MORTGAGE

Hi DEBORAH,

New Year's is just around the corner. That means celebration, resolutions, maybe a glass or two of champagne...

And the beginning of tax season.

***We wanted to let you know we're preparing your Form 1098 right now and we'll mail it to you by January 31.***

Your Form 1098 is important to include when you file your taxes. It summarizes your home loan payments, taxes, and interest for the last twelve months. Filing your taxes probably isn't the most fun part of your year, but getting a head start on it can take a lot of the headache out of the process.

***Speaking of making things easier:***

For more convenient and secure access to your tax statements and other Nationstar documents, please create an online account on our new website.

It just takes a few minutes to register, and once you're in you can sign up for paperless. With Paperless, you can view and print out all your important Nationstar documents as soon as they're available. Please contact us if you have any questions.

Happy Holidays from the whole Nationstar team!

Terms of Use | Legal | Privacy | CA,WA and NV Residents | Unsubscribe | Profile Center

This email is to keep you informed about your home loan, including service updates and other information about your account. Have questions? Please do not respond to this service email. Instead, just contact us.

Customer Service 1-888-480-2432
Customer Service Hours (CT)
Mon - Thurs 7 am to 8 pm | Fri 7 am to 6 pm | Saturday 8 am to 2 pm

*Make A Free Online Payment*
Nationstar Payment Address
P.O. Box 650783 | Dallas, TX | 75265-0783



©2016 Nationstar Mortgage LLC. Nationstar Mortgage is a service mark of Nationstar Mortgage LLC. All rights reserved. NMLS #2119. Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

Privileged and Confidential: The material in this email may contain confidential information and is transmitted only for the use of the intended recipient. Any review, re-transmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other us of, or taking of any action or omission to take action, in reliance upon this information by persons other than the intended recipient is prohibited. If you have received this message in error, please do not reply to this email, just contact us, and delete the material from any computer or other storage device or media. This email was sent by: Nationstar Mortgage, 8950 Cypress Waters Boulevard, Dallas, TX, 75019, USA

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 112 of 163



Deborah Nelson <nelsond@uah.edu>

## Formal Dispute of Reported payments to IRS Account # ▮▮▮▮▮

Deborah Nelson <nelsond@uah.edu>                                    Tue, Feb 7, 2017 at 3:04 PI
To: Ashley Jenkins <Ashley.Jenkins@nationstarmail.com>

I received a letter last night 1/31/2017, from Nationstar. In response to that letter dated January 7, 2017, I contacted Candice (employee #4670887) in the bankruptcy department at Nationstar by calling the number referenced in the letter 877-343-5602. That phone call took place February 1, 2017. The following facts were established:

4. I requested that she tell me the total amount of money that we paid to Nationstar during 2016 and she said that she would send me a transaction report, but she could not provide that information, she stated she did not have the ability to do the calculations, and could not provide me information on the phone.

5. Candice confirmed that we made a total of 11 payments during 2016. She indicated that our tax form (provided by Nationstar) indicated we had paid $1,829.66 towards interest and $4,747 in principle for 2016. The total of those equals $6,576.

6. The total amount we transferred (from Regions Bank) to Nationstar in 2016 was $16,281.88 (3 payments of 1,735 and 8 payments of 1384.66). The difference between what Nationstar reported to the IRS and what we actually paid was $9,705. Candice refused to acknowledge or discuss this because she could not calculate the total payments we made while on the phone, but she insisted the information on the IRS tax form was accurate.

7. Candice stated the IRS tax form indicated that our current balance on the loan was $210, 347.57 while our balance at the end of 2015 was $208, 518.31. The amount of principle and interest added to the loan as a result of the modification she indicated was $5,743.

8. The new loan balance after modification would then be 214, 261. If you subtract $4,747 from that the principle balance should be $209,514.

9. The question remains what happened to the other $9,705 we paid to Nationstar?

I am formally disputing the information Nationstar reported to the IRS and asking for a complete record of the funds sent to Nationstar, and how those payments were accounted for in terms of interest and principle on this mortgage. As the personal point of contact, I ask that you forward this written dispute to the appropriate personnel and ask them for a revised tax form indicating accurately all the payments Nationstar received from my husband and I on this mortgage.

I will attempt to fax this information to the number provided to me(972-459-1611) by Candice during the previously mentioned phone conversation on February 1st.

972-459-1611
Attn: Research Team
RE: Loan No. ▮▮▮▮▮
Russell Nelson, Deborah Nelson
Property Address: 120 Dublin Circle, Madison, AL 35758
Phone: ▮▮▮▮▮

Sincerely,
Deborah Nelson



*"Happiness is when what you think, what you say, and what you do are in harmony."*
        *-Mahatma Gandhi*

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 114 of 163



THE UNIVERSITY OF
ALABAMA IN HUNTSVILLE

Deborah Nelson <nelsond@uah.edu>

# Nationstar Letter Dated January 7, 2017

Deborah Nelson <nelsond@uah.edu>
To: Ashley Jenkins <Ashley.Jenkins@nationstarmail.com>

Tue, Feb 7, 2017 at 3:04 PI

This is in response to the letter Nationstar sent to me dated January 7, 2017. I received the letter last night 1/31/2017. This morning I contacted Candice (employee #4670887) in the bankruptcy department at Nationstar by calling the number referenced in the letter 877-343-5602. The following facts were established:

1. Nationstar misapplied the August 2016 payment, and put the funds into a suspense account which led her to state, "the account had an arrearage of 1 month, and according to the terms of the bankruptcy appeared to be in default."

2. During the phone conversation Candice initiated steps to correct the error.

3. I requested documentation stating that it was an error on Nationstar's behalf to which she indicated they would not do that unless I requested it in writing.

4. I am formally, and in writing, requesting that Nationstar send me a letter indicating that their letter dated January 7, 2017 was sent in error, what the error resulted from and that we are not now nor have been in default of the bankruptcy terms.

5. Please forward this request to the appropriate personnel at Nationstar.

I will attempt to fax this information to the number provided to me(972-459-1611) by Candice during the previously mentioned phone conversation on February 1st with the additional information she requested:

972-459-1611
Attn: Research Team
RE: Loan No. ▮▮▮▮
Russell Nelson, Deborah Nelson
Property Address: 120 Dublin Circle, Madison, AL 35758
Phone: ▮▮▮▮

Sincerely,
Deborah Nelson



*"Happiness is when what you think, what you say, and what you do are in harmony."*
                    *-Mahatma Gandhi*

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 115 of 163



**THE UNIVERSITY OF
ALABAMA IN HUNTSVILLE**

Deborah Nelson <nelsond@uah.edu

---

# Nationstar Letter Dated January 7, 2017

---

**Deborah Nelson** <nelsond@uah.edu>                                     Wed, Feb 1, 2017 at 9:34 AI
To: melissa larsen <melissa@melissalegal.com>, Melissa Larsen <mwlarsen67@gmail.com>
Cc: Russell Nelson <ran0006@uah.edu>

This is to bring you up to date on the letter referenced above. I received the letter last night 1/31/2017. This morning I contacted Candice (employee #4670887) in the bankruptcy department at Nationstar by calling the number referenced in the letter 877-343-5602. The following facts were established:

1. Nationstar missapplied the August 2016 payment, and put the funds into a suspense account which led her to state, "the account had an arrearage of 1 month, and according to the terms of the bankruptcy appeared to be in default."

2. During the phone conversation Candice initiated steps to correct the error.

3. I requested documentation stating that it was an error on Nationstar's behalf to which she indicated they would not do that unless I requested it in writing.

4. I requested that she tell me the total amount of money that we paid to Nationstar during 2016 and she said that she would send me a transaction report, but she could not provide that information, she did not have the ability to do the calculations, and could not provide me that on the phone.

5. Candice confirmed that we made a total of 11 payments during 2016. She indicated that our tax form (provided by Nationstar) indicated we had paid $1,829.66 towards interest and $4,747 in principle for 2016. The total of those equals $6,576.

6. The total amount we paid to Nationstar in 2016 was $16,281.88 (3 payments of 1,735 and 8 payments of 1384.66). The difference between what Nationstar reported to the IRS and what we actually paid was $9,705. Candice refused to acknowledge or discuss this because she could not calculate the total payments we made while on the phone, but she insisted the information on the IRS tax form was accurate.

7. Candice stated the IRS tax form indicated that our current balance on the loan was $210, 347.57 while our balance at the end of 2015 was $208, 518.31. The amount of principle and interest added to the loan as a result of the modification she indicated was $5,743.

8. The new loan balance after modification would then be 214, 261. If you subtract $4,747 from that the principle balance should be $209,514.

9. The question remains what happened to the other $9,705 we paid to Nationstar?

I provide this information to you because Nationstar sent the letter to you and mentioned that they had sent the letter because according to the terms of the bankruptcy we were in default.

