| | | |
|---|---|---|
| MOS_032013 | XXXXX4184 | XXXXX4103 |
| MOS_032013 | XXXXX4264 | XXXXX4111 |
| MOS_032013 | XXXXX4320 | XXXXX4129 |
| MOS_032013 | XXXXX4448 | XXXXX4137 |
| MOS_032013 | XXXXX4464 | XXXXX4145 |
| MOS_032013 | XXXXX4632 | XXXXX4152 |
| MOS_032013 | XXXXX4760 | XXXXX4160 |
| MOS_032013 | XXXXX4848 | XXXXX4178 |
| MOS_032013 | XXXXX4952 | XXXXX4186 |
| MOS_032013 | XXXXX5008 | XXXXX4194 |
| MOS_032013 | XXXXX5080 | XXXXX4202 |
| MOS_032013 | XXXXX5088 | XXXXX4210 |
| MOS_032013 | XXXXX5160 | XXXXX4228 |
| MOS_032013 | XXXXX5376 | XXXXX4236 |
| **MOS_032013** | **159455552** | **603744244** |
| MOS_032013 | XXXXX5904 | XXXXX4251 |
| MOS_032013 | XXXXX6840 | XXXXX4269 |
| MOS_032013 | XXXXX6864 | XXXXX4277 |
| MOS_032013 | XXXXX7232 | XXXXX4285 |
| MOS_032013 | XXXXX7416 | XXXXX4293 |
| MOS_032013 | XXXXX8617 | XXXXX4301 |
| MOS_032013 | XXXXX9697 | XXXXX4319 |
| MOS_032013 | XXXXX9793 | XXXXX4327 |
| MOS_032013 | XXXXX9833 | XXXXX4335 |
| MOS_032013 | XXXXX0185 | XXXXX4343 |
| MOS_032013 | XXXXX0193 | XXXXX4350 |
| MOS_032013 | XXXXX1329 | XXXXX4368 |
| MOS_032013 | XXXXX2273 | XXXXX4376 |
| MOS_032013 | XXXXX2289 | XXXXX4384 |
| MOS_032013 | XXXXX2321 | XXXXX4392 |
| MOS_032013 | XXXXX2569 | XXXXX4400 |
| MOS_032013 | XXXXX2929 | XXXXX4418 |
| MOS_032013 | XXXXX2961 | XXXXX4426 |
| MOS_032013 | XXXXX3025 | XXXXX4434 |
| MOS_032013 | XXXXX3137 | XXXXX4442 |
| MOS_032013 | XXXXX3145 | XXXXX4459 |
| MOS_032013 | XXXXX3729 | XXXXX4467 |
| MOS_032013 | XXXXX3929 | XXXXX4475 |
| MOS_032013 | XXXXX4305 | XXXXX4483 |
| MOS_032013 | XXXXX4441 | XXXXX4491 |
| MOS_032013 | XXXXX4905 | XXXXX4509 |
| MOS_032013 | XXXXX4961 | XXXXX4517 |
| MOS_032013 | XXXXX5041 | XXXXX4525 |
| MOS_032013 | XXXXX5513 | XXXXX4533 |
| MOS_032013 | XXXXX5994 | XXXXX4541 |