

**Grant R. Sperry**
**Forensic Document Examiner**
7859 Cross Pike Drive, Germantown, TN 38138-8117
(901) 759-0729; 289-9933
FDES@bellsouth.net
www.fde-sperry.com

*Summary of Professional Education, Training and Experience*

## Responsibilities as a Forensic Document Examiner

Primary responsibilities include the examination and comparison of known and questioned handwriting, hand printing, and machine produced documents for the purpose of identifying or eliminating an individual or machine as the source of the questioned material. Additional examinations involve altered, obliterated, dated, erased, charred, water soaked, and indented documents. Educated and experienced in digital image acquisition and processing. When requested, written reports of findings are prepared and testimony with demonstrative exhibits are provided at judicial or non-judicial proceedings.

## Over 39 Years of Continuous Professional Experience as a Forensic Document Examiner

**Private Practice as a Forensic Document Examiner**, Germantown, TN, 1993 to Present
**Forensic Document Examiner and Manager with the U.S. Postal Inspection Service Forensic Lab**, Memphis, TN, 1992 to 2006
**Forensic Document Examiner with the U.S. Army Criminal Investigation Laboratory System**, 1979 to 1992. (Assignments at Ft. Gordon, GA; Ft. Gillem, GA and Frankfurt, Germany)

**Key Accomplishments:**
- Examined questioned and known documents in conjunction with thousands of criminal and civil cases submitted by attorneys, corporations, all branches of the U.S. Department of Defense, NATO forces and numerous other Federal, State and local investigative agencies.
- Provided expert testimony on hundreds of occasions in federal, state and military courts. Conducted over one million comparative examinations.

## Court Testimony and Quality Assurance

Qualified and testified as an expert witness in the scientific field of Forensic Document Examination and Digital Imaging on over 350 occasions in Army, Navy, Marine, and Air Force courts; International Courts, Federal District courts, and numerous state courts.

Rev: 1/1/2018

Technical reviews of examinations periodically reviewed for accuracy. Third party proficiency testing is taken on an annual basis.

## Related Investigative Experience

Conducted and resolved numerous fraud and economic crime investigations as a Criminal Investigation Agent (CID) and Military Police Investigator between 1973 and 1979.

Received extensive formal training in economic crime investigations through Department of Defense funded courses and seminars.

---

## Training

**Completed:**
- Two year structured (in-residence) training course in the Examination of Questioned Documents at the U.S. Army Criminal Investigation Laboratory, Ft. Gordon, GA., November 1980. Continuous training and experience since 1985 in the forensic applications of Digital Image Processing.
- U.S. Secret Service Questioned Document Course, Washington, D. C.
- Federal Bureau of Investigation Fundamentals of Document Examination Course, Quantico, VA.

**Participated in and Received Training through:**
- Georgia Bureau of Investigation Laboratory, Atlanta, GA
- Federal Bureau of Investigation Laboratory, Washington, D. C.
- Royal Canadian Mounted Police Laboratory, Montreal, Canada
- International Symposium of Questioned Document Examiners, Washington, D.C.
- Immigration and Naturalization Service Laboratory, Washington, D. C.
- Central Intelligence Agency (CIA) Laboratory, Washington, D. C.
- Bureau of Printing and Engraving, Washington, D.C.
- Workshops and seminars on typewriter and computer font technology and examinations
- First European Conference of Handwriting Experts, Wiesbaden, Germany
- Rochester Institute of Technology (Digital Image Processing), Rochester, NY
- Mead Paper Knowledge Seminar, Chilicothe, OH
- FBI Digital Image Processing Seminar, Las Vegas, NV

**Continuing Education** received on an annual basis through attendance and participation at numerous conferences, training seminars and workshops of recognized forensic organizations such as:
- American Academy of Forensic Sciences
- American Society of Questioned Document Examiners
- Southeastern Association of Forensic Document Examiners
- American Board of Forensic Document Examiners (ABFDE)
- American Society of Testing and Materials International (ASTM)

Engaged in ongoing research and study in the field of Forensic Document Examination, presenting results at professional meetings and seminars Lectured on forensic document examination subject

Rev: 1/1/2018

Case 18-80037-CRJ   Doc 123-3   Filed 01/17/19   Entered 01/17/19 17:12:53   Desc
2018 FDES CV Summary and General Fee Schedule   Page 2 of 4

matter throughout North America and Europe at conferences, workshops and training seminars attended by judges, prosecutors, defense attorneys, investigators and civil service personnel.

