

## Countrywide® CORRESPONDENT LENDING

### Loan Purchase Voucher

**All applicable fields are required**

| Seller Name | Seller ID # | Seller Loan # | Loan Amount |
|---|---|---|---|
| Southbrook | | [redacted] | 240,000.00 |

| Borrower Name (First Last) | CHL Loan # | Commitment # (including Suffix #) | Seller Accommodation # |
|---|---|---|---|
| Deborah Nelson | [redacted] | | |

**Loan Type**
- [X] Prime
- [ ] Equity
- [ ] Subprime
- [ ] Bond
- [ ] CAMCO

- [X] Purchase
- [X] Refinance
- [X] First Lien
- [ ] Second Lien

**Equity Type**
- [ ] HELOC
- [ ] CES
- [ ] Variable Rate CES

**Special Loan Features** (if applicable)
- [ ] Piggyback
- [ ] Tax Advantage Mortgage Insurance (TAMI)
- [ ] Loan Modification (Construction-to-perm, C&E, etc.)

CHL Loan # of piggyback or super streamline loan documents (if applicable) ____

---

**Strongly recommended**

**Tax and Insurance Information**

Does this loan have impounds? [X] Yes [ ] No   Current escrow balance: $ 543.76

**Occupancy**
- [X] Owner-Occupied
- [ ] 2nd Home
- [ ] Non-Owner

**Contract Underwriting** (if applicable)
Contract Underwritten by: [ ] CMG [ ] GEMICO [ ] MGIC [ ] PMI [ ] Radian [ ] RMIC [ ] Triad [ ] UGI

**Documentation Type**
- [ ] Full Doc
- [X] Alternative Doc.
- [ ] Reduced Doc
- [ ] Super Streamline (Equity only)
- [ ] No Ratio
- [ ] Stated Income / Stated Assets
- [ ] No Income / No Assets
- [ ] Streamline (Equity & Government only)

Borrower's mailing address, if different from subject property: ____

| Your Contact Name | Contact Phone # | Contact Fax # |
|---|---|---|
| Brandy Campbell | 286-519-3223 | 286-519-3286 |

**Shipping Address & Mail Stops**
Countrywide Home Loans
4909 Savarese Circle
Tampa, FL 33634

- [ ] 50M - General Mail stop including loan files, original Notes and suspense conditions
- [ ] 53A - CWL Collateral
- [ ] 50S - Subprime files, suspensions, etc.
- [ ] 50P - Prior underwriting files
- [ ] CLDPLUS - all items for the PLUS program
- [ ] 50E - Equity files, suspensions, etc.

DEFENDANT'S EXHIBIT 37 D. Nelson