
**Countrywide**
HOME LOANS
Mail Stop, SV-65
450 American Street
Simi Valley, CA 93065-6298

**Notice Date:** May 12, 2008

**Account No.:** ▓▓▓▓▓▓▓▓

Deborah J & Russell A Nelson
120 Dublin Cir
Madison, AL 35758

**Property Address:**
120 Dublin Circle
Madison, AL 35758

### IMPORTANT MESSAGE ABOUT YOUR LOAN

The following will provide you with information regarding our procedures for a loan recast.

A recast is a modification to the loan terms following a principal reduction and a borrower's request to reamortize the principal and interest payments of their loan. A **$250.00 fee will be charged for processing the recast modification request.** If the loan documents provide for a prepayment penalty, Countrywide must abide by this and charge the penalty when due. Upon application of the principal paydown amount, a new principal and interest payment amount is recast or calculated by using the new principal balance, the interest rate, and the remaining term on the loan. The recast modification does not affect the escrow or the interest rate on the loan.

### WHAT THIS MEANS

To be eligible for the recast modification:

- The loan payments must be current.
- The loan type may not be a HELOC or Home Equity Line of Credit.
- The recast modification is subject to investor eligibility requirements and approval.
- The recast modification is subject to the terms of the original promissory note.

Generally, recast modifications are not performed on ARM (Adjustable Rate Mortgage) loans with adjustments scheduled within the next two years or on Interest Only Loans.

### WHAT YOU NEED TO DO

Send certified check or wire funds to:

Certified Check:
Countrywide Home Loans
450 American St., SV-65
Simi Valley, CA 93065

Wire:
Bank of America
444 S. Garey Ave.
Pomona, CA 91766
Account# 12351-19260
ABA# 0260-0959-3

Requests for a recast modification must include the amount to be applied to principal, the $250.00 fee, and the next month's regular payment for the loan. Send to: **Karen Kimbrough, Recast Specialist, Mail Stop SV-65, 450 American St., Simi Valley, CA 93065** or fax to **800-658-0395**.

If you have any questions, please contact us at 800-405-0078.

DEFENDANT'S EXHIBIT 33 D. Nelson

st 4993 09/30/05

Case 18-80037-CRJ    Doc 123-9    Filed 01/17/19    Entered 01/17/19 17:12:53    Desc Countrywide Recast Letter    Page 1 of 1