Row Count : 14
Report Date : 9/18/2018

# Files Tracking History Report

### 603744244 Collateral File

| Transaction Date | Location | | Scan Operator |
|---|---|---|---|
| 8/10/2018 | Attorneys: | McCalla Raymer Leibert Pierce, LLC (GA - Alabama Rd) Roswell | ariggin |
| 8/10/2018 | Attorneys: | McCalla Raymer Leibert Pierce, LLC (GA - Alabama Rd) Roswell | ariggin |
| 8/10/2018 | Employees: | ariggin Ashli Riggin | ariggin |
| 7/11/2017 | Custodians: | Recon Trust Company NA | ajimenez |
| 7/11/2017 | Employees: | ajimenez Alexander Jimenez | bdempsey |
| 6/30/2016 | VaultLocations: | D-NV-01-1-01-0013-1-01-30 | dcourtrig1 |
| 4/28/2016 | Boxes: | B115861 T837737620 | vlay |
| 4/27/2016 | Employees: | vlay Vanessa Lay | vlay |
| 3/30/2016 | Boxes: | B115861 T837737620 | ejones3 |
| 3/30/2016 | Boxes: | B116023 T837737782 | dcurtis2 |
| 3/30/2016 | OtherLocations: | Inactive Associate | dcurtis2 |
| 3/23/2016 | Boxes: | B116161 T837737920 | sshelly |
| 3/23/2016 | OtherLocations: | Inactive Associate | sshelly |
| 4/3/2013 | Custodians: | Recon Trust Company NA | pdavis2 |

End of Report

Case 18-80037-CRJ    Doc 123-23    Filed 01/17/19    Entered 01/17/19 17:12:53    Desc
Nelson_collateral tracking    Page 1 of 1