**History of Ownership and Servicing Rights for the Nelson Loan**

| Date | Notes | Ownership | Servicing |
|---|---|---|---|
| 3/30/2007 | The Nelson loan originates at Southbank | Southbank | |
| | Alecia Page endorses the Note to Countrywide Bank, FSB | Countrywide Bank, FSB | |
| | Laurie Meder endorses the Note to Countrywide Home Loans, Inc. | Countrywide Home Loans, Inc. | |
| | Michele Sjolander endorses the Note to blank | | |
| 4/24/2007 | Freddie Mac purchases the loan from Countrywide<br>Countrywide obtains the servicing rights<br>(Freddie Mac requires the Note to be endorsed in blank) | Freddie Mac | Countrywide |
| 1/11/2008 | Bank of America acquires Countrywide | | Bank of America |
| 3/16/2013 | Servicing of the Nelson loan transfers from BoA to Nationstar | | Nationstar |
| 12/15/2015 | Russell & Deborah Nelson file for bankruptcy<br>Freddie Mac still owns the loan<br>Nationstar still services the loan<br>Nationstar holds the Note endorsed in blank | | |

Created by Michael J. McCormick
McCalla Raymer Leibert Pierce, LLC
October 22, 2018