Welcome Deborah Nelson    Sign On



Careers | Investors | Customer Reviews

Helping You Achieve More®

Home    My Nationstar    Resources    Homeowner Assistance    Apply Today    Contact Us

## My Nationstar - Transaction History

Select Loan

*****44244 – 120 DUBLIN CIRCLE, MADISON, AL, 35758

**Transaction History** | **Pending Payments**

Print Transaction History

Display 25 ▼ records

Note: If payment is made on a weekend or a holiday, please allow until the end of the next business day for the payment to appear in the transaction history.

| Effective Date | Type | Amount | Principal | Interest | Escrow | Fees | Balance |
|---|---|---|---|---|---|---|---|
| 06/09/2014 | Principal | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 213,911.62 |
| 06/09/2014 | Fees | 70.98 | 0.00 | 0.00 | 0.00 | 70.98 | 213,911.63 |
| 06/09/2014 | Payment | 1,710.59 | 370.60 | 1,049.09 | 290.90 | 0.00 | 213,911.63 |
| 05/15/2014 | Payment | 1,710.59 | 368.79 | 1,050.90 | 290.90 | 0.00 | 214,282.23 |
| 05/09/2014 | Payment | 1,710.59 | 367.00 | 1,052.69 | 290.90 | 0.00 | 214,651.02 |
| 03/04/2014 | Payment | 1,666.76 | 365.21 | 1,054.48 | 247.07 | 0.00 | 215,018.02 |
| 02/07/2014 | Payment | 1,666.76 | 363.43 | 1,056.26 | 247.07 | 0.00 | 215,383.23 |
| 01/09/2014 | Payment | 1,666.76 | 361.66 | 1,058.03 | 247.07 | 0.00 | 215,746.66 |
| 12/02/2013 | Payment | 1,666.76 | 359.90 | 1,059.79 | 247.07 | 0.00 | 216,108.32 |
| 11/05/2013 | Payment | 1,666.76 | 358.14 | 1,061.55 | 247.07 | 0.00 | 216,468.22 |
| 10/05/2013 | Payment | 1,666.76 | 356.40 | 1,063.29 | 247.07 | 0.00 | 216,826.36 |
| 09/05/2013 | Payment | 1,666.76 | 354.66 | 1,065.03 | 247.07 | 0.00 | 217,182.76 |
| 08/02/2013 | Payment | 1,666.76 | 352.94 | 1,066.75 | 247.07 | 0.00 | 217,537.42 |
| 07/03/2013 | Payment | 1,666.76 | 351.22 | 1,068.47 | 247.07 | 0.00 | 217,890.36 |
| 06/03/2013 | Payment | 1,666.76 | 349.50 | 1,070.19 | 247.07 | 0.00 | 218,241.58 |
| 05/03/2013 | Payment | 1,666.76 | 347.80 | 1,071.89 | 247.07 | 0.00 | 218,591.08 |
| 04/09/2013 | Payment | 1,666.76 | 346.11 | 1,073.58 | 247.07 | 0.00 | 218,938.88 |

[First] [Previous] [1] [2] [Next] [Last]



© 2015 Nationstar Mortgage Holdings, Inc.



**Nationstar** MORTGAGE

Helping You Achieve More®

Careers | Investors | Customer Reviews

Home    My Nationstar    Resources    Homeowner Assistance    Apply Today    Contact Us

## My Nationstar - Transaction History

Select Loan

*****44244 - 120 DUBLIN CIRCLE, MADISON, AL, 35758

Print Transaction History

**Transaction History** | **Pending Payments**

Note: If payment is made on a weekend or a holiday, please allow until the end of the next business day for the payment to appear in the transaction history.

Display 25 ▼ records

| Effective Date | Type | Amount | Principal | Interest | Escrow | Fees | Balance |
|---|---|---|---|---|---|---|---|
| 04/25/2015 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 210,094.25 |
| 04/25/2015 | Fees | 70.94 | 0.00 | 0.00 | 0.00 | 70.94 | 210,094.25 |
| 04/25/2015 | Fees | 70.98 | 0.00 | 0.00 | 0.00 | 70.98 | 210,094.25 |
| 04/25/2015 | Payment | 1,734.35 | 389.20 | 1,030.49 | 314.66 | 0.00 | 210,094.25 |
| 04/24/2015 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 210,483.45 |
| 04/24/2015 | Payment | 1,710.59 | 387.30 | 1,032.39 | 290.90 | 0.00 | 210,483.45 |
| 02/03/2015 | Payment | 1,710.59 | 385.42 | 1,034.27 | 290.90 | 0.00 | 210,870.75 |
| 01/31/2015 | Principal | 9.95 | 9.95 | 0.00 | 0.00 | 0.00 | 211,256.17 |
| 01/20/2015 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 211,266.12 |
| 01/20/2015 | Fees | 64.06 | 0.00 | 0.00 | 0.00 | 64.06 | 211,266.12 |
| 01/20/2015 | Fees | 70.98 | 0.00 | 0.00 | 0.00 | 70.98 | 211,266.12 |
| 01/20/2015 | Fees | 67.44 | 0.00 | 0.00 | 0.00 | 67.44 | 211,266.12 |
| 01/20/2015 | Payment | 1,710.59 | 383.49 | 1,036.20 | 290.90 | 0.00 | 211,266.12 |
| 01/08/2015 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 211,649.61 |
| 01/08/2015 | Payment | 1,710.59 | 381.62 | 1,038.07 | 290.90 | 0.00 | 211,649.61 |
| 12/24/2014 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 212,031.23 |
| 12/24/2014 | Payment | 1,710.59 | 379.76 | 1,039.93 | 290.90 | 0.00 | 212,031.23 |
| 11/03/2014 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 212,410.99 |
| 11/03/2014 | Payment | 1,710.59 | 377.91 | 1,041.78 | 290.90 | 0.00 | 212,410.99 |
| 10/08/2014 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 212,788.90 |
| 10/08/2014 | Payment | 1,710.59 | 376.07 | 1,043.62 | 290.90 | 0.00 | 212,788.90 |
| 09/05/2014 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 213,164.97 |
| 09/05/2014 | Payment | 1,710.59 | 374.24 | 1,045.45 | 290.90 | 0.00 | 213,164.97 |
| 08/26/2014 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 213,539.21 |
| 08/26/2014 | Payment | 1,710.59 | 372.41 | 1,047.28 | 290.90 | 0.00 | 213,539.21 |

[First] [Previous] [1] [2] [Next] [Last]

Terms of Use | Privacy | Legal | Site Map | CA, WA, and NV Residents | Contact Us
NMLS #2119 | NMLS Consumer Access



© 2015 Nationstar Mortgage Holdings, Inc.

https://www.nationstarmtg.com/MyAccount/TransactionHistory.aspx#    1/1

Case 18-80027-CRJ    Doc 123-29    Filed 01/17/19    Entered 01/17/19 17:12:53    Desc
Online Transaction History dated June 1, 2015    Page 2 of 3



Case 18-80037-CRJ Doc 123-28 Filed 01/17/19 Entered 01/17/19 17:12:53 Desc
Online Transaction History dated June 1, 2015 Page 3 of 3