If you have any questions or any counsel you would like to provide to help me deal with Nationstar, I would be most grateful.

Deborah Nelson

--

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 116 of 163



*"Happiness is when what you think, what you say,*
*and what you do are in harmony."*
*-Mahatma Gandhi*

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 117 of 163



**THE UNIVERSITY OF
ALABAMA IN HUNTSVILLE**

Deborah Nelson <nelsond@uah.edu

## Account

Deborah Nelson <nelsond@uah.edu>
To: Ashley Jenkins <Ashley.Jenkins@nationstarmail.com>

Fri, Jan 20, 2017 at 4:00 PI

I would like a payment history for the year 2016.

Thank you,
Deborah Nelson

---



*"Happiness is when what you think, what you say,
and what you do are in harmony."*
*-Mahatma Gandhi*

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 118 of 163



*Client*

8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019

January 7, 2017

*Rec'd By ME on 1/31/17*

MELISSA W. LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE AL 358014266

┌──────────────────────────────────┐
│ **TO RECEIVE HELP WITH THE** │
│ **MORTGAGE, YOUR CLIENT MUST ACT BY:** │
│ **02/08/2017** │
└──────────────────────────────────┘

RE: Loan Number: ▮▮▮▮▮
Case Number: 1583360
Russell Nelson, Deborah Nelson
Property Address: 120 DUBLIN CIRCLE
MADISON, AL 35758

Dear MELISSA W. LARSEN:

**Why am I receiving this letter?**
Our records indicate that you represent Russell Nelson and Deborah Nelson in the above Bankruptcy proceedings. As of the date of this letter, the loan referenced above is now 30 days or more past due and the above loan is in default. We are concerned about the missed mortgage payment(s) and want your client to be aware of the assistance available to bring the loan current.

**What do I need to know?**
The sooner you or your client responds to this letter, the more quickly we can determine whether the loan qualifies for assistance.

**Our records indicate that your client is currently in an active Bankruptcy proceeding. The attached forms and information make references to the avoidance of foreclosure. Please be advised that no foreclosure actions will take place so long as the automatic stay remains in effect in the Bankruptcy proceeding.**

**What do I need to do?**
If your client would like to explore assistance options, requesting help is the first step. To do this, your client must follow the detailed instructions included herein to submit a Borrower Response Package to help us understand the possible challenges that may have arisen.

Once we have received and evaluated your client's information, we will contact you regarding your client's options and next steps.

If you have any questions, your Dedicated Loan Specialist is Ashley Jenkins and can be reached at 877-343-5602 EXT. 3165980 or via mail at P.O. Box 619097, Dallas, TX 75261. Our hours of operation are Monday - Thursday 8 am to 8 pm (CT) Fridays 8 am to 6 pm (CT) and Saturdays 8 am to 12 pm (CT).

Sincerely,
Nationstar Mortgage LLC

*Tel: 2/1/17  8:30a.m*

*Candice, Bankruptcy, 4470887*

*Confirmed they have Home and cell #'s*
*Asked for date of letter*

*Feb 2016  March 2016 to current*

*1 month Arreage still on Account based on bankruptcy im*

*ERROR*

*Avg misapplied will iniate Correct*

*How*
*Funds are in Suspen*
*Portion of Account*
*34.88 to Lender paid*

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U. S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

*Notes: Referred to document the error w/o new requesting*



**Nationstar**
MORTGAGE

8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019

MELISSA W. LARSEN
521 MADISON ST SE STE 201
HUNTSVILLE AL 358014266

January 7, 2017

Reference: ▮▮▮▮▮▮▮

Dear Deborah Nelson and Russell Nelson:

We understand that financial circumstances may change from time to time. We're concerned about your recently missed mortgage payment on the loan referenced above. We would like to offer our assistance.

---

### We Are Here to Help—Call Us at 1-877-343-5602

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available and discuss the forms and documentation needed to determine if there are options available.

---

### Options May Be Available
The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home.

**Act now and call us at 1-877-343-5602. The sooner you respond, the quicker we can determine whether you qualify for an option.**

### Getting Started
**If you would like assistance, please take action by calling us at 1-877-343-5602 right away—or get started by completing and returning the attached Uniform Borrower Assistance Form along with other required documents by 02/06/2017 to us at:**

**modification.assistance@nationstarmail.com**
**Attn: Modification Assistance**
**PO Box 619097**
**Dallas, TX 752619741**
**FAX: 214-488-1933**

---

### Additional Resources
**For additional information about preventing foreclosure, avoiding fraud scams and accessing approved counseling at no cost.**

- Visit Nationstar's website www.mynationstar.com
- Visit Freddie Mac's My Home website at www.myhome.freddiemac.com
- Find available HUD-approved housing counselors – Call the US Department of Housing and Urban Development at (800) 569-4287 or visit www.hud.gov/counseling.

---

Sincerely,
Nationstar Mortgage LLC

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U. S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.





Nelson
120 Dublin Circle
Madison, AL 35758

Nationstar Mortgage, LLC.
ATTN: Customer Relations

P. O. Box 619098
Dallas, TX 75261-9741

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

July 13, 2017

Nationstar Mortgage, LLC
Attn: Customer Relations
P.O. Box 619098
Dallas, TX 75261-9741

Nationstar Mortgage, LLC
Attn: Customer Service
8950 Cypress Waters Blvd.
Coppell, TX 75019

> Re: Account Number ███████
> Russell and Deborah Nelson
> 120 Dublin Circle, Madison, Alabama 35758

- Please treat this letter as a qualified written request and a notice of and a notice of error and, a possible cloud upon this title under Real Estate Settlement Procedures Act (RESPA).

- I dispute the amount alleged to be due and owing and believe all payments have not been properly applied to my account.

- I received a letter, dated January 7, 2017, from Nationstar indicating that we were in default; the transaction history provided is inaccurate and does not reflect my understanding of what has and should have transpired with funds paid to Nationstar to pay down the principle and interest on this account.

- The amount listed as the escrow balance by the transaction history provided by Nationstar does not accurately reflect all payments made for that purpose.

- The transaction history is not consistent with the 1098 provided to us and reported to the IRS.

- This notice is being provided concurrently to the owner/investor as indicated by Nationstar as Federal Home Loan Mortgage Corporation (Freddie Mac).

- We are currently in chapter 13 bankruptcy and all payments have been made in a timely manner, according to what was agreed, after filing bankruptcy and approved by the court.

- I contacted Freddie Mac by phone on July 5th to obtain this information and was informed that they would not communicate with me because of the active bankruptcy. They referred me to Nationstar. I contacted Nationstar by phone on the same day and they said I should have the information in one week. I have not received this information to date.

- We did not receive notification according to 12 CFR 1024.33(b) of the transfer, sale or assignment of this loan as is required by law.

I request the following information:

1. A complete description of how Nationstar became the loan servicer on this account to include:

    A. When

    B. From whom

    C. What, if any, affiliation does or did Nationstar have with the organization who gave them this loan to service to include identification if this affiliation resulted from a merger or acquisition of servicers or subservicers.

2. From whom Nationstar received their assignment of this loan and when.

3. The name of the business/individual(s) from whom Nationstar received the authorization to send demand letters and foreclose on the property located at 120 Dublin Circle, Madison, Alabama 35758.

4. From whom the current owner/investor (listed as Freddie Mac) purchased the note that gave them legal standing to foreclose on the above referenced property, the date, and the type of investment or security instrument that was purchased.

Nationstar has repeatedly demonstrated ineptitude with its ability to properly apply payments and communicate how the funds, we are forced to send them as the current servicer of our loan, are being used. Attempts were made to communicate directly with Freddie Mac on several occasions, and they have refused to do so on the basis that while we are in bankruptcy we must communicate directly with Nationstar. However, the dictates of the original note require us to notify the owner of the note of any problems with the loan servicer. That is accomplished with this letter.

I expect a response to this formal RESPA letter as dictated by law.

Sincerely,

Deborah Nelson

CC: Federal Home Loan Corporation (Freddie Mac)
    8200 Jones Branch Drive
    McLean, VA 22102



Russ and Deborah Nelson
120 Dublin Circle
Madison, AL 35758

Nationstar Mortgage, LLC
Attn: Customer Service
8950 Cypress Waters Blvd
Coppell, TX 75019

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Deborah Nelson
120 Dublin Circle
Madison, Alabama 35758

January 20, 2015

Research Department
Nationstar Mortgage
350 Highland Dr.
Lewisville, Texas 75067

RE: Phone Communication with Nationstar Representative 1-19-2015

Earlier today I spoke to two Nationstar Representatives. In response to my question, "what amount will bring my account current," I was first told by Rachel (no last name provided) that $1804.65 would bring the account current. I followed by asking her to breakdown the amount. She informed me that at this time $202.48 in late fees had been assessed to the account and $30 for inspection fees. I responded that my regular payment and those amounts would not add up to $1804.65. After some discussion, she indicated that she was not authorized and could not provide me with more information and I would need to speak to a specialist.