## Professional Certifications

Certified as a **"Questioned Document Examiner"** by the U.S. Department of the Army and Criminal Investigation Command (CID), November 1980.

Certified by testing and examination through the **American Board of Forensic Document Examiners (D-ABFDE)** and awarded diplomat status as a certified Forensic Document Examiner. Re-certification maintained through continuing education credits.

## Publications
### (In Peer Reviewed Journals)

**"Applying Specific Digital Enhancement Techniques to ESDA-Developed Impressions,"** Journal of the American Society of Questioned Document Examiners, Vol. 4, No. 1, June 2001

**"Survey of Handwriting Habit Areas Used by Forensic Document Examiners: Degree of Use and Discriminatory Power,"** Journal of American Society of Questioned Document Examiners, Vol. 2, No. 1, January 1999

**"Platen Information Revealed: A Technique of Locating Latent Test on Typewriter (or Printer) Platens,"**
Journal of Forensic Sciences, JFS, Vol. 39, No 1, January 1994

(Numerous unpublished technical papers presented at workshops, conferences and seminars)

## Professional Associations

American Society of Questioned Document Examiners, Past President
American Academy of Forensic Sciences, Fellow, Questioned Documents Section
Charter member of the Scientific Working Group on Imaging Technologies
Southeastern Association of Forensic Document Examiners, Member
American Board of Forensic Document Examiners (ABFDE), Past Director

## Education

Bachelor of Science Degree, University of the State of New York, Albany, NY
Graduate studies through Central Michigan University

Rev: 1/1/2018

**Grant Sperry, FDE**
**Charlotte Ware, FDE**
**Offices in Memphis, TN & Charlotte, NC**
**901-289-9933**

## General Fee Schedule

### *Retainer:* $1200.00

This retainer provides for up to **six hours;** consisting of examination time, consultations, a written report (if requested) and/or any meetings. This fee also provides the client to exclusive rights of FDES in a specified matter. The retainer is non-refundable. Any additional hours after the initial six hours will be charged as indicated below.

If expeditious examination requirements necessitate re-prioritizing or re-scheduling existing case work to accommodate, a surcharge equal to 25% of the retainer and/or per hour rate may apply.

### *Examination Time:* $190.00 per hour

This includes any time required for examinations over and above the initial six hours included in the retainer. If this time is required, notice will be provided to the client for advance approval.

### *Court Testimony and Depositions:* $190.00 per hour

This includes portal to portal time and "on call" status, if required. Travel expenses for courts, depositions, meetings and on-site examinations are the responsibility of the client. A flat rate of $1,500.00 per day (8-hour) applied in lieu of hourly rate for time in excess of 5 hours. A minimum fee of $950.00 for any time up to 5hrs is required. A hourly fee of $190.00 per hour is assessed for time beyond an 8-hour period. Cancellation of scheduled deposition and/or court appearances made less than 72 hours prior to travel will result in a minimum charge of $600.00 plus any related expenses, and will be applied against any advanced payment prior to refund. Payment for travel/time is required in advance of travel and/or testimony.

### *Other Fees*

Any other fees associated with an examination, which may include the preparation of demonstrative charts, any other special examinations and any on-site examinations or conferences will be discussed before they are incurred.

### *Peer Review and Quality Assurance*

The results of examinations conducted by Forensic Document Examiners affiliated with FDES may be subject to quality or technical review for accuracy and thoroughness by a second qualified Forensic Document Examiner. Providing our clients with the highest quality examinations and the most accurate conclusions possible is our goal. To that end, quality control measures have been implemented by FDES which assures the client of accuracy and thoroughness; and which provides the optional benefit of two Forensic Document Examiners associated with the examination.

FDES, Inc. General Fee Schedule 2018

Case 18-80037-CRJ    Doc 123-3    Filed 01/17/19    Entered 01/17/19 17:12:53    Desc
2018 FDES CV Summary and General Fee Schedule    Page 4 of 4