I then spoke to a specialist at Nationstar Ann (no last name provided). She indicated that of the $202.48 in late fees $138.42 was for November and December of 2014 and 64.06 was for January 2015. She also indicated that two of those late fees had been paid and were posted to a suspense account by mistake. She further said that the error would be corrected within 24 hours and within 72 hours the fees would be visible in my transaction history as having been paid.

I then requested information concerning the ability of Nationstar to charge me $30 in inspection fees. She indicated that in Section 6 letter E. of our promissory note the lender was entitled to charge the borrower fees incurred to enforce the note. I then asked for the name of the person who conducted the inspection and she said she did not have that information. She provided the above mailing address and said that I should contact the Research Department with my request.

Therefore, I am reiterating my request to be given the name and contact information of the person who conducted the inspection(s) so that I may verify when and what type of inspection occurred and is being charged to my account. I am by law entitled to verify that Nationstar has indeed incurred actual charges they claim to have incurred. I have also stated, and I now am reiterating, that before any inspection is made on the premises, a letter be sent to my home address indicating that such an inspection is to take place, by whom, when, and what form of inspection will occur, so that I may be present or have a representative verify that such an inspection is taking place. Failure to comply with my request will result in a refusal to pay such charges on the grounds that the inspection did not actually take place and was an attempt by Nationstar to collect fees which were not actually incurred.

Sincerely,

Deborah Nelson

120 Dublin Circle
Madison, AL
   35758



7014 0150 0000 4661 9620



1000



75067

U.S. POSTAGE
PAID
MADISON, AL
35758
JAN 21, 15
AMOUNT
$3.79
00112383-02

Research Department
Nationstar Mortgage
350 Highland Dr.
Lewisville, Texas 75067


PLACE STICKER AT TOP OF ENVELOPE TO THE



April 10, 2017

Deborah J. Nelson
Russell A. Nelson
c/o Melissa W. Larsen
521 Madison Street Southeast, Suite 201
Huntsville, AL 35801

RE:     Nationstar Reference Number – ███████████
        Mortgagors – Deborah J. Nelson and Russell A. Nelson
        Property Address – 120 Dublin Circle, Madison, AL 35758
        Loan Number – ████████████

Dear Melissa W. Larsen,

Nationstar Mortgage LLC (Nationstar) is in receipt of your clients' correspondence dated February 19, 2017, regarding the mortgage loan account described above. We appreciate this being brought to our attention, as we take all matters such as this seriously.

Some information your client has requested does not pertain directly to the servicing of the loan, does not identify any specific servicing errors, and/or is considered proprietary and confidential. Therefore, this information is considered outside the scope of information that must be provided. However, the information below and enclosed documents should address any of your relevant questions and requests. Enclosed, you will find the following documents:

- Note and Security Instrument

    o  The Note and Security Instrument will validate the above mentioned loan. These documents will explain our rights to:

        ▪  Collect any remaining debt owed under the Note and Security Instrument

        ▪  Assess fees and costs to the loan as necessary

        ▪  Inspect the property and charge applicable fees

        ▪  Purchase lender placed insurance

        ▪  Pay taxes on the mortgagor's behalf

- Transaction History

    o  The Transaction History reflects a complete history for the period Nationstar has serviced the loan. Late fees are assessed any time the contractual installment is received after the grace period, as indicated in the Note. However, during active bankruptcy, late fees are waived. Please note, late fees are not considered interest and are not reported to the IRS on IRS form 1098. If an installment was

**PLEASE BE ADVISED THIS COMMUNICATION IS SENT FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM AGAINST, OR DEMAND INSTALLMENT FROM, ANY INDIVIDUAL PROTECTED BY THE U. S. BANKRUPTCY CODE. IF THIS ACCOUNT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, BE ADVISED THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY AND NOT AN ATTEMPT TO COLLECT A DEBT AGAINST YOU; HOWEVER, THE SERVICER/LENDER RESERVES THE RIGHT TO EXERCISE THE LEGAL RIGHTS ONLY AGAINST THE PROPERTY SECURING THE LOAN OBLIGATION, INCLUDING THE RIGHT TO FORECLOSE ITS LIEN UNDER APPROPRIATE CIRCUMSTANCES. NOTHING IN THIS CORRESPONDENCE SHALL BE CONSTRUED AS AN ATTEMPT TO COLLECT AGAINST THE BORROWER PERSONALLY OR AN ATTEMPT TO REVIVE PERSONAL LIABILITY..**



www.NationstarMtg.com
NER161

Case 18-80037-CRJ     Doc 79-9     Filed 11/19/18     Entered 11/19/18 21:30:28     Desc
Nationstar correspondence part 1     Page 130 of 163



applied to the suspense account, it will be indicated in the code description column. Installments can be applied to the suspense account if the funds received do not represent the full monthly mortgage installment due or if Nationstar is not informed of where the installment is to be applied. Furthermore, this Transaction History reflects:

- When installments were received

- How the installments were applied to the loan

- Any disbursements made from the loan, including, but not limited to, disbursements for taxes, insurance, property inspections, brokers price opinions (BPOs), and legal fees

- A description for each transaction, with running balances of the unpaid principal and escrow accounts

- The date fees and charges were assessed, if any

- Any amounts paid towards fees

- Any waivers/reversals of fees

- Three Recent Escrow Analysis Statements

  o The Escrow Analysis will provide a detailed description of all disbursements made from the escrow account as well as any payments towards the escrow account for the prior year. It will also provide a breakdown of how the current escrow payment has been calculated, including any shortages that may exist.

Furthermore, our records indicate Freddie Mac, is the current owner of the Note. As requested, we have provided the contact information below:

Federal Home Loan Mortgage Corporation (Freddie Mac)
8200 Jones Branch Drive
McLean, VA 22102
1.800.373.3343

Please note that Nationstar is the servicer of the loan and will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include but are not limited to the following:

- Mortgage assistance and modifications
- Installment posting
- Validation of the debt
- Foreclosure proceedings
- Installment adjustments

Please direct any communication related to these matters to Nationstar using the contact information below. Please note Federal Home Loan Mortgage Corporation (Freddie Mac) will not be able to assist with any of these matters.

Upon receipt of this correspondence, the above mentioned loan and related documents were reviewed and found to comply with all state and federal guidelines that regulate them. As such, the above mentioned loan account will continue to be serviced appropriate to its status.



Furthermore, the payment history appears to be reported accurately to the main credit repositories. If you have documentation that substantiates that any of the information reported by Nationstar on the credit report is incorrect, please provide the detailed information for review.

As of the date of this correspondence, the account is contractually due for the May 1, 2017 monthly installment. Should there be any questions or concerns regarding the account, or if you would like to discuss available payment assistance options including modification, liquidation, or reinstatement, you may work directly with:

Single Point of Contact (SPOC)
Name: Ashley Jenkins
Phone Number: 1.972.316.5980

At Nationstar, customer concerns are important to us. Should you have any questions, please contact me directly; or, if you have general questions regarding the account, please contact:

Bankruptcy Department
Monday through Thursday, 8 a.m. to 8 p.m. Central
Friday, 8 a.m. to 6 p.m. Central
Toll-free Number: 1.877.343.5602

Sincerely,

Latanjuia Bray
Customer Relations Specialist
Nationstar Mortgage, LLC
P.O. Box 619098
Dallas, TX 75261-9741
Toll-free number: 1.877.783.7480
E-mail: latanjuia.bray@nationstarmail.com

Enclosure 6
By U.S. Standard Mail



Are you experiencing a financial hardship? Our local non-profit partners can help with financial counseling and other services. Please visit these websites for assistance:

- Hud.gov
- Neighborworks.org

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 133 of 163



**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or** http://cca.hawaii.gov/dfi/**.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website** www.nccob.gov**.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



February 17, 2015

Deborah J. Nelson
120 Dublin Circle
Madison, AL 35758

RE:     Nationstar Reference Number – ██████████
          Mortgagors – Deborah J. Nelson and Russell A. Nelson
          Property Address – 120 Dublin Circle, Madison, AL 35758
          Loan Number – ████████

Dear Deborah J. Nelson:

Nationstar Mortgage LLC (Nationstar) is in receipt of your correspondence, dated January 20, 2015, regarding the mortgage loan account described above. We appreciate you bringing this to our attention, as we take all matters such as this seriously.

We have conducted an investigation, and it was determined the error asserted within your correspondence did not occur on the account. Pursuant to your correspondence you stated that in the first phone conversation held with a Nationstar Representative on January 19, 2015, you received incorrect information about the amount needed to bring the account current. We apologize for the incorrect information you received and any inconvenience this may have caused, as we know how important it is for our customers to receive the most accurate information regarding their accounts.

Moreover, pursuant to your correspondence you advised that the second Nationstar Representative you had spoken with on January 19, 2015 advised that the there had been $202.48 in late fees assessed to the account of which $138.42 was from late fees assessed for November 2014 and December 2014. The representative had also advised that $64.06 was assessed for January 2015.

Upon review of the account, the enclosed Payment History reflects that transaction 56 in the amount of $67.44 was the late fee assessed for November 2014, transaction 58 in the amount of $70.98 was assessed for December 2014 and transaction 67 in the amount of $64.06 was assessed for January 2015. The amount of $138.42 had been received effective January 8, 2015, however it was applied to the suspense account, transaction 64. Effective January 20, 2015 the amount of $138.42 had been adjusted and applied to the late fees assessed in November 2014 and December 2014 along with the amount of $64.06 assessed for January 2015 (transactions 69 through 72). As of the date of this correspondence, the account is current and reflecting due for the March 1, 2015 monthly installment. Additionally, there are no late fees on the above referenced account.

Furthermore, you inquired about the $30.00 assessed for inspection fees. Please be advised that pursuant to the Deed of Trust Section 9, the lender has the right to protect their interest in the property. The lender may order property inspections to be performed on the property when the account becomes delinquent. Typically the property inspections are done on the outside of the property; the inspector does not go into the property. Any amounts disbursed by the lender under Section 9 of the Deed of Trust shall become additional debt of the borrower.

The above mentioned loan and related documents were reviewed and found to comply with all state and federal guidelines that regulate them. As such, the above-mentioned loan account will continue to be serviced appropriate to its status.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

www.NationstarMtg.com
NER651

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 135 of 163



You asked us to provide the name and contact information of the person who conducted the property inspections on the above-mentioned account. This information is non-public and is confidential and/or proprietary. Accordingly, Nationstar declines to provide this information to you at this time and will not produce this information without a subpoena or other legally proper request.

You have the right to access the documents relied upon in this investigation. We have included those documents for your records.

- Payment History
- Deed of Trust

At Nationstar, customer concerns are important to us. Should you have any general questions other than those referenced in your correspondence, please contact:

Customer Service Department
Monday through Thursday, 8:00 a.m. to 8:00 p.m. Central
Friday, 8:00 a.m. to 6:00 p.m. Central
Saturday, 8:00 a.m. to 2:00 p.m. Central
Toll-free Number: 888.480.2432

Sincerely,

Nicole Bellamy
Customer Relations Specialist
Nationstar Mortgage LLC
P.O. Box 630348
Irving, TX 75063
phone: 480.467.0425
e-mail: Nicole.Bellamy@nationstarmail.com

Enclosures 2
By United States Postal Service

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

January 4, 2016

Deborah Nelson
120 Dublin Circle
Madison, AL 35758
█████████████

Ashley Jenkins
Nationstar Mortgage
8950 Cypress Waters Blvd.
Coppell, TX 75019
Fax: 1-214-488-1993

Re: Requested Documents

On December 28th, 2015 you phoned me at my place of residence and we spoke for approximately 30 minutes. During that phone conversation you indicated that you needed two documents to proceed with my husband and my application for a loan modification. Those documents were a profit and loss statement for the most recent quarter and a letter indicating that my son █████████ did not have the cognitive capacity to communicate directly with you and could therefore not provide any information regarding his contribution to the household income. You also indicated at that time you had received the loan application documents and listed several of them. I indicated that there were 32 pages of documents sent with the application and a letter from my attorney indicating they you may communicate with me regarding loan modification.

Today I could not reach you and spoke to a Nationstar Mortgage representative. He (name unknown) indicated that I needed to complete a contributor package for █████████ (on his behalf) and complete a 4506T to confirm his tax status (he doesn't file taxes) He is listed on our tax return as a disabled dependent. Additionally, I was asked for a copy of the checks received for interest income during the last quarter to verify the $267 monthly income from interest and a profit and loss statement for the most recent quarter regarding the interest income.

I have included with this letter a copy of the contact letter I received the completed contributor package for █████████ (4 pages), the October and November 2015 bank statements showing receipt of SSI benefits (4 pages) the account was closed in December (no statement received) and I have not received a January statement from his new account showing the current deposit. Additionally, the completed 4506T form completed (as stated, █████████ has never filed taxes). Finally, there are two profit and loss statements from my husband indicating what his income was during the last quarter for earnings and interest. The total number of pages sent via email and to the above fax number is 13 including this letter.

Sincerely,

Deborah Nelson



The Contributor Package is to be used for any contributor who currently resides at your property address, is not a borrower on the loan, but who contributes to the household income and you are requesting their income to be used in the modification review process. In order to consider contributor income for foreclosure prevention options, this package and required supporting documentation must be returned.

## I. Contributor Package
The Contributor Package will provide all the necessary information about the contributor that is required for us to evaluate you for assistance, including:

- Contributor Application
- Income/Expenses for contributor
- Contributor Form/Signature Page (must be signed and dated)
- Supporting Documentation
- IRS Form 4506-T or 4506T-EZ

## Send Us the Information We Need to Help You
To document the contributions being received, please complete and submit the Contributor Package via the following methods:

By mail:    Nationstar Mortgage 8950 Cypress Waters Blvd.
            Coppell, TX 75067

By fax:    1-214-488-1993

Sincerely,

**Nationstar Mortgage**

# CONTRIBUTOR APPLICATION

The contributor must complete and submit this form along with other required documentation for contribution income to be considered in the review for foreclosure prevention options. On this form, you must disclose information about (1) you and your residency status; (2) information about your income, expenses and financial assets (3) and information about the mortgage(s) or other single family real estate that you own. Finally, you will need to return the completed package to Nationstar, signed and dated; along with (2) a completed and signed IRS Form 4506-T or 4506T-EZ and (3) all required income documentation.

On Page 2 you must disclose information about all of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your contributor application.

**LOAN NUMBER** ▓▓▓▓▓▓▓▓▓▓▓▓

Property Address Contributing to: 120 Dublin Circle, Madison AL 35758

I currently: ☒ reside and intend to continue to reside in this property
○ live in a property other than this property

The property is currently: ☒ Primary Residence ○ A second Home ○ An Investment Property

| CONTRIBUTOR | | CONTRIBUTOR #2 | |
|---|---|---|---|
| CONTRIBUTOR'S NAME | | CONTRIBUTOR'S NAME | |
| SOCIAL SECURITY NUMBER | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | | HOME PHONE NUMBER WITH AREA CODE | |
| CELL OR WORK NUMBER WITH AREA CODE  N/A | | CELL OR WORK NUMBER WITH AREA CODE | |
| MAILING ADDRESS  120 Dublin Circle, Madison, AL 35758 | | | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME)  SAME | | EMAIL ADDRESS  N/A or nelsond@uah.edu | |

Mother
AKA Representative
Payee

# INCOME & EXPENSES WORKSHEET

| All Contributor Monthly Income Sources (Documentation is required to support contribution amount) | | Monthly Contributor Expenses/Debt | | Contributor Assets | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ | Other Mortgages*** | $ | Checking Account(s) | $ |
| Overtime | $ | Other Home Insurance*** | $ | Checking Account(s) | $ |
| Self-employed Income | $ | HOA/Condo Fees (Documentation Required)*** | $ | Savings / Money Market | $ |
| | | | | CDs | $ |
| Unemployment Income | $ | Alimony, Child Support payments** | $ | Stocks/Bonds | $ |
| | | | | Other Cash on Hand | $ |
| Untaxed Social Security / SSD | $ 733.— | Credit Cards, Installment Loan(s) (total minimum payments per month) | $ | Other Real Estate | $ |
| | | | | | $ |
| | | | | | $ |
| Food Stamps/Welfare | $ 120.— | Property Taxes*** | $ | | $ |
| Taxable Social Security or Retirement Income | $ | Car Payments | $ | | $ |
| Child Support / Alimony** | $ | Auto Insurance | $ | | $ |
| | | Utilities | $ | | $ |
| Tips, commissions, bonus, and overtime | $ | Cable | $ | | $ |
| Gross Rents Received*** | $ | | $ | | $ |
| Other | $ | Other | $ | Other | $ |
| Total(Gross Income) | $ 853.— | Total Debt/Expenses | $ | Total Assets. | $ |

** Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.
*** Include rental income / expenses received from all properties you own EXCEPT a property for which you are contributing to in this Section

| | |
|---|---|
| **O** | **Contribution Amount:** I contribute the following income to the expenses of the household and towards the mortgage payments each month and will continue to do so for the foreseeable future (Check one) ___X___ 100% of my income _____ Other Amount |

| Do you earn a wage? *NO* O | Are you self-employed? *NO* O |
|---|---|
| For each contributor who is a salaried employee or hourly wage earner, provide the most recent pay stub(s) that reflects at least 30 days of year-to-date income. | For each contributor who receives self-employed income, provide your most recent signed and dated quarterly or year-to-date profit and loss statement |

| | |
|---|---|
| ☒ | **IRS Forms** Include a signed RS Form 4506-T or 4506T-EZ |
| O | "Other Earned Income" such as bonuses, commissions, housing allowance, tips, or overtime: Reliable third-party documentation describing the amount and nature of the income (e.g., employment contract or printouts documenting tip income). |
| ☒ | Social Security, disability or death benefits, pension, public assistance, or adoption assistance: Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and *have already provided* Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts. |
| O | Rental income: Provide your most recent Federal Tax return with all schedules, including Schedule E and a copy of the current lease agreement with either two (2) months bank statements or cancelled rent checks demonstrating receipt of rent. |
| O | Investment income: Copies of the two most recent investment statements or bank statements supporting receipt of this income. |
| O | Alimony, child support, or separation maintenance payments as qualifying income:* Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and Copies of your two most recent bank statements or other third-party documents showing receipt of payment *Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan. |

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 140 of 163

# CONTRIBUTORFORM

ContributorAcknowledgementandAgreement

1.  I certify that all of the information in this Contributor Package is truthful.

2.  I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of the mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.

3.  Although I am not a borrower on the loan for which modification assistance is requested, I currently occupy the property encumbered by the mortgage/deed of trust and agree that my income will be considered in the borrower's request to obtain modification assistance.

4.  I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to pull my credit report to verify occupancy status.

5.  I certify that the residence I am contributing to is a habitable residential property that is not subject to a condemnation notice.

6.  I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.

7.  I understand that the Servicer will use this information to evaluate the borrower for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer assistance based solely on the representations in this document or other documentation submitted in connection with the request.

8.  I understand that the Servicer will collect and record personal information that I submit in this contributor package during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any relief or foreclosure alternative that I receive to any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or to any HUD-certified housing counselor.

9.  I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| | | | 1-4-16 |
|---|---|---|---|
| Contributor Signature | Social Security Number | Date of Birth | Date |

| | | | |
|---|---|---|---|
| Contributor #2 Signature | Social Security Number | Date of Birth | Date |





# ALABAMA
## credit union

220 Paul W. Bryant Drive East
P.O. Box 862998
Tuscaloosa, AL 35486-0027

Contact Information:
(205) 348-5944
(888) 817-2002
info@alabamacu.com
www.alabamacu.com



You can securely and conveniently deposit checks, pay bills, transfer funds, check balances, search recent account activity & find the nearest ATM or branch location, all from your mobile device by downloading our mobile app!

(BENEFICIARY)
120 DUBLIN CIRCLE
MADISON, AL 35758

*See Next months Statement*

*November Deposit made on Oct 30th because 1st was a Saturday.*

## STATEMENT SUMMARY

| Deposit Accounts | | TOTAL BALANCE: | | $763.25 |
|---|---|---|---|---|
| Account Type | Previous | Deposits | Withdrawals | Ending |
| SAVINGS ACCOUNT (ID#00) | 28.00 | 0.00 | 0.00 | 28.00 |
| CHECKING ACCOUNT (ID#50) | 0.17 | 1,716.00 | 980.92 | 735.25 |

## SAVINGS ACCOUNT  (ID#00)

| | | |
|---|---|---|
| | PREVIOUS BALANCE: | $28.00 |
| | ENDING BALANCE: | $28.00 |

ASSOCIATIONS:       CUSTODIAL ACCOUNT          DEBORAH D NELSON (CUSTODIAN)
REPORTING SSN: (ON FILE)  Y-T-D DIVIDENDS:    .06

## CHECKING ACCOUNT  (ID#50)

| | | |
|---|---|---|
| DEPOSITS | 1716.00 | |
| DRAFTS | ▓▓▓ | TOTAL NUMBER DRAFTS CLEARED    2 |
| MISC DEBITS | ▓▓▓ | |
| MAINT/SERVICE CHGS | .00 | |



| | | | PREVIOUS BALANCE: | $0.17 |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 10/01 | DIRECT DEPOSIT  SSI  TREAS 310  ID: 9101736121 | 733.00 | | 733.17 |
| | | | | |
| | | | | |
| | | | | |
| 10/30 | DIRECT DEPOSIT  SSI  TREAS 310  ID: 9101736121 | 733.00 | | 735.25 |
| | | | ENDING BALANCE: | $735.25 |

ASSOCIATIONS:       CUSTODIAL ACCOUNT          DEBORAH D NELSON (CUSTODIAN)
REPORTING SSN: (ON FILE)  Y-T-D DIVIDENDS:    .00

Send or direct inquiries to the address and phone number shown above. Billing Rights Statement on the reverse applies only to open-end loans. All accounts herein described, exclusive of the loan accounts, are non-transferable as defined in 12 CFR 204 Regulation D. See reverse side for important information regarding your rights to dispute errors under Regulation E.



# ALABAMA credit union

| Check # | Amount | Check # | Amount | Check # | Amount | Check # | Amount |
|---------|--------|---------|--------|---------|--------|---------|--------|
| 0 | | *0 | | TOTAL: | | | |

\* Indicates a break in check number sequence

## YEAR TO DATE SUMMARY

FOR 2015

| REPORTING SSN (ON FILE) | * | IRA YTD DIVIDENDS | * | OTHER YTD DIVIDENDS | * | TOTAL YTD DIVIDENDS | * | TOTAL YTD WITHHOLDING | * | TOTAL YTD FORFEITURES | * |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | .00 | | .06 | | .06 | | .00 | | .00 | |

---

### YOUR BILLING RIGHTS, KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

#### NOTIFY US IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet. Write as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number

(2) The dollar amount of the suspected error

(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

#### YOUR RIGHTS AND OUR RESPONSIBILITIES AFTER WE RECEIVE YOUR WRITTEN NOTICE

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the statement was correct. After we receive your letter, we cannot try to collect any amount you question or report you as delinquent. We can continue to send statements to you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. If we find that we made a mistake on your statement, you will not have to pay any finance charges related to any questioned amount.

If we didn't make a mistake, you may have to pay finance charges and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due. If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you, and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your statement. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or Write Us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

(1) Tell us your name and account number.

(2) Tell us the dollar amount of the suspected error.

(3) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question

If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation

#### WITHHOLDING NOTICE

Payments from your IRA are subject to federal income tax withholding unless you elect no withholding. You may change your withholding election at any time prior to your receipt of a payment. To change your withholding election, complete the appropriate form provided by your financial organization.

Withholding from IRA payments, when combined with other withholding MAY relieve you from payment of estimated income taxes. However, your withholding election does not affect the amount of income tax you pay

You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are insufficient

Report errors or make inquiries to:

Alabama Credit Union
220 Paul W. Bryant Drive East
P.O. Box 862998
Tuscaloosa, AL 35486-0027

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| | |
|---|---|
| Balance Shown on this Statement | $ |
| Add Deposits not Credited in this Statement (if any) | $ |
| Total | $ |
| Subtract Items Outstanding | $ |
| Balance | $ |

Your register should show this balance



EQUAL HOUSING LENDER


NCUA

Member savings federally insured to $250,000 by NCUA



MEMBER SAVINGS IN THIS CREDIT UNION ARE INSURED UP TO $250,000 PER ACCOUNT

1

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1   Page 143 of 163



# ALABAMA
## credit union

220 Paul W. Bryant Drive East
P.O. Box 862998
Tuscaloosa, AL 35486-0027

Contact Information:
(205) 348-5944
(888) 817-2002
info@alabamacu.com
www.alabamacu.com

STATEMENT PERIOD

11/01/2015 - 11/30/2015

ACCOUNT #

You can securely and conveniently deposit checks, pay bills, transfer funds, check balances, search recent account activity & find the nearest ATM or branch location, all from your mobile device by downloading our mobile app!

(BENEFICIARY)
120 DUBLIN CIRCLE
MADISON, AL 35758

*See Previous Statement.*

*November Deposit made on Friday Oct 30 because 1st on Saturday*

## STATEMENT SUMMARY

| Deposit Accounts | | | TOTAL BALANCE | $28.31 |
|---|---|---|---|---|

| Account Type | Previous | Deposits | Withdrawals | Ending |
|---|---|---|---|---|
| SAVINGS ACCOUNT (ID#00) | 28.00 | 0.00 | 0.00 | 28.00 |
| CHECKING ACCOUNT (ID#50) | 735.25 | 0.00 | 734.94 | 0.31 |

## SAVINGS ACCOUNT (ID#00)

| | |
|---|---|
| PREVIOUS BALANCE: | $28.00 |
| ENDING BALANCE: | $28.00 |

ASSOCIATIONS:  CUSTODIAL ACCOUNT  DEBORAH D NELSON (CUSTODIAN)
REPORTING SSN: (ON FILE)  Y-T-D DIVIDENDS:  .06

## CHECKING ACCOUNT (ID#50)

| | | | |
|---|---|---|---|
| DEPOSITS | .00 | | |
| DRAFTS | ▓▓▓ | TOTAL NUMBER DRAFTS CLEARED | 2 |
| MISC DEBITS | ▓▓▓ | | |
| MAINT/SERVICE CHGS | .00 | | |

| | | PREVIOUS BALANCE: | $735.25 |
|---|---|---|---|

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | ENDING BALANCE: | $0.31 |
|---|---|---|---|

ASSOCIATIONS:  CUSTODIAL ACCOUNT  DEBORAH D NELSON (CUSTODIAN)
REPORTING SSN: (ON FILE)  Y-T-D DIVIDENDS:  .00

| Check # | Amount | Check # | Amount | Check # | Amount | Check # | Amount |
|---|---|---|---|---|---|---|---|
| 0 | 322.49 | *0 | 103.45 | TOTAL: | 425.94 | | |

Send or direct inquiries to the address and phone number shown above. Billing Rights Statement on the reverse applies only to open-end loans. All accounts herein described, exclusive of the loan accounts, are non-transferable as defined in 12 CFR 204 Regulation D. See reverse side for important information regarding your rights to dispute errors under Regulation E.

Page 1 of 2

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1   Page 144 of 163

 **ALABAMA** credit union


* Indicates a break in check number sequence

## YEAR TO DATE SUMMARY

FOR 2015

| REPORTING SSN (ON FILE) | * IRA YTD DIVIDENDS | * OTHER YTD DIVIDENDS | * TOTAL YTD DIVIDENDS | * TOTAL YTD WITHHOLDING | * TOTAL YTD FORFEITURES | * |
|---|---|---|---|---|---|---|
| | .00 | .06 | .06 | .00 | .00 | |

### YOUR BILLING RIGHTS, KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**NOTIFY US IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet. Write as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

(1) Your name and account number.

(2) The dollar amount of the suspected error.

(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

**YOUR RIGHTS AND OUR RESPONSIBILITIES AFTER WE RECEIVE YOUR WRITTEN NOTICE**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the statement was correct. After we receive your letter, we cannot try to collect any amount you question or report you as delinquent. We can continue to send statements to you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. If we find that we made a mistake on your statement, you will not have to pay any finance charges related to any questioned amount.

If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due. If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you, and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your statement. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or Write Us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Tell us the dollar amount of the suspected error.

(3) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question.

If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

*WITHHOLDING NOTICE*

*Payments from your IRA are subject to federal income tax withholding, unless you elect no withholding. You may change your withholding election at any time prior to your receipt of a payment. To change your withholding election, complete the appropriate form provided by your financial organization.*

*Withholding from IRA payments, when combined with other withholding, MAY relieve you from payment of estimated income taxes. However, your withholding election does not affect the amount of income tax you pay.*

*You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are insufficient.*

**Report errors or make inquiries to:**

**Alabama Credit Union**
220 Paul W. Bryant Drive East
P.O. Box 862998
Tuscaloosa, AL 35486-0027

| Outstanding Items | |
|---|---|
| ITEM NO | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| | |
|---|---|
| Balance Shown on this Statement | $ |
| Add | |
| Deposits not Credited to this Statement (if any) | $ |
| Total | $ |
| Subtract Items Outstanding | $ |
| Balance | $ |

Your register should show this balance.

 LENDER

 NCUA

Member savings federally insured to $250,000 by NCUA



MEMBER SAVINGS IN THIS CREDIT UNION ARE INSURED UP TO $250,000 PER ACCOUNT

9

Form **4506T-EZ**

(Rev. January 2012)

Department of the Treasury
Internal Revenue Service

## Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

↪ Request may not be processed if the form is incomplete or illegible.

Tip. Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number or individual taxpayer identification number on tax return |
|---|---|

| 2a If a joint return, enter spouse's name shown on tax return. N/A | 2b Second social security number or individual taxpayer identification number if joint tax return |
|---|---|

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

*120 Dublin Circle, Madison, AL 35758*

4 Previous address shown on the last return filed if different from line 3 (see instructions)

*N/A*

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name: *Nationstar Mortgage*  Telephone number: *(888)480-2432*

Address (including apt., room, or suite no.), city, state, and ZIP code

*8950 Cypress Waters Boulevard Coppell, Tx 75019*

Caution. If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6 Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

*2014*  *2013*

☐ Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved identity theft on your federal tax return.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Caution. Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, either husband or wife must sign. Note. For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

Phone number of taxpayer on line 1a or 2a

Sign Here

Date *1/4/16*

Spouse's signature *N/A*  Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 54185S   Form **4506T-EZ** (Rev. 1-2012)

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506-EZ at http://www.irs.gov/form4506. Information about any recent developments affecting Form 4506T-EZ (such as legislation enacted after we released it) will be posted on that page.

Caution Do not sign this form unless all applicable lines have been completed

Purpose of form. Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return The tax return transcript will not show payments, penalty assessments or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506 T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

Automated transcript request You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript or call 1 800-908-9946.

Where to file Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX73301 512-460-2272 |
| Alaska, Arizona, Arkansas California, Colorado Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin Wyoming | RAIVS Team Stop 37106 Fresno CA 93888 559-456 5876 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 816 292-6102 |

Line 1b. Enter your employer identification number (EIN) if your request relates to a business return Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN

Line 3 Enter your current address. If you use a P.O. box, include it on this line.

Line 4. Enter the address shown on the last return filed if different from the address entered on line 3.

Note. If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

Signature and date. Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return If you changed your name, also sign your current name

## Privacy Act and Paperwork Reduction Act Notice

We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 9 min ; Preparing the form, 18 min ; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T EZ simpler we would be happy to hear from you You can write to

Internal Revenue Service
Tax Products Coordinating Committee
SE W CAR MP T M S
1111 Constitution Ave NW, IR 6526
Washington, DC 20224

Do not send the form to this address Instead, see Where to file on this page.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc Nationstar correspondence part 1    Page 147 of 163

| Profit and Loss Statement: Russell Nelson 2015 | | | | Date | |
|---|---|---|---|---|---|
| Interest Income | | | Income | 800 | 12/4/15 |
| | | | Expenses | 0 | |
| | | | Net Income | 800 | |

I attest to the truth and accuracy
of this information to the
best of my knowledge.

*Russell Nelson* 1/4/16

Copies of bank statements
have already been provided.

Profit and Loss Statement: Russell Nelson

Required by Nationstar for most recent quarter.

| | Oct. | Nov. | Dec. | Totals: |
|---|---|---|---|---|
| | | 2015 | | |
| Income | 2500 | 0 | 250 | 2750 |
| Expenses | 25 | 25 | 27 | 77 |
| Net Income: | | | | 2673 |

I Russell A. Nelson, certify that the above information is true and accurate to the best of my knowledge.

*[signature]* 1/4/16

13



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL  35758-8715

(H731)

08/02/2015

DEBORAH J NELSON
RUSSELL A NELSON
120 DUBLIN CIR
MADISON AL 35758-8715

Loan Number: ███████
Property Address: 120 DUBLIN CIRCLE
MADISON AL 35758



P.O. Box 619097
Dallas, TX 75261-9741

Dear DEBORAH J NELSON:

Your mortgage payment is now 30 days or more past due and your loan is in default. We are concerned about your missed mortgage payment - and want you to be aware of assistance available to you - in case you are unable to bring your payments current.

**We Are Here to Help You**
It is critical that you work with us on a resolution for any issues that affect your ability to make timely mortgage payments, whether your challenges are temporary or long term.

The sooner you respond, the more quickly we can determine whether you qualify for assistance. You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that maybe available.

**Options May Be Available**
The right option for you depends on your individual circumstances. If you provide all required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (refinance, repayment, forbearance, loan modification) or leave your home while avoiding foreclosure (short sale or deed-in-lieu of foreclosure). For more details, please see the attachment on Avoiding Foreclosure.

**Send Us the Information We Need to Help You**
Requesting help is the first step. Start by providing information and documentation to help us understand the challenges you are facing.  To do this, follow the detailed instructions on the attached Homeowner Checklist to complete and submit your Borrower Response Package to us.

Once we have received and evaluated your information, we will contact you regarding your options and next steps.

Please note that during the evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will halt the foreclosure process upon receipt of a complete application. A complete application must be received by Nationstar Mortgage in order for us to begin the evaluation process. No foreclosure sale will be conducted and you will not lose your home during the evaluation. Please note if your property is located in Nevada, the foreclosure process will be halted upon receipt of initial application, regardless of completeness.

**Learn More and Act Now**
For more information, please see the Frequently Asked Questions and other information provided with this letter. If you need assistance, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at P.O. Box 619097, Dallas, TX 75261-9741.

**Remember, you need to take action by completing and returning the entire Borrower Response Package by 08/31/15.**

Sincerely,

Nationstar Mortgage LLC

## TO RECEIVE HELP WITH YOUR MORTGAGE, YOU MUST ACT BY:
## 08/31/15!

1. See the instructions on the Homeowner Checklist

2. Review:

   - Avoiding Foreclosure
   - Frequently Asked Questions
   - Beware of Foreclosure Rescue Scams

3. Submit required Borrower Response Package:

   - Uniform Borrower Assistance Form (Borrower Assistance Form) (attached)
   - IRS Form 4506T-EZ (attached)
   - Income documentation (described on Borrower Assistance Form)
   - Hardship documentation (described on Borrower Assistance Form)

## If you need assistance, contact us immediately at:

## 1-877-800-2432

H731

Page 1 of 6

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 151 of 163

## Homeowner Checklist
### For Your Information Only - Do Not Return with Your Borrower Response Package

**GET STARTED** - use this checklist to ensure you have completed all required forms and have the right information.

| | |
|---|---|
| **Step 1** | ☐ **Review the information provided** to help you understand your options, responsibilities, and next steps:<br><br>☐ Avoiding Foreclosure ☐ Frequently Asked Questions ☐ Beware of Foreclosure Rescue Scams |
| **Step 2** | ☐ **Complete and sign the enclosed Borrower Assistance Form.** Must be signed by all borrowers on the mortgage (notarization is not required) and must include:<br>☐ All income, expenses, and assets for each borrower<br>☐ An explanation of financial hardship that makes it difficult to pay the mortgage<br>☐ Your acknowledgement and agreement that all information that you provide is true and accurate |
| **Step 3** | ☐ **Complete and sign a dated copy of the enclosed IRS Form 4506T-EZ.**<br>☐ For each borrower, please submit a signed, dated copy of IRS Form 4506T-EZ (Request for Transcript of Tax Return)<br>☐ Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both joint filers |
| **Step 4** | ☐ **Provide required Hardship documentation.** This documentation will be used to verify your hardship.<br>☐ Follow the instructions set forth on the Borrower Assistance Form (attached) |
| **Step 5** | ☐ **Provide required income documentation. This documentation will be used to verify your hardship and all of your income (Notice: Alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan).**<br>☐ Follow the instructions set forth on the Borrower Assistance Form (attached)<br>☐ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence. If you elect to disclose and rely upon this income to qualify, the required income documentation is the same as the income documentation required for a borrower. See Page 2 of the Borrower Assistance Form for specific details on income documentation. |
| **Step 6** | ☐ **Gather and send completed documents — your Borrower Response Package — no later than 08/31/15.** You must send in all required documentation listed in Steps 2-4 above, and summarized below:<br>• Borrower Assistance Form (attached)<br>• Form 4506T-EZ (attached)<br>• Income Documentation as outlined on Page 2 of the Borrower Assistance Form (attached)<br>• Hardship Documentation as outlined on Page 3 of the Borrower Assistance Form (attached)<br>**Please mail all documents above to us: Nationstar Mortgage LLC, Attn: Making Homes Affordable Program Loan Modification Processing Unit, P.O. Box 619097, Dallas, TX 75261-9741** |

**IMPORTANT REMINDERS:**
☐ If you cannot provide the documentation within the time frame provided, have other types of income not specified on Page 2 of the Borrower Assistance Form, cannot locate some or all of the required documents, QR have any questions, please contact us at **(866) 316-2432 EXT. 5493412.**
☐ Keep a copy of all documents and proof of mailing/emailing for your records. **Don't send original income or hardship documents. Copies are acceptable.**

## Questions? Contact us at (866) 316-2432 EXT. 5493412

H731

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 152 of 163

# Information on Avoiding Foreclosure
## For Your Information Only - Do Not Return with Your Borrower Response Package

**Mortgage Programs Are Available to Help**

There are a variety of programs available to help you resolve your delinquency and keep your home. You may be eligible to refinance or modify your mortgage to make your payments and terms more manageable, for instance, lowering your monthly payment to make it more affordable. Or, if you have missed a few payments, you may qualify for a temporary (or permanent) solution to help you get your finances back on track. Depending on your circumstances, staying in your home may not be possible. In this case, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure - see the table below for more information:

| OPTION | OVERVIEW | BENEFIT |
|---|---|---|
| Refinance | Received a new loan with lower interest rate or other favorable terms | Makes your payment or terms more affordable |
| Reinstatement | Pay the total amount you owe, in a lump sum payment and by a specific date. This may follow a forbearance plan as described below | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future |
| Repayment Plan | Pay back your past-due payments together with your regular payments over an extended period of time | Allows you time to catch up on late payments without having to come up with a lump sum |
| Forbearance Plan | Make reduced mortgage payments or no mortgage payments for a specific period of time | Have time to improve your financial situation and get back on your feet |
| Modification | Receive modified terms of your mortgage to make it more affordable or manageable after successfully making the reduced payment during a "trial period" (i.e., completing a three or four month trial period plan) that approximate the modified payment. | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship |
| **Options To Leave Your Home** | **Overview** | **Benefit** |
| Short Sale | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth | Allows you to transition out of your home without going through foreclosure. In some cases relocation assistance may be available |
| Deed-in-Lieu of Foreclosure | Transfer the ownership of your property to us | Allows you to transition out of your home without going through foreclosure. In some cases relocation assistance may be available. |

**We Want to Help**

Take action and gain peace of mind and control of your situation. Complete and return the Borrower Response Package to start the process of getting the help you need now.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 153 of 163

# Frequently Asked Questions
## For Your Information Only - Do Not Return with Your Borrower Response Package

### 1. Why Did I Receive This Package?
You received this package because we have not received one or more of your monthly mortgage payments and want to help you keep your home if at all possible. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face to making all of your late mortgage payments.

### 2. Where Can I Find More Information on Foreclosure Prevention?
Please see the Avoiding Foreclosure attachment in this package for more information, or you can contact Nationstar Mortgage at 1-877-800-2432. Additional foreclosure prevention information is provided by Nationstar at **NationstarMtg.com/HA**, Fannie Mae at **KnowYourOptions.com** or Freddie Mac at **freddiemac.com/avoidforeclosure**.

### 3. Will I Be Evaluated for the Federal Home Affordable Modification Program (HAMP) When I Submit My Borrower Response Package?
If you are not eligible for a refinance, reinstatement, repayment, or forbearance plan based on the information you provided, we will evaluate you for participation in the Home Affordable Modification Program (HAMP). If you are not eligible for HAMP, we will evaluate you for a non-HAMP Fannie Mae/Freddie Mac loan modification.

### 4. What If I Want to Leave My Property?
You may have good reasons for needing to leave your property, such as a job relocation, a divorce, a financial hardship due to the death of a borrower, or some other reason preventing you from keeping your property. If you intend to transition out of your home, please indicate that you want to sell or vacate the property on page 1 of the attached Borrower Assistance Form and we may first evaluate you for a short sale or deed-in-lieu of foreclosure. Even if you are approved for one of those workout solutions, we may consider you for a mortgage loan modification.

### 5. Will It Cost Money to Get Help?
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

### 6. What Happens Once I Have Sent the Borrower Response Package to You?
We will send you a written notice within five business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete or incomplete. If we determine there is missing information or documentation, we also will send you an incomplete information notice. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package 37 calendar days or less prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. **Please submit your Borrower Response Package as soon as possible.**

### 7. What Happens to My Mortgage While You Are Evaluating My Borrower Response Package?
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
                 Nationstar correspondence part 1    Page 154 of 163

**8. Will the Foreclosure Process Begin If I Do Not Respond to this Letter?**
If you do not respond to this letter, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**9. Should I Still Contact You If I Have Waited Too Long and My Property Has Been Referred to an Attorney for Foreclosure?**
Yes, the sooner the better!

**10. What if My Property is Scheduled for a Foreclosure Sale in the Future?**
If we receive a complete Borrower Response Package 37 calendar days or less before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**11. Will My Property be Sold at a Foreclosure Sale If I Accept a Foreclosure Alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, such as a forbearance or repayment plan, and comply with all requirements.

**12. Will My Credit Report Be Affected by My Late Payments or Being in Default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a Repayment Plan, Forbearance Plan, or Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**13. Will My Credit Score Be Affected if I Accept a Foreclosure Prevention Option?**
While the affect on your credit will depend on your individual credit history, credit scoring companies generally would consider your entry into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score. . However, bringing your loan current through a reinstatement, repayment plan or loan modification and continuing to make timely payments may improve your credit score over time.

**14. Is Foreclosure Prevention Counseling Available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you.

**15. I Have Seen Ads and Flyers From Companies Offering to Help Me Avoid Foreclosure for a Fee. Are These Companies on the Level?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD Website referenced in question 14 to locate a counselor near you. Also, please refer to the attached document called "Beware of Foreclosure Rescue Scams" for more information.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 155 of 163

## BEWARE OF FORECLOSURE RESCUE SCAMS – TIPS & WARNING SIGNS
### For Your Information Only - Do Not Return with Your Borrower Response Package

Scam artists are stealing millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your house or your money. **Remember, help is FREE.**

### How to Spot a Scam – beware of a company or person who:

- Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your loan modified.
- Advises you to stop paying your mortgage company and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" loan modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

### How to Report a Scam – do one of the following:

- Go to www.preventloanscams.org and fill out the Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: you can also fill out this form and send to the fax number/e-mail/address (your choice!) on the back of the form.
- Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you got scammed or know of a scam.

> *The Loan Modification Scam Prevention Network is a national coalition of governmental and private organizations led by Fannie Mae, Freddie Mac, NeighborWorks America™ and the Lawyers' Committee for Civil Rights Under Law.*

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1    Page 156 of 163

# UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.

| Loan Number | | | (usually found on your monthly mortgage statement) |
|---|---|---|---|
| Servicer's Name | | | |

| I want to: | ☐ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|

| The property is currently: | ☐ My Primary Residence | ☐ A Second Home | ☐ An Investment Property |
|---|---|---|---|

| The property is currently: | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |
|---|---|---|---|

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER / DATE OF BIRTH | SOCIAL SECURITY NUMBER / DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) | EMAIL ADDRESS |

| | |
|---|---|
| Is the property listed for sale? ☐ Yes ☐ No<br>If yes, what was the listing date? _____<br>If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No<br>Date of offer: _____ Amount of Offer: $ _____<br>Agent's Name: _____<br>Agent's Phone Number: _____<br>For Sale by Owner? ☐ Yes ☐ No | Have you contacted a credit counseling agency for help?<br>☐ Yes ☐ No<br>If yes, please complete the counselor contact information below:<br>Counselor's Name: _____<br>Agency's Name: _____<br>Counselor's Phone Number: _____<br>Counselor's Email Address: _____ |

| Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No | |
|---|---|
| Total monthly amount: $ | Name and address that fees are paid to: |

| Have you filed for bankruptcy? ☐ Yes ☐ No | If yes: ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 |
|---|---|
| If yes, what is the filing Date: _____ has your bankruptcy been discharged? ☐ Yes ☐ No Bankruptcy case number: _____ | |

| | Yes | No |
|---|---|---|
| Is any Borrower an active duty service member? | ☐ | ☐ |
| Has any Borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | ☐ | ☐ |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ | ☐ |

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1   Page 157 of 163

# UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s)excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | $ | First Mortgage Payment | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony* | $ | Homeowner's Insurance | $ | Savings / Money Market | $ |
| Non-taxable social security/SSDI | $ | Property Taxes | $ | CDs | $ |
| Taxable SS benefits or other monthly income from annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Car Lease Payments | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other | $ |
| Food Stamps/Welfare | $ | Mortgage Payments on other properties | $ | | |
| Other | $ | Other | | | $ |
| Total (Gross income) | $ | Total Household Expenses and Debt Payments | $ | Total Assets | $ |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| Lien Holder's Name | Balance and Interest Rate | Loan Number | Lien Holder's Phone Number |
|---|---|---|---|
| | | | |
| | | | |

## Required Income Documentation

☐ Do you earn a salary or hourly wage?

For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' or four weeks' earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☐ Are you self-employed?

For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

☐ Do you have any additional sources of income? Provide for each borrower as applicable:

"Other Earned Income" such as bonuses, commissions, housing allowance, tips, or overtime:

☐ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).

Social Security, disability or death benefits, pension, public assistance, or adoption assistance:

☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and

☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.

Rental income:

☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E—Supplement income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported reduced by the monthly debt service on the property, if applicable; or

☐ If rental income is not reported on Schedule E – Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.

Investment income:

☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.

Alimony, child support, or separation maintenance payments as qualifying income:*

☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and

☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 158 of 163

| HARDSHIP AFFIDAVIT |
|---|

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.     Date Hardship Began is:

I believe that my situation is:

☐ Short-term (under 6 months)     ☐ Medium-term (6 – 12 months)     ☐ Long-term or Permanent Hardship (greater than 12 months)

**I am having difficulty making my monthly payment because of reason set forth below:**

*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| If Your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☐ Unemployment | ☐ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR <br> ☐ Separation agreement signed by the court; OR <br> ☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR <br> ☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR <br> ☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR <br> ☐ Written statement or other documentation verifying disability or illness; OR <br> ☐ Doctor's certificate of illness or disability; OR <br> ☐ Medical bills <br> None of the above shall require providing detailed medical information. |
| ☐ Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment | ☐ Insurance claim; OR <br> ☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR <br> ☐ Borrower or Employer property located in a federally declared disaster area |
| ☐ Distant employment transfer / Relocation | **For active duty service members:** Notice of Permanent Change of Station (PCS) or actual PCS orders. <br> **For employment transfers/new employment:** <br> ☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR <br> ☐ Paystub from new employer <br> In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND <br> ☐ Proof of business failure supported by one of the following: <br>   ☐ Bankruptcy filing for the business; OR <br>   ☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR <br>   ☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 159 of 163

## Borrower/Co-Borrower Acknowledgement and Agreement

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.

2. The accuracy of my statements may be reviewed by the Servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all Servicer, or authorized third party*, communications.

3. Knowingly submitting false information may violate Federal and other applicable law.

4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the Servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.

5. The Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:

    a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.

    b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the Servicer.

    c. The Servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.

    d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.

7. A condemnation notice has not been issued for the property.

8. The Servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.

9. The Servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my social security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the Servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:

    a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and

    b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, in conjunction with their responsibilities under the Making Home Affordable program, or any companies that perform support services to them.

10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the Lender/Servicer/ or authorized third party*. By checking this box, I also consent to being contacted by☐text messaging.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Borrower Signature | Date | Co-Borrower Signature | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Case 18-80037-CRJ    Doc 79-9    Filed 11/19/18    Entered 11/19/18 21:30:28    Desc
Nationstar correspondence part 1    Page 160 of 163

# Home Affordable Modification Program
## Government Monitoring Data Form

### Information for Government Monitoring Purposes

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| ☐ I do not wish to furnish this information | | ☐ I do not wish to furnish this information | |
| *Ethnicity:* ☐ Hispanic or Latino <br> ☐ Not Hispanic or Latino | | *Ethnicity:* ☐ Hispanic or Latino <br> ☐ Not Hispanic or Latino | |
| *Race:* ☐ American Indian or Alaska Native <br> ☐ Asian <br> ☐ Black or African American <br> ☐ Native Hawaiian or Other Pacific Islander <br> ☐ White | | *Race:* ☐ American Indian or Alaska Native <br> ☐ Asian <br> ☐ Black or African American <br> ☐ Native Hawaiian or Other Pacific Islander <br> ☐ White | |
| *Sex:* ☐ Female <br> ☐ Male | | *Sex:* ☐ Female <br> ☐ Male | |
| **To be completed by Servicers** | | | *Name/Address of Interviewer's Employer* |
| *This request was taken by:* <br> ☐ Face-to-face interview <br> ☐ Mail <br> ☐ Telephone <br> ☐ Internet | *Servicer/Interviewer's Name (print or type) & ID Number* | | |
| | *Servicer/Interviewer's Signature* | | |
| | *Servicer/Interviewer's Phone Number(include area code)* | | |
| *Loan Number:* _____ | *Servicer/Interviewer's Fax Number(include area code)* | | *Servicer/Interviewer's email address* |

Fannie Mae/Freddie Mac Form 710A    Page 1 of 1    June 2011

Case 18-80037-CRJ   Doc 79-9   Filed 11/19/18   Entered 11/19/18 21:30:28   Desc
Nationstar correspondence part 1   Page 161 of 163

Form **4506T-EZ**

(Rev. January 2012)

Department of the Treasury
Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

▶ **Request may not be processed if the form is incomplete or illegible.**

OMB No. 1545-2154

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**1a** Name shown on tax return. If a joint return, enter the name shown first.

**1b** First social security number or individual taxpayer identification number on tax return

**2a** If a joint return, enter spouse's name shown on tax return.

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name

**Nationstar Mortgage**

Telephone number

**877.783.7491**

Address (including apt., room, or suite no.), city, state, and ZIP code

**P.O. Box 619097, Dallas, TX 75261-9741**

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

**2013**          **2012**

☐ Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved **identity theft** on your federal tax return.

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** husband or wife must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)

Date

▶ Spouse's signature

Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 54185S

Form **4506T-EZ** (Rev. 1-2012)

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506T-EZ at *http://www.irs.gov/form4506.* Information about any recent developments affecting Form 4506T-EZ (such as legislation enacted after we released it) will be posted on that page.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-5876 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 816-292-6102 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Products Coordinating Committee
SE:W:CAR:MP:T:M:S
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.